# Exhibit B

**Luhua Biomarine webpage**

Exhibit B

LUHUA BIOMARINE

Home About Health Benefits Products News Contact 中文

October 3, 2016
http://www.luhuabiomarine.com/show-17-14-1.html

# About












The predecessor of Shandong Luhua Energy Group., Ltd. is Shandong Huaneng Industry and Trade Development Comapny, which was a state-owned, large-scale Category-1 enterprise founded by Huaneng Group of China. The Group is in charge of the non-electricity industry of Shandong Province, and has been managed by Shandong SASAC. In 2006, it was renamed Shandong Luhua Energy Group., Ltd.

After the Group has been put under the local administration, it carried out positive transition and development strategies, as reflected by the growing market share and the economic benefits. The enterprise promptly sought to get on the track of surviving and excelling, demonstraing potent competing ability alongside bright development prospects. The Group's industrial cluster consists of biological medicine, real estate development, finance and pawning, and hotel

management. It also dablled into the field of power generation with new energy, and has 18 exclusively-invested, holding, and share subsidiaries.

Looking forward to the future, the Group will set the five industries mentioned above as focuses of developmet. It will accelarate the pace of development, striving to create a competent industrial group with integrated servicess all over the Province.

*Next : About the Corporation*

Contact

Tel: +86 531 8117 7056

Fax: +86 531 8208 7378

Email: info@luhuabiomarine

Address

17 Quancheng Road, Jinan, Shandong, China

- Home
- About
- Healty Benefits
- Products
- News
- Contact

LUHUA BIOMARINE

Copyright © 2014 Luhua Biomarine (Shandong) Co., Ltd. 鲁ICP备14027424号-1

Designed by: CloudOne