# Exhibit A

## J. Thomas Brenna Curriculum Vitae

Exhibit A

J. Thomas Brenna, PhD
Curriculum Vitae

September 2016

Educational and Professional

**2000-present** *Professor of Human Nutrition*, Division of Nutritional Sciences, **Cornell University**, Ithaca, New York, USA.

**2000-present** *Professor of Chemistry and Chemical Biology.* Graduate Field of Chemistry and Chemical Biology, Cornell University. Reelected every 5 years since 1994.

**2012-present** *Professor of Food Science and Technology,* College of Agriculture and Life Sciences, Cornel University. Since 2005, Graduate Field of Food Science and Technology.

**1998-present** *Professor of Geological Sciences*, Graduate Field of Geological Sciences, College of Engineering, Cornell University. Original appointment as Associate Professor.

**1995-2000** *Associate Professor of Human Nutrition*, Division of Nutritional Sciences, Cornell University.

**1994** *Assistant Professor of Chemistry*, Graduate Field of Chemistry

**1989-1995** *Assistant Professor of Human Nutrition*, Division of Nutritional Sciences, Cornell University.

**2006-present** *Adjunct Professor*, Dept of Public Health Sciences, University of Rochester College of Medicine and Dentistry, Rochester, New York.

**2001-2007** *Director of Undergraduate Studies,* Div of Nutritional Sciences, Cornell University, Ithaca, New York.

**1985-1989** *Staff Scientist*, Advanced Technology Development Laboratory, IBM Corporation, Endicott, NY. Founding Director of the Fourier Transform Mass Spectrometry Laboratory.

**1988-1989** *Adjunct Assistant Professor*, Dept of Chemistry, Binghamton University, New York.

**1985/1982** *PhD/MS Chemistry*, Dept of Chemistry, College of Arts and Sciences, Cornell University, Ithaca, NY. Thesis advisor: George H. Morrison.

**1980** *BS cum laude*, *Nutritional Biochemistry*, University of Connecticut, Storrs. Undergrad Research Technician, Lipids Lab (with R. G. Jensen), Dept. of Nutritional Sciences, UConn (1978-80).

Professional Experience

*Summary*: Principal Investigator, *National Institutes of Health* (NIH) since 1990 (selected): National Institute for General Medical Sciences (R01 GM103437/RR031264, 2010-15; other R01s, 2004-2009, 1992-2006); National Center for Complementary and Alternative Medicine/Office of Dietary Supplements (R01 AT007003, 2013-2018) NI of Child Health & Human Development (R21 & R03 2006-2010); National Eye Institute (R01, 1994-2003); *United States Antidoping Agency*; *Partnership for Clean Competition*; numerous industry/private grants. Our research laboratory averages 10-15 fulltime members and is focused on fatty acid metabolism, development of high precision isotopic, molecular, and elemental mass spectrometry for biomedical applications, and high precision isotope ratio mass spectrometry in doping control research.

Author/co-author of >200 peer-reviewed publications, primarily in Nutrition/Medicine and in Chemistry journals; 2 USPTO patents issued. 10-20 invited presentations annually. Media coverage (NPR, others) regularly.

2013 *Robert H. Herman Award*, American Society for Nutrition. "Given each year to a clinical investigator whose research work has contributed importantly to the advancement of clinical nutrition, particularly the biochemical and metabolic aspects of human nutrition."

**MyBibliography (online):** http://www.ncbi.nlm.nih.gov/myncbi/browse/collection/44594015/?sort=date&direction=descending

Scientific Service (*recent, selected*)

- *Member, 2015 Dietary Guidelines Advisory Committee*. Appointed by US Secretaries of Health and Human Services and of Agriculture.
- *President*, ISSFAL: International Society for the Study of Fatty Acids and Lipids. 2012-2015 *President-Elect*; 2015-2018 *President*; 2019-2021 *Past-President*. Member, Board of Directors, 2001-2009
- FAO/WHO Expert Consultation on Fats and Fatty Acids in Human Nutrition, *Panelist & commissioned author*, Geneva, Switzerland, 2008-11.
- Board of Directors: Seafood Nutrition Partnership; Scientific Advisory Board; Institute for Food, Brain and Behaviour (IFBB) (UK)

- Research Proposal Reviews (selected):
  - *NIH: 2015 NIH/USDA Biomarkers of Food and Nutrient Intake (Study section chair); NIEHS core lab; 2013, 2012 Metabolomics Core Facilities; 2010 Shared Research Instrumentation-Mass Spectrometry (Chair-man); 2008 NIGMS Glue grant & P01; 2001-2007 Biol Chem & Macromolecular Biophysics Study Section. 2004 Metabolomics Panel, NIH Director's Roadmap; 2004 NCI Innovative Technologies for Molecular Analysis of Cancer; 1997, 2009 NIH Intramural Reviews*
  - *World Antidoping Agency (WADA) Research grants program, 2012, 2007.*
  - *NSF Major Research Instrumentation, Chemistry Division. 2006, 2004.*
  - *Louisiana Board of Regents Chemical Instrumentation Review Panel, 2008, 2005, 2002.*
- Data and Safety Monitoring Committee. DRy Eye Assessment and Management (DREAM) RCT, Univ of Pennsylvania School of Medicine. NIH-NEI. https://www.med.upenn.edu/cpob/studies/studies_dream.shtml
- Expert Witness (selected). *Food chemistry and human nutrition*, Federal Court, Eastern District of Michigan (2016). *Infant nutrition*, Federal Court, Eastern District of Virginia (2009*). Gas Chromatography (GC) and GC-combustion isotope ratio mass spectrometry (GCC-IRMS)*, American Arbitration Association (2007) and The Court of Arbitration for Sport (2008). Numerous sworn depositions.
- Member, Board of Directors, Seafood Nutrition Partnership <http://www.seafoodnutrition.org/>
- Meeting Co-organizer (selected). *2012*. 28th ASMS Asilomar Conference: Mass Spectrometry in Food Safety and Quality. *2011*. DHA in Translational Medicine. Fatty acids and cell signaling (FACS-10), New Orleans, LA (Guest Editor, *Prostaglandins, Leukotrienes, and Essential Fatty Acids (PLEFA))*. *2010*. A Celebration of DHA, London, UK. *2008*. DHA as an Essential Nutrient, Co-editor of *PLEFA* Supplement. *2007*. Fatty acids and cell signaling (FACS-8), Quebec City, Canada (Guest Editor, *PLEFA 77(6)*: FACS-8 Proceedings.) *2002*, 6th Congress of ISSFAL, Montreal, Canada. Symposia: *Lipids and mass spectrometry*. ASMS *1999* (Portland), *2008* (Denver); *2006* (Cairns) ISSFAL; *2008* (Salt Lake) ABRF.
- *Scientific Advisory Boards. 2012-present, First Editor, British Journal of Nutrition*; *2006-present, Fats of Life* Newsletter <http://www.fatsoflife.com/index.php>; *2002-present,* Editorial Advisory Board, *Rapid Communications in Mass Spectrometry; 2011-present,* Metabolism Unit - Mass Spectrometry Core Lab, Shriners Hospital for Children, Galveston. NY; *1999-present, NIH Center for Biomedical Accelerator Mass Spectrometry*, Lawrence Livermore National Laboratory, Livermore, CA.
- *2000-2004* Member, Publications Committee, *American Society for Mass Spectrometry*

Selected Research Funding Awards as Principal Investigator (Total support as PI, 1990-2016, >$17M total; *active*.)

*2016-2019 Optimizing Ready-to-Use-Therapeutic Food for Neurocognitive Recovery. Unorthodox Philanthropy Foundation and the Open Philanthropy Foundation.*
*2013-18 Molecular Mechanism of Omega-3 Response, NIH-NCCIH/ODS (R01)*

2010-15 GCx(py)GCC-IRMS for Isotope Metabolomics, NIH-NIGMS (R01)
2014-15 Steroid Isotopic Standards, Partnership for Clean Competition.
2010-13 Branched Chain FA and Gut Development, NIH-Nat Inst Child Health & Hum Development (R21).
2009-12 Characterization of the Human Urinary Steroidome, Partnership for Clean Competition.
2006-10 LCPUFA Status and Birth Outcome in India, NIH-Nat Inst Child Health & Hum Development (R03).
2004-09 Gas phase derivatization for lipidomic MS analysis, NIH-NIGMS (R01)
2002-08 LCPUFA supplementation & CNS function, Mead Johnson & Co/Bristol-Myers Squibb, Evansville, IN.
2005-06 Safety and efficacy of single cell oils, Martek Biosciences, Columbia, MD.
1992-06 Precise isotope ratio chromatography and stable tracers, NIH-NIGMS (R01) (incl 2 competitive renewals).
1994-03 Dietary essential fatty acid accumulation in retina, *NIH-National Eye Institute* (R01) (incl 1 competitive renewal).
1999-00 Matrix-assisted laser desorption/ionization mass spectrometer, *National Science Foundation*.
1993-94 $^{13}$C-tracers for environmental analysis, *Oak Ridge National Laboratory*. Tennessee.
1991-93 Novel determination of water isotopes, *American Chemical Society-Petroleum Research Fund*.
1990-92 Novel water isotope detection by mass spectrometry, *NIH-National Institute of Child Health & Human Dev* (R03).

Professional Society Memberships:

ASMS: American Society for Mass Spectrometry; ASN: American Society for Nutrition; ISSFAL. ASBMB: American Society for Biochemistry and Molecular Biology. American Chemical Society 25 year member. Nutrition Society (UK)

University/College/Department Service (selected) and Teaching

- Teaching.
  - Undergraduate. 2012 ongoing: *NS 4444, Sports Nutrition & Supplements*. 2000-2010: *Research in Health & Nutrition*; 2000-2010: *Undergraduate Honors Director*; 1991-2001: *NS 332 Methods in Nutritional Science*
  - Graduate. 1992-present: *NS 6900/Chem 6280 Isotopic and Trace Element Analysis*. 1988: Binghamton University Graduate Course: *Advanced Instrumental Surface Characterization.*

Back to Top

- Service
  - ***University Mass Spectrometry facilities***
    - 1999, Co-Founder, Cornell Biotechnology proteomics/small molecule MS facility, funded by an NIH shared instrumentation grant (PI). Currently designated faculty facility advisor. coPI on numerous instrument grants.
    - 1995, Co-Founder, Cornell Isotope Laboratory (COIL), an isotope ratio mass spectrometry service facility funded by NSF and the Mellon Foundation (one of 5 PIs).
  - ***Cornell University Athletics***: *2007-2010; 1997-2000; 1992-1995 Faculty Advisory Committee on Athletics and Physical Education (Chair* 1993/1994; 1994/1995; 1997/1998). *1998/1999 NCAA Cornell Rev Steering Committee; 1994/1995 Cornell Athletic Director Search. 1998-2013 Cornell Varsity Softball, Faculty Advisor*
  - ***University (other)***: *2013-2015, 2001-2004, 1994-1995 Cornell Faculty Senate; 1994-1995 Dean's Committee on Faculty Governance.*
  - ***College***: *2001-2007 College of Human Ecology Educational Policy Committee; 2006/07 <u>Chair;</u> 1995/1996, <u>Chair</u> 1996/1997 & 1997/1998 CHE Committee on Academic Status*

<u>Students/Postdocs/Visiting Faculty (Cornell)</u>

Susanna Alves, Postdoc; Song Bae, MS; Luca Bernardo, Postdoc; Richard J. Caimi, PhD; Meng Yi Chen, MS; Angela Chao Cheuh, MS; Thomas N. Corso, PhD; Guo Y. Diau, PhD; Pilar Gómez-Cortés, Postdoc; Keith J. Goodman, PhD; Paul Haggarty, Visiting Professor; Andrea T. Hsieh, PhD; Meng Chuan Huang, Postdoc; Guowen Liu, Visiting Professor; Kumar Kothapalli, Postdoc; Lei Liu, Postdoc; RuiJie Liu, Visiting Professor; Jared Malave, MS; Kristol Monique Manor, PhD; Anthony Michaud, PhD; Bruce S. Pan, PhD; HG Park, Postdoc; Woo Jung Park, PhD; Postdoc; Paul B. Pencharz, Visiting Professor; Xin Qin, PhD; Holly T. Reardon, PhD; Rinat Ran-Ressler, PhD, Postdoc; Sue K. Rhee, PhD; Nabil M. Saad, PhD; Gavin L. Sacks, PhD, Postdoc; Eszter A. Sarkady-Nagy, PhD; Rebecca C. Sheaff (Greiner), PhD; Marco Silano, Postdoc; Maggie Strable (Berhans), MS; Hui-Min Su, PhD; Herbert J. Tobias, PhD; Anu M. Turpeinen, Postdoc; Cynthia Tyburczy (Srigley), PhD; Colleen K. Van Pelt, PhD; B. Veramini, PhD; Dong Hao Wang, PhD (expected); Zhen Wang, PhD (expected); Vasuki Wijendran, Postdoc; Christopher J. Wolyniak, PhD; Yichuan Xu, Postdoc; Yuan Yuan Yan, PhD (expected); Kirk E. Yeager, Postdoc; Qi Zhang, PhD; Ying Zhang, PhD; Ji Yao Zhang, PhD; Y. Zhou, Postdoc; Bassem I. Ziadeh, PhD, Postdoc.

<u>Invited Presentations, 2011-2016</u>

1. **Keynote**. Translating the Dietary Guidelines Advisory Report into Dietary Guidelines for Americans. New York State Supplemental Nutrition Assistance Program Nutrition Education. 29 November 2016.
2. **Keynote**. The role of meat in the human diet: research news. International Scientific Symposium, House of Representatives, Italian Parliament, Rome, Italy, November 2016
3. Nutrition and Authentication. Clean Label Symposium, Cornell Institute for Food Systems, June 21, 2016.
4. The 2015 Dietary Guidelines. Implications for Food Production. Food Science Conference Program, Marshfield Food Safety, Marshfield, Wisconsin, May 17, 2016.
5. The case for omega-3 and lutein supplementation. NBTY Scientific Advisory Committee, May 2016, Westbury, NY.
6. Children recovering from malnutrition maintain plasma DHA on high oleic/low linoleic acid but not on conventional Ready-to-Use Therapeutic Foods (RUTF). In "Health and nutrition needs of children and young adults" Symposium, American Oil Chemists Society (AOCS), Salt Lake City, May 2016
7. Henry Kitchener Lecture. Annual lecture on the occasion of the presentation of awards named for Henry, 3rd Earl Kitchener. Sponsors: Lord Julian Fellowes of Downton Abbey fame and Lady Emma Fellowes, Henry Kitchener's niece personally present the prizes. London, UK, March 2016.
8. **Three hour ticketed event.** "Chewing the Fat: Should We or Shouldn't We?" Smithsonian Institution, Ripley Center adjacent to the Castle, Smithsonian Associates, Washington, DC, March 19, 2016.
9. Revised biochemical pathways for endogenous long chain polyunsaturated fatty acid biosynthesis. Versatile desaturases and genetic influences. Dept of Nutrition Colloquium Series, Penn State University, Feb 8, 2016.
10. An insertion-deletion in FADS2 controls plasma phospholipid arachidonic acid. Dept of Medicine and Institute of Developmental Sciences, University of Southampton, UK, January 2015.
11. What I did on my (2014) summer vacation. Highlights from the 2015 Dietary Guidelines Advisory Committee. Field of Nutrition Seminar, 26 Jan 2015.
12. Recent molecular results on why salmon skin fat is good for my Jack Russell. Clinical Sciences seminar series, Cornell Veterinary College, 20 Feb 2015.
13. **Keynote**. Seafood for good health. Seafood Nutrition Partnership Reception connected to Seafood Expo, Boston MA, 13 March 2015.
14. The Fats and Fatty Acids in Milkfat: A Complex Mix of Bioactive Components. in Whole Milk Dairy Foods in Nutrition & Health: An Evaluation of the Current State of Science. sponsored by the National Dairy Council. Experimental Biology March 2015, Boston, MA.

<u>Back to Top</u>

15. Reevaluating Effects of Dietary Saturated Fats on Human Health. Fatty Acid Profile Or Food Factors Induced by Processing? 106th American Oil Chemists Society Annial Meeting, Orlando, FL, May 2015.
16. Saturated branched chain fatty acids. Nutrition in babies and beyond. Obstetrics and Gynecology Grand Rounds, Chelsea and Westminster Hospital, London, May 2015.
17. A Insertion-Deletion Polymorphism Controls Interindividual Variation in Basal Arachidonic Acid Status. Implications for Personalized Nutrition. Dell Pediatric Research Institute, Univ of Texas, Austin, Texas, May 2015.
18. Assessing the impact of early life interventions. Early Life Nutrition and Future Health, Sponsored by Danone Nutricia Middle East. Vienna, Austria, 29-30 May 2015.
19. A Insertion-Deletion Polymorphism Controls Interindividual Variation in Basal Arachidonic Acid Status. Implications for Personalized Nutrition. Dell Pediatric Research Institute, University of Texas, Austin, June 2015
20. A Insertion-Deletion Polymorphism Controls Interindividual Variation in Basal Arachidonic Acid Status. Implications for Personalized Nutrition. Univ of Colorado Anschutz Medical Campus, Denver, CO, June 2015.
21. 2015 Dietary Guidelines Advisory Committee Recommendations. Implications for Chronic Disease Risk Reduction. Lillian Fountain Smith Conference for Nutrition Educators, Colorado State University, Dept of Food Science and Human Nutrition, Fort Collins, Co., June 4-5, 2015.
22. Covalent adduct chemical ionization (CACI) and molecular ion tandem mass spectrometry for characterization of unusual fatty acids in foods and oils. Northeast Regional Meeting (NERM) of the Am Chemical Society, Ithaca College, June 2015.
23. Guiding Americans Through a Sea of PUFA Sources. Institute of Food Technologists, 2015 Annual Meeting, Symposium: Ocean Dining From The Sustainable Aquarium. Chicago, IL, July 2015.
24. Saturated branched chain fatty acids. Nutritional relevance and food sources. Qinghai University, Xining, China, July 2015.
25. Saturated branched chain fatty acids. Nutritional relevance and food sources. Heilongjiang Bayi Agricultural University, Daqing, China, July 2015.
26. Reevaluating Effects of Dietary Fats on Human Health. Fatty Acid Profile Or Food Factors Induced by Processing? Jiangnan University Key Laboratory of Vegetable Oil Processing, August 2015.
27. **Keynote**. Slippery Sides of Basic Science and Clinical Research. Medical Scientist Training Program (MSTP) Annual Retreat, MD PhD program, University of Rochester School of Medicine and Dentistry, 7 August 2015. [invited by 2013 Cornell DNS alum and student in the U of R MD PhD program Jimmy Zhang]
28. Twelfth Fatty acids in Cell Signaling (FACS) conference. From genes to human physiology. A 22 bp genetic insertion-deletion in FADS2 intron 1 controls basal plasma phospholipid omega-6 levels. Toronto, Canada, October 2015.
29. The Interplay of Diet Omega-6 and Omega-3 Fatty Acids on Early Development: How High PUFA Oils Create a Metabolic Demand for Fish Oil. University of Sherbrooke, Canada, October 2015
30. **Keynote**. 'PUFA for Mind and Body" 5th Mind Body Institute Symposium, China Medical University, Taichung, Taiwan, October 2015.
31. Recommendations for DHA Nutrition. Mead Johnson Nutrition conference on DHA. Toronto, On, Canada, January 2014.
32. Progress and promise toward automated intramolecular high precision IRMS. Gordon Conference on Isotopes, Galveston, Tx, February 2014
33. Why Seafood? Why omega-3? Seafood Nutrition Partnership seminar to Board and Sponsors, Cambridge, MA, May 2014
34. Fatty acid desaturase 2 (FADS2). Not just a .6.6-desaturase anymore. 11th Congress of the International Society for the Study of Fatty Acids and Lipids, Stockholm, Sweden, June 2014.
35. California Sea Lions Have Vernix that Deliver Branched Chain Fatty Acids to the Fetal Gut. 11th Congress of the International Society for the Study of Fatty Acids and Lipids, Stockholm, Sweden, June 2014.
36. Brown adipose but not white adipose accumulate DHA in cultured cells {provided with alpha-linolenic acid). 11th Congress of the International Society for the Study of Fatty Acids and Lipids, Stockholm, Sweden, June 2014.
37. Usual and unusual food fatty acids and their metabolites. USDA Beltsville Human Nutrition Research Center, MD, July 2014.
38. LCPUFA and the preterm infant: Case study in developmentally sensitive nutrient needs. ~Evaluating the evidence to support guidelines for the nutritional care of preterm infants (Pre-8 Project). "All Hands" Meeting," July 31-August 1, 2014 USDAIARS Children's Nutrition Research Center, Houston, TX
39. The Dietary Guidelines Advisory Committee 2015. History, Process, Progress, and Why it Matters to Food Scientists. Inaugural Cornell Institute for Food Systems Seminar speaker, Dept of Food Science, Cornell University.

Back to Top

40. Fatty acid desaturase 2 (FADS2). Not just a .6.6-desaturase anymore. Field of Nutrition Seminar Series, DNS, 8 Sept 2014.
41. Omega-6 fatty acids in human development and chronic disease. The 25th Congress of the Nutrition Society of South Africa and the 13th Congress of the Association for Dietetics in South Africa. Johannesburg, SA, Sept 2014.
42. Omega-3 and branched chain fatty acid contribution to human nutrition. Potential for delivery by dairy fat. 2014 Cornell Nutrition Conference. Syracuse, NY.
43. Fatty Acid Desaturase 2 (Fads2) And 1 (Fads1). Novel Functions In Highly Unsaturated Fatty Acid (Hufa) Biosynthesis. J. Thomas Brenna and Kumar S.D. Kothapalli. 2nd Australian Lipid Meeting, University of Wollongong, Australia, December 2014.
44. Why do Omega-3 work? PUFA in human development. Graduate Institute of Neural and Cognitive Sciences, China Medical University, Taichung, Taiwan, December 20.
45. **Visiting lecturer** of the Chemistry Promotion Center, Ministry of Science and Technology, Taiwan. Authentication of foods with molecular and isotopic methods. Department of Chemistry, National Chung Hsing University, Taichung, Taiwan, December 2014
46. Visiting lecturer of the Chemistry Promotion Center, Ministry of Science and Technology, Taiwan. Authentication of foods with molecular and isotopic methods. Department of Chemistry, National Tsing Hua University, Hsinchu City, December 2014
47. Foods, fats, and recommendations from the US 2015 Dietary Guidelines Advisory Committee. Taipei Medical University, Taipei, Taiwan, December 2014.
48. FADS gene molecular genetics and biology. Vertebrate Genomics Symposium Series, Cornell University, January 2013.
49. Tandem mass spectrometry for rapid structural characterization of polyunsaturated and branched chain fatty acids. St. Mary's College of Maryland, Natural Science & Math colloquium series, St Marys, MD, January 2013.
50. Branched Chain Fatty Acids. Neglected Food Components that Reduce Necrotizing Enterocolitis And Alter Gut Microbiota. Dept of Nutritional Sciences weekly seminar, University of Wisconsin, Madison, WI, February 2013.
51. Metabolomics in Nutrition Research. Dept of Dietetics and Nutrition, University of Kansas Medical Center, Kansas City, Kansas, February 2013.
52. **Plenary** lecture. Saturated (including trans fats) and monounsaturated fatty acids: do they have a functional role in infant nutrition? Perinatal Society of Australia and New Zealand (PSANZ), Adelaide, NZ, April 2013.
53. Branched chain fatty acids: a way to prevent NEC? Perinatal Society of Australia and New Zealand (PSANZ), Adelaide, NZ, April 2013.
54. **Keynote** Lecture. Comprehensive GCxGCC-IRMS for Isotope Metabolomics. Progress and Challenges. Isotopes 2013: Isotope Effects Across Disciplines. Sopot, Poland, June 2013. http://www.isotopes-conference.eu/scientific-program
55. Brains, Food, DHA. Mental Health, Education and Learning and the Ageing Brain and Dementias. Institute for Food, Brain, and Behavior. Magdalen College, Oxford University, June 2013.
56. Omega-3 in Pregnancy and Lactation. Elements of The Case for New Recommended Daily Values. American Society for Preventive Cardiology: CVD Prevention for Women. Boca Raton, Florida, July 2013.
57. **Plenary** lecture. "The Use of Isotopes in Human Health Research". 25th Anniversary of the the Center for Accelerator Mass Spectrometry at Lawrence Livermore National Laboratory, Livermore, Ca, July 2013.Invited. Branched chain fatty acids and foods. Danone Research Center, Utrecht, The Netherlands. July 2013.
58. "Strengths and Limitations of Biochemical markers (depending on the specific targeted clinical benefit) and detection of essential fatty acid deficiency." Conference on improved intravenous lipid emulsions organized by American Society of Parenteral and Enteral Nutrition (ASPEN) and FDA, Washington, DC, October 2013.
59. "RUTF Should Feed the Brain Too". US Agency for International Development, Washington, DC, October 2013. "Formula DHA and ARA concentration dependent changes in tissue DHA-ARA and oxylipins. Implications for neural and vascular health". USDA-ARS Arkansas Children's Research Center, Little Rock, AR. December 2013.
60. Molecular genetics, diet, and drug regulation of the fatty acid desaturase (FADS) genes". Cornell Field of Nutrition Seminar, February 2012.
61. Tandem mass spectrometry for rapid structural characterization of polyunsaturated and branched chain fatty acids. University of Delaware, Annual Membranes and Membrane Proteins Symposium, May 2012.
62. Does Anyone Listen to Dietary Recommendations?" 10th Congress of the International Society for the Study of Fatty Acid and Lipids (ISSFAL), Vancouver, June 2012.
63. Arachidonic Acid In Infant Feeding. Evidence And Open Questions" 10th Congress of the International Society for the Study of Fatty Acid and Lipids (ISSFAL), Vancouver, June 2012.

Back to Top

64. Fatty acid and steroid metabolism revealed with natural and enriched stable isotopes"10th Congress of the International Society for the Study of Fatty Acid and Lipids (ISSFAL), Vancouver, June 2012
65. New Molecular Players In LCPUFA Biosynthesis. Retina Foundation of the Southwest, Dallas, Tx, February 2011.
66. Comprehensive GCxGCC-IRMS analyses of urinary steroids for doping control: Initial results, Tobias, HJ, Zhang, Y, Auchus, R, Brenna JT, 30th Manfred Donike Workshop on Antidoping Science, Cologne, Germany, February, 2011.
67. Ammonia positive chemical ionization for high sensitivity and specificity comprehensive GCxGC quadrupole MS of urinary steroid identification and quantification, Zhang, Y, Tobias, HJ, Brenna JT, 3oth Manfred Denike Workshop on Antidoping Science, Cologne, Germany, February, 2011.
68. Recommendations for polyunsaturate intake" Grand Rounds Pediatrics, UMDNJ-Robert Wood Johnson Medical School, New Brunswick, NJ, April 2011.The chemistry of the omega-3 fatty acid, docosahexaenoic acid (DHA), is critical for human brain function. Symposium: Evolution of the hominin brain, diet and behaviour: the contribution of freshwater and marine resources", *American Association of Physical Anthropologists Annual Meeting,* Minneapolis, April 2011.
69. Branched Chain Fatty Acids Reduce the Incidence of Necrotizing Enterocolitis in a Neonatal Rat Model. Rinat R Ran-Ressler, Ludmila Khailow, Kelly M. Arganbright, Camille K. Adkins-Rieck, Zaina E. Jouni, J. Thomas Brenna, and Bohuslav Dvorak, *Pediatric Academic Societies Annual Conferences,* Denwr, Colorado, May 2011. Ammonia positive chemical ionization for high sensitivity and specificity comprehensive GCxGC-quadrupole MS of urinary steroid identification and quantification, Y Zhang, HJ Tobias, J T Brenna, 8th GCxGC Symposium, San Diego, CA, May, 2011.
70. Branched chain fatty acid and w3 fatty acids: misunderstood and neglected dairy and beef bioactive fats" 2nd International Symposium on Dairy Cow Nutrition and Milk Quality. Beijing, China, May 2011. Also member of Symposium Advisory Committee.
71. New molecular players in PUFA Biosynthesis", Jilin University, Changchun, Jilin Province, China, May 2011.Omega-3 Fats and Neural Health or Why anyone with a brain needs the right omega-3 fatty acids in their diet", City Club, Ithaca, NY, Sept 2011.
72. High Precision Isotope Ratio Mass Spectrometry in Medicine. Enabling Technologies for Proteomics Atlantic Conference, Boston, October 2011.
73. Molecular Genetics of Highly Unsaturated Fatty Acid Biosynthesis. An Intronic Deletion Polymorphism Controls Human FADS1 (6,5-desaturase). DHA in Translational Medicine. 10th Fatty Acids and Cell Signalling conference, New Orleans, LA, November, 2011.

Back to Top

J. Thomas Brenna, PhD
Publication list, August 2016

I. Peer Reviewed Journal Articles/Book Chapters/Gene Sequence postings/Letters and comments
II. Selected Invited Lectures
III. General/Popular Press Articles (Selected)
IV. Conference Presentations/Abstracts/Extended Abstracts

I. Peer Reviewed Journal Articles/Book Chapters/ Gene Sequence postings (>200 total)

Peer Reviewed publications online, click on: MyBibliography

http://www.ncbi.nlm.nih.gov/sites/myncbi/j. thomas.brenna.1/bibliography/44594015/public/?sort=date&direction=descending

When less is more: Omega-3 long-chain polyunsaturated fatty acids support aerial insectivore performance more than food quantity. Cornelia Wingfield Twining, J. Thomas Brenna, Peter Lawrence, J. Ryan Shipley, Troy Tollefson, David W. Winkler. *Proceedings of the National Academy of Sciences USA*, in press, 2016. PMID: 27638210

Metabolic Fate of DHA in Human cells: Direct Retroconversion of 22:6n-3 to 20:5n-3 Dominates Over Elongation to 24:6n-3. Hui Gyu Park, Peter Lawrence, Matthew Engel, Kumar Kothapalli, J. Thomas Brenna. FEBS Letters, in press, 2016.

Saturated branched chain, normal odd-carbon-numbered, and n-3 (omega-3) polyunsaturated fatty acids in fresh-water fish in the northeastern United States. Wang DH, Jackson JR, Twining C, Rudstam LG, Zollweg-Horan E, Kraft CE, Lawrence P, Kothapalli K, Wang Z, Brenna JT. J Agric Food Chem. 2016, in press. PMID: 27643722.

Full Library of (Bis–allyl)-deuterated Arachidonic Acids: Synthesis and Analytical Verification. Maksim A. Fomich, Andrei A. Bekish, Dragoslav Vidovic, Connor R. Lamberson, Ivan Lysenko, Peter Lawrence, J. Thomas Brenna, Olga L. Sharko, Vadim V. Shmanai, Mikhail S. Shchepinov. Organic & Supramolecular Chemistry 2016, in press.

Regular-fat dairy and human health: a synopsis of global symposia (2014-2015). Arne Astrup, Beth H. Rice Bradley, J. Thomas Brenna, Bernadette Delplanque, Monique Ferry, Moises Torres-Gonzalez. *Nutrients*, 2016 Jul 29;8(8). PMID: 27483308

Arachidonic acid needed in infant formula when docosahexaenoic acid is present. Brenna JT. Nutrition Reviews. 2016 May;74(5):329-36. PMID: 27013482

Alternative splicing generates novel Fads3 transcript in mice. Zhang JY, Qin X, Park HG, Kim E, Liu G, Kothapalli KS, Brenna JT. Molecular Biology Reports. 2016 Aug;43(8):761-6. doi: 10.1007/s11033-016-4018-7. PMID: 27216536.

Long chain polyunsaturated fatty acids and the preterm infant. A case study in developmentally sensitive nutrient needs in the USA. *American Journal of Clinical Nutrition* 2016, 103(2):606S-15S. Review. PMID: 26791188

Increases in ambient particulate matter air pollution, acute changes in platelet function, and effect modification by aspirin and omega-3 fatty acids: A panel study. Becerra AZ, Georas S, Brenna JT, Hopke PK, Kane C, Chalupa D, Frampton MW, Block R, Rich DQ. *J Toxicol Environ Health A*. 2016;79(6):287-98. PMID: 27029326. PMCID: PMC4919923.

Positive selection on a regulatory insertion-deletion polymorphism in FADS2 influences apparent endogenous synthesis of arachidonic acid. Kumar S.D. Kothapalli, Kaixiong Ye, Maithili S. Gadgil, Susan E. Carlson, Kimberly O. O'Brien, Ji Yao Zhang, Hui Gyu Park, Kinsley Ojukwu, James Zou, Stephanie S. Hyon, Kalpana S. Joshi, Zhenglong Gu, Alon Keinan, J. Thomas Brenna. *Molecular Biology and Evolution*, 2016, 33(7):1726-39. PMID: 27188529.

Desaturases and elongase-limiting endogenous long chain polyunsaturated fatty acid biosynthesis. Jiyao Zhang, K.A. Kothapalli, J.T.Brenna. *Current Opinion in Clinical Nutrition and Metabolic Care.* 2016, 19(2):103-10. PMID: 26828581

The 2015 Dietary Guidelines Advisory Committee Scientific Report: Development and Major Conclusions. Millen BE, Abrams S, Adams-Campbell L, Anderson CA, Brenna JT, Campbell WW, Clinton S, Hu F, Nelson M, Neuhouser ML, Perez-Escamilla R, Siega-Riz AM, Story M, Lichtenstein AH. Adv Nutr. 2016 May 16;7(3):438-44. doi: 10.3945/an.116.012120. PMID: 27184271

The fatty acid desaturase 2 (FADS2) gene product catalyzes Δ4-desaturation to yield omega-3 docosahexaenoic acid and omega-6 docosapentaenoic acid in human cells. Hui Gyu Park, Woo Jung Park, Kumar SD Kothapalli, J. Thomas Brenna. *FASEB J*, 2015-29-3911. PMID: 26065859

Balancing omega-6 and omega-3 fatty acids in Ready-to-Use Therapeutic Foods (RUTF). J. T. Brenna, P. Akomo, P. Bahwere, J. A. Berkley, P.C. Calder, K.D. Jones, L. Liu, M. Manary, I. Trehan, A. Briend. *BMC Medicine*, invited commentary, 2015,13:117. PMID: 25980919

High oleic ready-to-use therapeutic food maintains docosahexaenoic acid status in severe malnutrition: a randomized, blinded trial. Hsieh JC*, Liu L*, Zeilani M, Ickes S, Trehan I, Maleta K, Craig C, Thakwalakwa C, Singh L, Brenna JT**, Manary MJ**. (*equal contributions; **correspondence). *Journal of Pediatric Gastroenterology and Nutrition* 2015, 61(1):138-43. PMID: 25633498.

The nutritional ecology of highly unsaturated fatty acids in natural ecosystems: what do we know and what do we still need to learn? Cornelia W. Twining, J. Thomas Brenna, Nelson G. Hairston Jr., Alexander S. Flecker. Oikos 2016; 125:749-760.

Palmitic acid (16:0) competes with omega-6 linoleic and omega-3 ɑ-linolenic acids for FADS2 mediated Δ6-desaturation. Hui Gyu Parka, Kumar S.D. Kothapalli, Woo Jung Park, Christian DeAllie, Lei Liu, Allison Liang, Peter Lawrence, J. Thomas Brenna. *BBA Molecular and Cellular Biology of Lipids*, 2016; 1861(2):91-7.

Long chain polyunsaturated fatty acids attenuate the IL-1β-induced proinflammatory response in human fetal intestinal epithelial cells. Vasuki Wijendran, JT Brenna, Donghao Wang, Weishu Zhu, Di Meng, Kriston Ganguli, Kumar Kothapalli , Pillar Reina, Sheila Innis, WA Walker. *Pediatric Research*, 2015; 78(6):626-33. PMID 26270575.

Re: The scientific report guiding the US dietary guidelines: is it scientific? Barbara Millen, Alice Lichtenstein, Steve Abrams, Lucile Adams-Campbell, Cheryl Anderson, J. Thomas Brenna, Wayne Campbell, Steven Clinton, Frank Hu, Miriam Nelson, Marian Newhouser, Rafael Perez-Escamilla, Anna Maria Siega-Riz, Mary Story. BMJ 2015;351:h4962.

The effects of aspirin on platelet function and lysophosphatidic acids depend on plasma concentrations of EPA and DHA. Block RC, Abdolahi A, Tu X, Georas SN, Brenna JT, Lawrence P5, Mousa SA. Prostaglandins, leukotrienes, and essential fatty acids. 2015; 96:17-24. PMID: 25555354 PMCID: PMC4395522

The European Food Safety Authority recommendation for polyunsaturated fatty acid composition of infant formula overrules breast milk, puts infants at risk, and should be revised. Michael A Crawford, Yiqun Wang, Stewart Forsyth and J. Thomas Brenna, *Prostaglandins, Leukotrienes, and Essential Fatty Acids 2015, epub.* PMID 26432509.

Short branched-chain C6 carboxylic acids result in increased growth, novel 'unnatural' fatty acids and increased membrane fluidity in a Listeria monocytogenes branched-chain fatty acid-deficient mutant. Sen S, Sirobhushanam S, Hantak MP, Lawrence P, Brenna JT, Gatto C, Wilkinson BJ. Biochim Biophys Acta. 2015 Oct;1851(10):1406-15. PMID: 26225744

Proceedings From FDA/A.S.P.E.N. Public Workshop: Clinical Trial Design for Intravenous Fat Emulsion Products, Daniel H. Teitelbaum, Peggi Guenter, Donna Griebel, Steven A. Abrams, Staffan Bark, Mary Baker, Karyn L. Berry, Bruce R. Bistrian, J. Thomas Brenna, Denis Bonnot, Yvon A. Carpentier, Richard J. Deckelbaum, Mary Hise, Berthold Koletzko, Jay M. Mirtallo, Andrew E. Mulberg, Randall C. O'Reilly, Jonathan Shaffer, Elke von Kleist, Gary P. Zaloga, Thomas R. Ziegler. *Journal of Pediatric Gastroenterology and Nutrition* 2015, 39(7):768-86. PMID: 25475623

Quantitative analysis of volatiles in edible oils following accelerated oxidation using broad spectrum isotope standards. Pilar Gómez-Cortés, Gavin L. Sacks, J. Thomas Brenna, *Food Chemistry*, 174C: 310–318, 2015. PMID: 25529686

Brown but not white adipose cells synthesize omega-3 docosahexaenoic acid in culture. Xia Qin, Hui Gyu Park, Ji Yao Zhang, Peter Lawrence, Guowen Liu, Nivetha Subramanian, Kumar S.D. Kothapalli, J. Thomas Brenna. *Prostaglandins, Leukotrienes, and Essential Fatty Acids 2016; 104:19-24*.

Safety and Efficacy Markers: A Proposed Path to Intravenous Fat Emulsion Approval in the United States. Daniel H. Teitelbaum, Steven A. Abrams, Gordon S. Sacks, J. Thomas Brenna, Bruce R. Bistrian, Douglas G. Burrin, M. Petrea Cober, Mark R. Corkins, Richard J. Deckelbaum, Sheila M. Innis, Darlene G. Kelly, Russell Merritt, John M. Miles, Ann Scheimann, Timothy Sentongo. (Contributing Societies: A.S.P.E.N.: American Society of Parenteral and Enteral Nutrition; ASN: American Society of Nutrition; AAP: American Academy of Pediatrics; NASPHGAN: North American Society for Pediatric Gastroenterology, Hepatology and Nutrition). *Journal of Gastroenterological and Pediatric Nutrition* 2015.

Higher efficacy of dietary DHA provided as a phospholipid than as a triglyceride for brain DHA accretion in neonatal piglets. Lei Liu, Nana Bartke, Hans Van Daele, Peter Lawrence, Xia Qin, Hui Gyu Park, Kumar Kothapalli, Anthony Windust, Jacques Bindels, Zhe Wang, J. Thomas Brenna*, *The Journal of Lipid Research* 55(3):531-539, 2014. PMID: 24470588.

Docosahexaenoic Acid and Human Brain Development: Evidence A Dietary Supply is Needed for Optimal Development. J. Thomas Brenna, Susan E. Carlson. *The Journal of Human Evolution*, 2014, 77:99-106. PMID: 24780861.

Correspondence. RE: Plasma Phospholipid Fatty Acids and Prostate Cancer Risk in the SELECT Trial. J. Thomas Brenna, Andrew Sinclair, Graham Burdge, Michael Crawford, Paul Clayton, Stephen Cunnane, Rachel Gow, Joseph Hibbeln, John Stein, and Peter Willatts. *Journal of the National Cancer Institute*, 2014, 106(4):dju015, April 2014. PMID: 24685922

The effects of aspirin and fish oil consumption on lysophosphatidylcholines and lysophosphatidic acids and their correlates with platelet aggregation in adults with diabetes mellitus. Abdolahi A, Georas SN, Brenna JT, Cai X, Thevenet-Morrison K, Phipps RP, Lawrence P, Mousa SA, Block RC. *Prostaglandins Leukot Essent Fatty Acids*. 2014 Feb-Mar;90(2-3):61-8. PMID: 24373610. PMCID: PMC3939709.

Imbalance of folic acid and vitamin B12 is associated with birth outcome: an Indian pregnant women study. Maithili Gadgil, Kalpana Joshi, Anand Pandit, Suhas Otiv, Ruchi Joshi, J. Thomas Brenna*, Bhushan Patwardhan, *European Journal of Clinical Nutrition* 2014, Jun;68(6):726-9. PMID: 24448492.

Kinetics of 13C-DHA before and during fish-oil supplementation in healthy older individuals. Plourde M, Chouinard-Watkins R, Rioux-Perreault C, Fortier M, Dang MT, Allard MJ, Tremblay-Mercier J, Zhang Y, Lawrence P, Vohl MC, Perron P, Lorrain D, Brenna JT, Cunnane SC. *Am J Clin Nutr*. 2014 May 14;100(1):105-112. PMID: 24829492

Effect of sex hormones on n-3 polyunsaturated fatty acid biosynthesis in HepG2 cells and in human primary hepatocytes. Charlene M. Sibbons, J. Thomas Brenna, Peter Lawrence, Samuel P. Hoile, Rebecca Clarke-Harris, Karen A. Lillycrop, Graham C. Burdge, *Prostaglandins, Leukotrienes, and Essential Fatty Acids 90(2-3):47-54,* 2014, PMID: 24411721.

Dietary zinc deficiency affects blood linoleic acid: dihomo-γ-linolenic acid (LA:DGLA) ratio; a sensitive physiological marker of zinc status in vivo (Gallus gallus). Spenser Reed, Xia Qin, Rinat Ran-Ressler , J. Thomas Brenna, Raymond P. Glahn, Elad Tako. *Nutrients* 2014, 6(3):1164-80. PMID: 24658588

Branched Chain Fatty Acid (BCFA) Content of Foods and Estimated Intake in the United States. Rinat Rivka Ran-Ressler, SangEun Bae, Peter Lawrence, J. Thomas Brenna. *British Journal of Nutrition*, 112(4):565-572, 2014. PMID: 24830474.

Fads3AT9 Sequence. Assession number KM975938, Genbank submission ID: 1766946. Kumar Kothapalli, Xia Qin, Jiyao zhang, Hi Kyu Park, Guowen Liu, J T Brenna, October 2014.

Quantifying the contribution of grape hexoses to wine volatiles by high precision [U13C]-glucose tracer studies. Mark A. Nisbet, Herbert J. Tobias, J. Thomas Brenna, Gavin L. Sacks*, and Anna Katharine Mansfield. *Journal of Agricultural Food Chemistry* 2014, 62(28):6820-6827. PMID: 24960193.

Human Milk Fat Globule Proteinogenic RNA Fatty Acid Desaturase Alternative Transcripts. Kumar S. D. Kothapalli, Xiaoxian Guo, Xuepeng Sun, Stephanie S. Hyon, Rinat R. Ran-Ressler, Jiyao Zhang, Hui Gyu Park, James Zou, Zhenglong Gu, J. Thomas Brenna, in prep 2015.

Multiple micronutrient supplementation ameliorates environmental enteropathy after 12 weeks in Malawian children aged 12 to 35 months; a randomized controlled clinical trial. Hannah E. Smith, Kelsey N. Ryan, Kevin Stephenson, Claire Westcott, Chrissie Thakwalakwa, Ken Maleta, Jaqueline Y. Cheng, J. Thomas Brenna, Robert J. Shulman, Indi Trehan, and Mark J. Manary. *Journal of Nutrition*. 2014 Dec;144(12):2059-2065. PMID: 25411039

Dual Roles of Adipocyte Sel1L in ERAD and LPL Biology. Haibo Sha, Adams Francisco, Nicole Ehrhardt, Shengyi Sun, Zhen Xue, Lei Liu, Robert Guber, Muhammad S. Panhwar, J. Thomas Brenna, Shi Hang, Bingzhong Xue, Sander Kersten André Bensadoun, Miklós Péterfy, Qiaoming Long, and Ling Qi. Cell Metabolism 20(3):458-70, 2014.

Comment on Rizos et al., JAMA 2012, September 12 ; 308(10):1024-1033. Claudio Galli and J. Thomas Brenna. *Journal of the American Medical Association* 309(1): 27, 2013.

Fatty Acid Analysis By High Resolution Gas Chromatography and Mass Spectrometry for Clinical and Experimental Applications. J. Thomas Brenna. *Current Opinion in Clinical Nutrition and Metabolic Care*, 2013;16(5):548-54. doi: 10.1097/MCO.0b013e328363bc0a. PMID: 23892505.

Branched Chain Fatty Acids (BCFA) in the neonatal gut, and estimated dietary intake in infancy and adulthood. Rinat R. Ran-Ressler, Raymond P Glahn, SangEun Bae, J. Thomas Brenna, *Nestlé Nutrition Institute Workshops Series* 77, 2013, 133-143. PMID 24107503

Pregnancy alters choline dynamics: results of a randomized trial using stable isotope methodology in pregnant and nonpregnant women. Yan J, Jiang X, West AA, Perry CA, Malysheva OV, Brenna JT, Stabler SP, Allen RH, Gregory JF 3rd, Caudill MA. *Am J Clin Nutr*. 2013 98(6):1459-67. doi: 10.3945/ajcn.113.066092. Epub 2013 Oct 16. PMID: 24132975.

Dietary arachidonic acid and docosahexaenoic acid regulate liver fatty acid desaturase (FADS) alternative transcript expression in suckling piglets. Wijendran V, Downs I, Srigley CT, Kothapalli KS, Park WJ, Blank BS, Zimmer JP, Butt CM, Salem N Jr, Brenna JT. *Prostaglandins Leukot Essent Fatty Acids*. 2013 Aug 26. 89(5):345-50. doi: 10.1016/j.plefa.2013.08.004. Epub 2013 Aug 26. PMID: 24075244

Disturbance in uniformly 13C-labelled docosahexaenoic acid metabolism in elderly humans carrying apolipoprotein E4 allele. Chouinard-Watkins R, Rioux-Perreault C, Fortier M, Tremblay-Mercier J, Zhang Y, Lawrence P,Vohl MC, Perron P, Lorrain D, Brenna JT, Cunnane SC, Plourde M. *British Journal of Nutrition* 2013 Jul;89(1):9-18. doi: 10.1016/j.plefa.2013.03.005. Epub 2013 May 7. PMID: 23664596.

Plasma Oxylipin Profiling Identifies Polyunsaturated Vicinal Diols As Responsive To Arachidonic Acid (ARA) And Docosahexaenoic Acid (DHA) Intake In Growing Piglets. MJ Bruins, AD Dane, K Strassburg, RJ Vreeken, JW Newman, N Salem Jr, C Tyburczy, JT Brenna, *Journal of Lipid Research* 2013, Jun;54(6):1598-607. PMID: 23543770; PMCID: PMC3646461.

Interruption of scheduled, automatic feeding and reduction of excess energy intake in toddlers. Ciampolini M, Brenna JT, Giannellini V, Bini S. *International Journal of General Medicine*. 2013;6:39-47. PMID: 23393411 [PubMed] PMCID: PMC3565931 doi: 10.2147/IJGM.S39946. Epub 2013 Jan 31.

Effects of Low-Dose Aspirin and Fish Oil on Platelet Function and NFkappaB in Adults with Diabetes Mellitus, Robert C Block, Amir Abdolahi, Brian Smith, N Meednu, Kelly Thevenet-Morrison, Xueya Cai, Huadong Cui, Shaker Mousa, J. Thomas Brenna, S Georas, *Prostaglandins, Leukotrienes, and Essential Fatty Acids*, 2013, 89(1):9-18. PMCID: PMC3589139. PMID: 23664596.

Commentary on 'Maternal long-chain PUFA supplementation during protein deficiency improves brain fatty acid accretion in rat pups by altering the milk fatty acid composition of the dam', J. T. Brenna. *Journal of Nutritional Sciences* 2:e4, 2013.

Steric Effects in the interaction between Transmembrane Proteins and Polyunsaturated Phospholipids. Khatuna Kachlishvili and J. Thomas Brenna, *Journal of Biological Physics and Chemistry*, 2013; 13: 36-44.

Dietary arachidonic acid and docosahexaenoic acid regulate liver fatty acid desaturase (FADS) alternative transcript expression in suckling piglets. Vasuki Wijendran, Ian Downs, Cynthia Tyburczy, Kumar S. D. Kothapalli, Woo Jung Park, Bryant S. Blank, J. Paul Zimmer, C.M. Butt, Norman Salem, Jr., J. Thomas Brenna, Prostaglandins, Leukotrienes, and Essential Fatty Acids 89(5):345-50. PMID: 24075244 , 2013.

Deuterium Protection of Polyunsaturated Fatty Acids against Lipid Peroxidation: A Novel Approach to Mitigating Mitochondrial Neurological Diseases. Mikhail S. Shchepinov, Vitaly A. Roginsky, J. Thomas Brenna, Robert J. Molinari, Randy To, Hui Tsui, Catherine F. Clarke and Amy B. Manning-Bo, Chapter 31 in Omega 3 Fatty Acids in Brain and Neurological Health, edited by Ronald Ross Watson and Fabian De Meester, Elsevier, 2014.

Metabolism of 13C-docosahexaenoic acid before and after fish oil supplementation in healthy older individuals. Plourde M, Chouinard-Watkins R, Rioux-Perreault C, Fortier M, Dang TM, Allard MJ, Tremblay-Mercier J, Zhang Y, Lawrence P, Vohl MC, Perron P, Lorrain D, Brenna JT, Cunnane SC, 2013, submitted.

The Omega-3 Fatty Acid Deficiency Syndrome: Opportunity for Disease Prevention. Chapter 2. Omega-3 fatty acid biosynthesis: Basic mechanisms. Microsomal biosynthsis. H.T. Reardon, J. T. Brenna. McNamara KR, Ed. Nova Science Publishers, ISBN: 978-1-62417-703-3, 2013.

A novel FADS1 isoform potentiates FADS2-mediated production of eicosanoid precursor fatty acids.. Woo Jung Park, Kumar S.D. Kothapalli, Holly T. Reardon, Peter Lawrence, Shu-Bing Qian, J. Thomas Brenna, *Journal of Lipid Research 53(8):1502-12*, 2012. PMID: 22619218.

Insertion-deletions in a FADS2 intron 1 conserved regulatory locus control expression of fatty acid desaturases 1 and 2 and modulate response to simvastatin. Holly T. Reardon, Jimmy Zhang, Kumar S.D. Kothapalli, Andrea J. Kim, Woo Jung Park, and J. Thomas Brenna, *PLEFA* 2012, 87(1) 25-33. PMID: 22748975.

Structural Characterization of Saturated Branched Chain Fatty Acid Methyl Esters by Collisional Dissociation of Electron Impact Activated Molecular Ions. Rinat Ran-Ressler, Peter Lawrence, J. Thomas Brenna, *Journal of Lipid Research* 53(1):195-203, 2012. PMID: 22021637.

Production of isotopically-labeled standards from a uniformly labeled precursor for quantitative volatile metabolomic studies. Pilar Gómez-Cortés, J. Thomas Brenna, Gavin L. Sacks. *Analytical Chemistry,* 2012 Jun 19;84(12):5400-5406. PMID: 22662968.

Growth, clinical chemistry and immune function in domestic piglets fed varying ratios of arachidonic acid (ARA) and DHA. Cynthia Tyburczy, Kumar S. D. Kothapalli, Woo Jung Park, Bryant S. Blank, Ying Chun Liu, Julie M. Nauroth, J. Paul Zimmer, Norman Salem, Jr., J. Thomas Brenna, *British Journal of Nutrition* 107(6):809-16, 2012. PMID 22040360.

The Combination of EPA+DHA and Low-Dose Aspirin Ingestion Reduces Platelet Function Acutely Whereas Each Alone May Not in Healthy Humans. Robert C. Block, Lisa Kakinami, Matthew Jonovich, Illena Antonetti, Peter Lawrence, Nida Meednu, Pedro CalderonArtero, Shaker A. Mousa, J. Thomas Brenna, Steve Georas, *PLEFA* 2012, 87(4-5):143-51. PMID: 23017325

Examination of the Kinetic Isotopic Effect to the Acetylation Derivatisation of the Gas Chromatographic-Combustion-Isotope Ratio Mass Spectrometry of Endogenous Steroids for Doping Control Analysis. Yiannis S. Angelis, Maroula K. Kioussi, J. Thomas Brenna, Costas G. Georgakopoulos, *Drug Testing and Analysis*, 2012, 4(12):923-7. PMID: 22374794.

Calibration and data processing in gas chromatography combustion isotope ratio mass spectrometry. Zhang Y, Tobias HJ, Sacks GL, Brenna JT. *Drug Testing and Analysis* 2012, 3(11-12):857-67. PMID: 22362612

Dietary long-chain polyunsaturated fatty acids upregulate expression of FADS3 transcripts. Holly T. Reardon, Andrea T. Hsieh, Woo Jung Park, Kumar S.D. Kothapalli, Joshua C. Anthony, Peter W. Nathanielsz, J. Thomas Brenna, *PLEFA* 2013 Jan;88(1):15-9; PMID: 22398025.

Maintenance of Arachidonic Acid and Evidence of Δ5 Desaturation in Cats Fed γ-Linolenic and Linoleic Acid Enriched Diets. L. Trevizan, A. de Mello Kessler, J.T. Brenna, P. Lawrence, M.K. Waldron, J.E. Bauer. *Lipids* 47(4):413-23, 2012. PMID: 22249937.

Highly sensitive and selective analysis of urinary steroids by comprehensive two-dimensional gas chromatography combined with positive chemical ionization quadrupole mass spectrometry. Ying Zhang, Herbert J. Tobias, J. Thomas Brenna, *Analyst 2012*, 137(13):3102-10. PMID: 22606686.

Pomegranate Seed Oil Reduces Intestinal Damage in a Rat Model of Necrotizing Enterocolitis. Christine F. Coursodon, Chelsea L. Snarrenberg, Camille K. Adkins-Rieck, Josep Bassaganya-Riera, Raquel Hontecillas, Peter Lawrence, J. Thomas Brenna, Zeina E. Jouni, and Bohuslav Dvorak. American *Journal of Physiology: Gastrointestinal and Liver Physiology*, 2012, 303(6):G744-51. PMID: 22821948.

*Commentary*. Tissue-specific LCPUFA accretion in fetal humans. J. Thomas Brenna. *Prostaglandins Leukot Essent Fatty Acids*. 2012 Jan-Feb;86(1-2):1. PMID: 22078006.

*Letter to the Editor*. "Comment: Environmental Exposures: how to counsel preconception and prenatal patients in the clinical setting. Comment on Sathyanarayana et al., AJOG 2012", J. Thomas Brenna, *American Journal of Obstetrics and Gynecology* 2012; 207(6):e7. PMID: 22892186

Editorial: Docosahexaenoic acid in translational medicine: The Tenth Fatty Acids and Cell Signaling meeting (FACS-10). Brenna JT, Bazan N, Calder P, Cunnane S. Prostaglandins Leukot Essent Fatty Acids. 2012 Oct 23. doi:pii: S0952-3278(12)00156-1. PMID 23103099

The Polypyrimidine Tract Binding Protein Regulates Desaturase Alternative Splicing And PUFA Composition. Holly T. Reardon, Woo Jung Park, Jimmy Zhang, Peter Lawrence, Kumar S.D. Kothapalli, and J. Thomas Brenna, *Journal of Lipid Research* 2011, 52(12):2279-86. PMID: 21980057.

Branched Chain Fatty Acids Reduce the Incidence of Necrotizing Enterocolitis in a Neonatal Rat Model, Rinat R. Ran-Ressler, Ludmila Khailova, Kelly M. Arganbright, Camille K. Adkins-Rieck, Zeina E. Jouni, Omry Koren, Ruth E. Ley, J. Thomas Brenna, and Bohuslav Dvorak, *PLoS ONE* 6(12):e29032. 2011.

FADS2 Function Loss at the 11q13 Locus Diverts Lipid Signaling Precursor Synthesis to Unusual Eicosanoid Fatty Acids. Woo Jung Park, Kumar S.D. Kothapalli, Peter Lawrence, and J. Thomas Brenna. *PLoS ONE* 2011, 6(11):e28186. PMID: 22140540.

Animal Studies Of The Functional Consequences Of Sub-Optimal Polyunsaturated Fatty Acid Status During Pregnancy, Lactation And Early Postnatal Life. J. Thomas Brenna, *Maternal and Child Nutrition*, 2011, 7 Suppl 2:59-79. PMID: 21366867.

Branched Chain Fatty Acid Content of US Retail Cow's Milk and Implications for Dietary Intake. R.R. Ran-Ressler, D. Sim, A. M. O'Donnell-Megaro, D. M. Barbano, D.E. Bauman, and J. T. Brenna, *Lipids*, 2011, 46(7) 569-576. PMID: 21293946.

Plasma Incorporation, Apparent Retroconversion And Beta-Oxidation Of $^{13}$C-Docosahexaenoic Acid In The Elderly, Mélanie Plourde, Raphaël Chouinard-Watkins, Milène Vandal, Ying Zhang, Peter Lawrence, J. Thomas Brenna, Stephen C. Cunnane, *Nutrition and Metabolism 2011,* 27;8(1):5. PMID: 21272363.

Acetonitrile covalent adduct chemical ionization tandem mass spectrometry of non-methylene interrupted pentaene fatty acid methyl esters. Susana P. Alves, Cynthia Tyburczy, Peter Lawrence, Rui J.B. Bessa, J. Thomas Brenna, *Rapid Communications in Mass Spectrometry, 2011*, 25(14), 1933–1941. PMID: 21698676.

Detection of Synthetic Testosterone Use Using Novel Comprehensive Two-Dimensional Gas Chromatography Combustion Isotope Ratio Mass Spectrometry (GC×GCC-IRMS). Herbert J. Tobias, Ying Zhang, Richard J. Auchus, J. Thomas Brenna, *Analyt Chem* 2011, 83(18):7158-65. PMID: 21846122

Mammalian DNA $\delta^{15}$N exhibits 40‰ intramolecular variation and is unresponsive to dietary protein level. Maggie S. Strable, Carolyn L. Tschanz, Behzad Varamini, Yoshito Chikaraishi, Naohiko Ohkouchi, J. Thomas Brenna. *Rapid Communications in Mass Spectrometry*, 2011;25(23):3555-62. PMID: 22095504.

Does aging change docosahexaenoic acid homeostasis? Implications for the challenge to cognitive health in the elderly. CA Castellano, R Chouinard-Watkins, JT Brenna, BJ Meyer, SC Cunnane. O Oleagineux, Corps Gras, Lipides (OCL) 2011; 18(4): 175-80. doi: 10.1684/ocl.2011.0390 URL <http://www.jle.com/e-docs/00/04/6C/98/vers_alt/VersionPDF.pdf> [in English, published in France]

External calibration in Gas Chromatography - Combustion - Isotope Ratio Mass Spectrometry measurements of endogenous androgenic anabolic steroids in sports doping control. Maroula K. Kioussi, Yiannis S. Angelis, Adam T.Cawley, M. Koupparis, Rymantas Kazlauskas, J. Thomas Brenna, Costas G. Georgakopoulos, *Journal of Chromatography A*, 2011, 1218(33):5675-82. PMID: 21752385.

Evaluation of Bioequivalency and Toxicological Effects of Three Sources of Arachidonic Acid (ARA) in Domestic Piglets. Cynthia Tyburczy, Margaret E. Brenna, Joseph A. DeMari, Kumar S. D. Kothapalli, Bryant S. Blank, Helen Valentine, Sean P. McDonough, Dattatreya Banavara, Deborah A. Diersen Schade, J. Thomas Brenna, *Food and Chemical Toxicology*, 2011, 49(9):2320-2327. PMID: 21722692.

Comprehensive Two Dimensional Gas Chromatography Fast Quadrupole Mass Spectrometry (GC×GC-qMS) for Urinary Steroid Profiling. Mass Spectral Characteristics with Chemical Ionization. Ying Zhang, Herbert J. Tobias, Richard Auchus, J. Thomas Brenna. *Drug Testing and Analysis* 3(11-12), 857–867, 2011.

Heart arachidonic acid (AA) is uniquely sensitive to dietary AA and DHA content in domestic piglets, Cynthia Tyburczy, Kumar S. D. Kothapalli, Woo Jung Park, Bryant S. Blank, Kathryn Lee Bradford, J. Paul Zimmer, Christopher M. Butt, Norman Salem, Jr., J. Thomas Brenna, *PLEFA 85(6):335-43, 2011*. PMID: 21885269

Placental docosahexaenoic and arachidonic acids correlate weakly with placental polychlorinated dibenzofurans (PCDF) and are uncorrelated with polychlorinated dibenzo-p-dioxins (PCDD) or polychlorinated biphenyls (PCB) at delivery: A pilot study. Meng-Chuan Huang, J. Thomas Brenna, Wen-Tsan Chang, Pei-Yi Sun, Hsin-Chia Hung, Su-Li Wang. *Food and Chemical Toxicology* 49(8):1711-1717, 2011. PMID: 21549173.

Folate intake, Mthfr genotype and sex modulate choline metabolism in mice. Tina W. Chew, Xinyin Jiang, Jian Yan, Wei Wang, Amanda L. Lusa, Bradley J. Carrier, Allyson A. West, Olga V. Malysheva, J Thomas Brenna, Jesse F Gregory III, and Marie A. Caudill. *Journal of Nutrition,* 2011*, 141(8):1475-81. PMID: 21697299*.

MTHFR C677T genotype influences the isotopic enrichment of one-carbon metabolites in folate-compromised men consuming d9-choline. J Yan, W Wang, JF Gregory 3rd, O Malysheva, JT Brenna, SP Stabler, RH Allen, MA Caudill. Am J Clin Nutr. 2011 Feb;93(2):348-55. PMID: 21123458.

Mice lacking FABP9/PERF15 develop sperm head abnormalities but are fertile. Vimal Selvaraj, Atsushi Asano, Jennifer L. Page, Jacquelyn L. Nelson, Kumar S. D. Kothapalli, James A. Foster, J. Thomas Brenna, Robert S. Weiss and Alexander J. Travis. Dev Biol 2011, 348(2):177-189. PMID: 20920498.

[Textbook chapter] Lipid structure, nomenclature, and chemical properties, J. T. Brenna and G. L. Sacks. Chapter 6 in Nutritional Biochemistry, 3rd Edition, M. H. Stipanuk, Editor, 2011.

[Invited Editorial] Tissue-specific LCPUFA accretion in fetal humans. J Thomas Brenna, *Prostaglandins Leukot Essent Fatty Acids* 86(1-2) 1-2, 2011.

Simultaneous Online Compound-Specific $^{13}C/^{12}C$ and D/H Determinations Using Laser Spectroscopy. Saad, Nabil; Kuramoto, Douglas; Zare, Richard; Brenna, J.; Tobias, Herbert; Richman, Bruce; Crosson, Eric, *submitted*, 2013.

Alternative transcripts of fatty acid desaturase (FADS) genes. JT Brenna, KS Kothapalli, WJ Park. *Prostaglandins Leukot Essent Fatty Acids*. 2010 Apr-Jun;82(4-6):281-285.

Altered cholesterol and fatty acid metabolism in Huntington disease. Robert C. Block, E. Ray Dorsey, Christopher A. Beck, J. Thomas Brenna, Ira Shoulson. *Journal of Clinical Lipidology* 2010, 4(1), 17–23. PMID: 20802793; PubMed Central PMCID: PMC2926984.

Microfabrication of High Temperature Micro-Reactors for Continuous Flow Isotope Ratio Mass Spectrometry. Herbert J. Tobias, J. Thomas Brenna, *Microfluidics & Nanofluidics*, 2010, 9(2-3) 461-470. DOI 10.1007/s10404-010-0563-x.

[web review] Identification of FAME Double Bond Location by Covalent Adduct Chemical Ionization (CACI) Tandem Mass Spectrometry. J. Thomas Brenna & Cynthia Tyburczy. The Lipid Library. An Edited American Oil Chemist Web Reference. Posted Sept 2010. <http://lipidlibrary.aocs.org/topics/caci_ms/index.htm>

[Podcast review] Fish Oil for Infants and Children. M. Caplan, S. E. Carlson, J. T. Brenna, *PREP Audio* 5(9). Audio/podcast interview format, Sponsored by the American Academy of Pediatrics, Sept 2010.

Sus scrofa (pig) fatty acid desaturase 2 (FADS2) mRNA, complete cds. Kothapalli,K.S., Park,W.J., Tyburczy,C., Downs,I., Salem,N. Jr., Brenna, J.T. GenBank: GU250734.1, 2010.

Dose-response effects of betamethasone on maturation of the fetal sheep lung. Loehle M, Schwab M, Kadner S, Maner KM, Gilbert JS, Brenna JT, Ford SP, Nathanielsz PW, Nijland MJ. *Am J Obstet Gynecol*. 2010, 202(2):186.e1-7.

Metabolic and Molecular Aspects of the Critical Role of Docosahexaenoic Acid in Human Brain Function. J. T. Brenna, in *Environmental Influences on Human Brain Evolution*, S.C. Cunnane and K. Stewart, Eds, John Wiley & Sons, 2010.

Alternative splicing generates a novel FADS2 alternative transcript in baboons, Woo Jung Park, Holly T Reardon, Cynthia Tyburczy, Kumar SD Kothapalli, J. Thomas Brenna, *Molecular Biology Reports* 2010, 37(5):2403-6.

Very Long Chain Polyunsaturated Fatty Acyl Phosphatidylcholine Molecular Species Profiles in Bovine Retina and Rod Outer Segments. Kristal M. Maner, Bruce Pan, Ying Zhang, Tara Kelly, J.Thomas Brenna. *Molecular Vision*, submitted, 2012.

Fat And Fatty Acid Requirements During Pregnancy And Lactation, J. Thomas Brenna, Alexandre Lapillonne, *Annals of Nutrition and Metabolism* 2009, 55(1-3):97-122.

Novel Fatty Acid Desaturase 3 (FADS3) Transcripts Generated By Alternative Splicing, Woo Jung Park, Kumar S.D. Kothapalli, Holly Reardon, Luke Kim, J. T. Brenna, *Gene* 2009, 446(1): 28-34.

An Alternate Pathway To Long Chain Polyunsaturates: The FADS2 Gene Product Δ8-Desaturates 20:2n-6 And 20:3n-3. Woo Jung Park, Kumar S. D. Kothapalli, Peter Lawrence, Cynthia Tyburczy, J. Thomas Brenna. *Journal of Lipid Research* 2009, 50(6):1195-202.

Workshop proceedings: DHA As A Required Nutrient. J. T. Brenna, N. Salem Jr., *Prostaglandins Leukot Essent Fatty Acids*. 2009, 81(2-3):97.

Workshop on DHA as a required nutrient: Overview. Leila Saldanha, Norman Salem Jr, J. T. Brenna. *Prostaglandins Leukot Essent Fatty Acids*. 2009, 81: 233-236.

Characterization of cis-9 trans-11 trans-15 C18:3 in milk fat by gas chromatography and covalent adduct chemical ionization tandem mass spectrometry. Gomez-Cortes P, Tyburczy C, Brenna JT, Juarez M, De La Fuente MA. *J Lipid Res* 2009, 50(12):2412-20.

The Effects of Eicosapentaenoic acid, Docosahexaenoic Acid, and Aspirin Ingestion on Plasma Lysophospholipid Concentrations and Autotaxin Activity, Robert C. Block, Richard Duff, Peter Lawrence, Lisa Kakinami, J. Thomas Brenna, Gregory C. Shearer, Nida Meednu, Shaker Mousa, William S. Harris, Steve Georas, Prostaglandins,Leukotrienes, and Essential Fatty Acids, 2009, 82(2-3):87-95..

Disruption of FADS2 gene in mice impairs male reproduction and causes dermal and intestinal ulceration. Chad K. Stroud, Takayuki Y. Nara, Manuel Roqueta-Rivera, Emily C. Radlowski, Peter Lawrence, Ying Zhang, Byung H. Cho, Mariangela Segre, Rex A. Hess, J. Thomas Brenna, Wanda M. Haschek, Manabu T. Nakamura, *Journal of Lipid Research*, 2009, 50(6)1195-1202.

alpha-Linolenic acid supplementation and conversion to n-3 long-chain polyunsaturated fatty acids in humans. JT Brenna, N Salem Jr, AJ Sinclair, SC Cunnane; for the International Society for the Study of Fatty Acids and Lipids, ISSFAL. *Prostaglandins Leukot Essent Fatty Acids*. 2009, 80(2-3):85-91.

Differential Effects of Individual Trans Octadecenoic Acids and Partially Hydrogenated Vegetable Oil on Hepatic Lipid and Lipoprotein Metabolism in the Golden Syrian Hamster. Cynthia Tyburczy, Catherine Major, Adam L. Lock, Frederic Destaillats, Zephirin Mouloungui, Laure Candy, Peter Lawrence, J. Thomas Brenna, Andrew M. Salter, Dale E. Bauman, *Journal of Nutrition*, 139(2):257-63, 2009.

Steroid Isotopic Standards for Gas Chromatography-Combustion Isotope Ratio Mass Spectrometry (GCC-IRMS). Ying Zhang, Herbert J. Tobias, J. Thomas Brenna. Invited submission to special edition on Steroid Doping, *Steroids* 2009, 74(3):369-78.

Dietary DHA but not ARA influences CNS fatty acid status in baboon neonates. Andrea T. Hsieh and J. Thomas Brenna, *Prostaglandins, Leukotrienes, and Essential Fatty Acids*, 2009, 81:105-110.

Mechanisms of Action of Docosahexaenoic Acid: Importance in Perinatal Nutrition, Growth, Development, and Health. Andrea Hsieh and Joyce Nettleton. Edited by J Thomas Brenna, Norman Salem Jr, Susan Carlson. Submitted, 2008

Branched Chain Fatty Acids Are Constituents of the Normal Healthy Newborn Gastrointestinal Tract. Rinat R. Ran-Ressler, Srisatish Devapatla, P. Lawrence, J. T. Brenna, *Pediatric Research* 2008, 64(6):605-609.

Comprehensive Two-Dimensional Gas Chromatography Combustion Isotope Ratio Mass Spectrometry (GC×GCC-IRMS). Herbert J. Tobias, Gavin Sacks, Ying Zhang, J. Thomas Brenna, *Analytical Chemistry*, 80 (22), 8613-8621, 2008.

Biochemical and white blood cell profiles of baboon neonates consuming formulas with moderate and high dietary long-chain polyunsaturated fatty acids, Andrea T. Hsieh, J. C. Anthony, D. A. Diersen-Schade, P. W. Nathanielsz, J. T. Brenna, *J Medical Primatology*, *37(2):81-87, 2008*.

The Influence of Maternal Early to Mid-Gestation Nutrient Restriction on Long Chain Polyunsaturated Fatty Acids in Fetal Sheep, Yunhua Zhou, M. Nijland, M. Miller, S. Ford**,** P.W. Nathanielsz, J. T. Brenna, *Lipids*, 43(6):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.

Application of comprehensive two-dimensional gas chromatography to sterols analysis. Blagoj S. Mitrevski, J. Thomas Brenna, Y Zhang, Philip J. Marriott. Journal of Chromatography A 2008, 1214(1-2):134-142.

Formula Docosahexaenoic Acid And Arachidonic Acid Improves Postnatal Hemoglobin And Related Indices In Term Baboon Neonates, Andrea T. Hsieh, Joshua C. Anthony, Deborah A. Diersen-Schade, Peter W. Nathanielsz, and J. Thomas Brenna, in preparation*, 2009.*

The influence of dietary docosahexaenoic acid and arachidonic acid on central nervous system polyunsaturated fatty acid composition, J. T. Brenna, G.-Y. Diau, *Prostaglandins Leukot Essent Fatty Acids*, 77(5-6):247-5, 2007.

Polyunsaturates, inflammation and brain function. S. C. Cunnane, J. T. Brenna. *Prostaglandins Leukot Essent Fatty Acids* 77(5-6):225, 2007. [Editorial/Introduction]

Docosahexaenoic and Arachidonic Acid Concentrations in Human Breast Milks Worldwide, J. T. Brenna, Behzad Varamini, Robert G. Jensen, Deborah A. Diersen-Schade, Linda Arterburn, *Am J Clin Nutr*, 85:1457-1464*, 2007*.

Electron Transfer Dissociation of Doubly Sodiated Glycerophosphocholine Lipids. Liang X, Liu J, Leblanc Y, Covey T, Ptak AC, Brenna JT, McLuckey SA. *J Am Soc Mass Spectrom* 18(10):1783-8, *2007*.

The Influence Of Moderate And High Dietary Levels Of Long Chain Polyunsaturated Fatty Acid (LCPUFA) On Baboon Neonate Tissue Fatty Acids, Andrea T. Hsieh, Joshua C. Anthony, Deborah A. Diersen-Schade, Steven C. Rumsey, Cun Li, Peter W. Nathanielsz, J. Thomas Brenna, *Pediatric Research*, 61(5, Part 1):537-545, *2007*.

Comprehensive Differential Transcriptome Analysis of Cerebral Cortex of Baboon Neonates Consuming Arachidonic Acid and Moderate and High Docosahexaenoic Acid Formulas, Kumar S.D. Kothapalli, Joshua C. Anthony, Andrea Hsieh, Peter W. Nathanielsz, J. Thomas Brenna, *PLoS ONE*, Apr 11;2:e370, 2007.

Atmospheric Pressure Covalent Adduct Chemical Ionization (APCACI) Tandem Mass Spectrometry for Double Bond Localization in Monoene and Diene-containing Triacylglycerols, Yichuan Xu and J. Thomas Brenna, *Analytical Chemistry, 79(6) 2525-2536, 2007.*

Dietary fat intakes for pregnant and lactating women, Berthold Koletzko, Irene Cetin, J. Thomas Brenna, for the Perinatal Lipid Intake Working Group, British Journal of Nutrition 98(5):873-7, 2007. DOI: 10.1017/S0007114507764747.

Fast Gas Chromatography/Combustion Isotope Ratio Mass Spectrometry, Gavin L. Sacks, Ying Zhang and J. Thomas Brenna, Analytical Chemistry, Aug 15;79(16):6348-58, 2007.

The Intramolecular $\delta^{15}N$ of Lysine Responds to Respiratory Status in *Paracoccus denitrificans,* Bruce S. Pan, Christopher J. Wolyniak, J. Thomas Brenna, *Amino Acids,* 33(4):631-8, 2007. DOI 10.1007/s00726-006-0487-7.

Data Analysis in GCC-IRMS, J. T. Brenna, Gavin L. Sacks, Ying Zhang, Margaret E. Brenna, Proceedings of the 24th Manfred Donike Workshop on Dope Analysis (Cologne, Germany), 2007.

Neonatal Piglet Tissue Compositional Dose Response to Dietary Docosahexaenoic And Arachidonic Acids, Meng-Chuan Huang, Angela Chueh Chao, Carolyn Tschanz, J.M. Peralta, Hsin-Chia Hung, D.A. Diersen-Schade and J. Thomas Brenna, *J Nutrition*, Sep;137(9):2049-2055, 2007.

Baboon FASD1 (fatty acid desaturase 1, coding for the Δ5-desaturase) complete coding sequence, K.S.D. Kothapalli, T. Li, W. Park, J.T.Brenna. Genbank Accession #EF531577, 2007.

A Computational Study of Structure and Dissociation of Key Ions Observed During Acetonitrile Covalent Adduct Chemical Ionization Mass Spectrometry of Conjugated Methyl Linoleate, Denise K. Pauler, Daniel Montiel, Anthony L. Michaud, J. Thomas Brenna, Barry K. Carpenter, *in preparation*, 2007.

Acetonitrile Covalent Adduct Chemical Ionization (CACI) Mass Spectrometry for Double Bond Localization in Non-Methylene-Interrupted Polyene Fatty Acid Methyl Esters. Peter Lawrence, J. T. Brenna, *Analytical Chemistry* 78(4): 1312-7, 2006.

Effects of conjugated linoleic acid on linoleic and linolenic acid metabolism in man. A.M Turpeinen, S. Barlund, R. Freese, P. Lawrence, J. T. Brenna, *British Journal of Nutrition* 95(4) 727-733, 2006.

Determination of Intramolecular $\delta^{13}C$ From Incomplete Pyrolysis Fragments. Evaluation of Pyrolysis-Induced Isotopic Fractionation in Fragments from the Lactic Acid Analogue Propylene Glycol. Christopher J. Wolyniak, Gavin L. Sacks, Sara K. Metzger, J. Thomas Brenna, *Analytical Chemistry* 78(8) 2752-2757, 2006.

Acetyl CoA Carboxylase Shares Metabolic Control of De Novo Fatty Acid Synthesis with Fatty Acid Synthase in Bovine Mammary Homogenate, T. C. Wright, J. P. Cant, J. T. Brenna, and B. W. McBride, *Journal of Dairy Science* 89(7) 2552-2558, 2006.

[Book edited]: Lipids Analysis and Lipidomics: New Techniques and Applications, M.M. Mossoba, J.K.G. Kramer, J.T. Brenna, R.E. McDonald, Editors. ISBN 978-1-893997-85-1; AOCS Press, Champaign, IL, 2006.

Structural Analysis of Unsaturated Fatty Acid Methyl Ester Isomers with Acetonitrile Covalent-Adduct Chemical Ionization (CACI) Tandem Mass Spectrometry, J. Thomas Brenna, Chapter 6, pp. 157-172 in: *New Techniques and Applications in Lipid Analysis and Lipidomics,* M.M. Mossoba, J.K.G. Kramer, J.T. Brenna, R.E. McDonald, Eds., AOCS Press, 2006.

Elemental Speciation by Parallel Elemental and Molecular Mass Spectrometry (PEMMS) and Peak Profile Matching, Gavin L. Sacks, Louis A. Derry and J. Thomas Brenna, *Analytical Chemistry*, 78(24) 8445-55, 2006.

[Textbook chapter] Lipid structure, nomenclature, and chemical properties, J. T. Brenna and G. L. Sacks. Chapter 6 in Nutritional Biochemistry, 2nd Edition, M. H. Stipanuk, Editor, 2006.

K.S.D. Kothapalli, J. C. Anthony, J.T. Brenna, GenBank listings for baboon (*Papio anubis*) nucleotide sequences: DQ779570 (*Lumican*); DQ779571 (*TIMM8A*); DQ779572 (*Uncoupling protein 2*); DQ779573 (*Beta-Actin*); DQ779574 (*ADAM metallopeptidase domain 17*); DQ779575 (*ATPase class I type 8B member 1*); DQ779576 (*TOB1*); DQ779577 (*Stearoyl-CoA desaturase, SCD1*); DQ779578 (*Fatty acid desaturase 1, FADS1*), posted August 2006. Submitted, DQ812089 (*FADS2*); DQ812090 (*FADS3*).

Omega-3 Fatty Acids, Energy Substrates, And Brain Function During Aging, Erika Freemantle, Milène Vandal, Jennifer Tremblay-Mercier, Sébastien Tremblay, Jean-Christophe Blachère, Michel E. Bégin, J. Thomas Brenna, Anthony Windust, Stephen C. Cunnane, *Prostaglandins Leukot Essent Fatty Acids*, Sep;75(3):213-20, 2006.

Structural Characterization of CLA Methyl Esters with Acetonitrile Chemical Ionization Tandem Mass Spectrometry, Anthony L. Michaud, and J. Thomas Brenna, *Advances in Conjugated Linoleic Acid Research, Vol. 3,* 2006.

$^{15}N/^{14}N$ Position-Specific Isotopic Analyses of Polynitrogenous Amino Acids. Gavin L. Sacks and J. Thomas Brenna, *Analytical Chemistry* 77(4):1013-1019, 2005.

The influence of long chain polyunsaturate supplementation on docosahexaenoic acid and arachidonic acid in baboon neonate central nervous system. Guan-Yeu Diau, Andrea T. Hsieh, Eszter A. Sarkadi-Nagy, Vasuki Wijendran, Peter W. Nathanielsz, and J. Thomas Brenna, *BMC Medicine* 3:11, 2005.

Carbon position-specific isotope analysis of alanine and phenylalanine analogues exhibiting nonideal pyrolytic fragmentation. Christopher J. Wolyniak, Gavin L. Sacks, Bruce S. Pan, J. T. Brenna. *Anal Chem* 2005;77(6):1746-52

On The Formation of Conjugated Linoleic Acid Diagnostic Ions With Acetonitrile Chemical Ionization Tandem Mass Spectrometry, Anthony L. Michaud, Peter Lawrence, Richard Adlof, J. Thomas Brenna, *Rapid Communications in Mass Spectrometry*, 19(3):363-368, 2005.

Gas Chromatography-Chemical Ionization-Mass Spectrometric Fatty Acid Analysis of a Commercial Supercritical Carbon Dioxide Lipid Extract from New Zealand Green Lipped Mussel *(Perna canaliculus)*, Christopher J. Wolyniak, Thomas Brenna, Karen J. Murphy, Andrew J. Sinclair, *Lipids*, 40(4)355-360, 2005.

Milk Fat Synthesis is Unaffected by Abomasal Infusion of the Conjugated Diene 18:3 Isomers *cis*-6, *trans*-8, *cis*-12 and *cis*-6, *trans*-10, *cis*-12. A. Sæbø, J. W. Perfield II, P. Delmonte, M. P. Yurawecz, P. Lawrence, J. T. Brenna, and D. E. Bauman, *Lipids*, 40(1):89-95, 2005.

On The Perinatal Biosynthesis Of The Omega-3 Long Chain Polyunsaturated Fatty Acid (LCPUFA) Docosahexaenoic Acid (DHA). J. T. Brenna, Pediatric Perspectives 4(6); publ by Mead Johnson & Co, Evansville, IN, 2005.

Formula Feeding Potentiates Docosahexaenoic and Arachidonic Acid Biosynthesis in Preterm and Term Four-week Adjusted Age Baboons, Eszter Sarkadi-Nagy, Vasuki Wijendran, Guan-Yeu Diau, Angela Chao, Andrea T. Hseih, Anu Turpeinen, Peter Lawrence, Peter W. Nathanielsz, J. Thomas Brenna, *J Lipid Res*, 45(1):71-80, 2004.

Identification and Characterization of Conjugated Fatty Acid Methyl Esters of Mixed Double Bond Geometry by Acetonitrile Chemical Ionization Tandem Mass Spectrometry. Anthony L. Michaud, Martin P. Yurawecz, Pierluigi Delmonte, Benjamin A. Corl, Dale E. Bauman, J. Thomas Brenna, *Analytical Chemistry* 75:4925-4930, 2003.

*Invited*: Sourcing Organic Compounds Based On Natural Isotopic Variations Measured By High Precision Isotope Ratio Mass Spectrometry. Sven Asche, A. L. Michaud, J. T. Brenna. *Current Organic Chemistry*, 2003, 7(15) 1527-1543.

The Influence of Prematurity and Long Chain Polyunsaturate Supplementation in Four-Week Adjusted Age Baboon Neonate Brain and Related Tissues. Eszter Sarkadi-Nagy, Vasuki Wijendran, Guan Yeu Diau, Angela Chueh Chao, Andrea T. Hsieh, Anu Turpeinen, P. W. Nathanielsz, J. T. Brenna. *Pediatric Research* 54: 244-252, 2003.

Docosahexaenoic and Arachidonic Acid Influence on Preterm Baboon Retinal Composition and Function, Guan-Yeu Diau, Ellis R. Loew, Vasuki Wijendran, Eszter Sarkadi-Nagy, Peter W. Nathanielsz, J. Thomas Brenna, *Investigative Ophthalmology Vision Research*, 2003, 44(10) 4559-4566.

High precision position-specific isotope analysis of $^{13}C/^{12}C$ in Leucine and Methionine Analogues. Gavin L. Sacks and J. T. Brenna, *Analytical Chemistry*, 2003 75,5495-5503.

Influence of Dietary Long Chain Polyunsaturated Fatty Acids on Premature Baboon Lung Fatty Acid Composition. Angela Chueh Chao, Guan-Yeu Diau, Vasuki Wijendran, Eszter Sarkadi-Nagy, Andrea T. Hsieh, Peter W. Nathanielsz, J. Thomas Brenna, *Lipids,* 38(4): 425-429, 2003.

Vitamin E Supplementation Blocks Lipid Peroxidation With Increasing Long Chain Polyunsaturate Levels In Piglet Tissues. E. Sarkadi-Nagy, M.-C. Huang, G.-Y. Diau, R. Kirwan, A. C. Chao, C. L. Tschanz, J. T. Brenna. *European Journal of Nutrition*, 42: 293-296, 2003.

An Analysis of Quantization Error in High Precision Continuous Flow Isotope Ratio Mass Spectrometry (IRMS), Gavin L. Sacks, Christopher J. Wolyniak, and J. Thomas Brenna, *J Chromat A*, 2003 1020(2):273-82.

Efficacy of Dietary Arachidonic Acid Provided As Efficacy Of Dietary Arachidonic Acid Provided As Triglyceride Or Phospholipid As Substrates For Brain Arachidonic Acid Accretion In Baboon Neonates. Vasuki Wijendran, Meng-Chuan Huang, Guan-Yeu Diau, Gunther Boehm, Peter W. Nathanielsz, J. Thomas Brenna, *Pediatric Research* 51(3) 265-272, 2002. [Commentary by S. C. Cunnane, *Pediatric Research* 51(3) 263-264, 2002.]

Enzymatic Decarboxylation For Preparation Of Amino Acids For Isotopic Analysis. Bassem Ziadeh, Anthony Michaud, Nabil Saad, Betty Lewis, Paul Pencharz, M. Rafii, J. Thomas Brenna. *Anal Chem*, 74(2):479-83, 2002.

Efficiency of Conversion of α -Linolenic Acid to Long Chain n-3 Fatty Acids in Man. J. T. Brenna, *Current Opinion in Clinical Nutrition and Metabolic Care* 5(2):127-132, 2002.

Straight-chain Acyl-CoA Oxidase Knockout Mouse Accumulates Extremely-Long-Chain Fatty Acids From α-Linolenic Acid: Evidence for Runaway Carousel-type Enzyme Kinetics in Peroxisomal β-Oxidation Diseases. Juan P. Infante, Carolyn L. Tschanz, Natacha Shaw, Anthony L. Michaud, Peter Lawrence, and J. Thomas Brenna, *Molecular Genetics and Metabolism* 75(2):108-119, 2002.

Dietary Single Cell Long Chain Polyunsaturated Oils at Physiological Levels Do not Alter Serum Clinical Indicators or Organ Weights in Piglets Fed from Birth to One Month. Meng-Chuan Huang, Angela Chao, Ryan Kirwan, Carolyn Tschanz, Jose M. Peralta, Deborah A. Diersen-Schade, Susan Cha, and J. Thomas Brenna, *Food Chemical Toxicology* 40(4), 453-460, 2002.

Significant Utilization of Dietary Arachidonic Acid is For Brain Adrenic Acid In Baboon Neonates, V. Wijendran, P. Lawrence, Guan-Yeu Diau, G. Boehm, P. W. Nathanielsz, and J.T. Brenna. *J Lipid Research*, 43(5), 762-7, 2002.

Double Bond Localization in Minor Homoallylic Fatty Acid Methyl Esters Using Acetonitrile Chemical Ionization Tandem Mass Spectrometry, Anthony L. Michaud, Guan-Yeu Diau, Ruben Avril, J. Thomas Brenna, *Analytical Biochemistry*, 307(2), 348-360, 2002 (doi: 10.1016/S0003-2697(02)00037-4).

BOOK: *Measuring Mass. From Positive Rays to Proteins.* Michael A. Grayson, Editor. Contributors (in alphabetical order): J. Thomas Brenna, Kenneth L. Busch, Richard M. Caprioli, Robert J. Cotter, Ronald D. Grigby, Charles M. Judson, Ragu Ramanathan,, Gary Siuzdak, Michael S. Story, John J. Thomas, Ross C. Willoughby, Alfred L. Yergey. Sponsored by the American Society for Mass Spectrometry on the occasion of the 50th ASMS Conference, and distributed to all 4800 attendees. Published by Chemical Heritage Press, Philadelphia, 2002.

Natural Intramolecular Isotope Measurements in Physiology. Elements of the Case for an Effort Toward High Precision Position-Specific Isotope Analysis (PSIA) J. T. Brenna, *Rap Comm in Mass Spectrom*, 15(15):1252-62, 2001.

Reduction of Non-Polar Amino Acids to Amino Alcohols to Enhance Volatility For High Precision Isotopic Analysis, Bassem I. Zaideh, Nabil M. R. Saad, Betty A. Lewis, and J. T. Brenna, *Analytical Chemistry*, 73(4):799-802, 2001.

Fetal Baboons Convert 18:3n-3 to 22:6n-3 in vivo. A Stable Isotope Tracer Study. Hui-Min Su, Meng-Chuan Huang, Nabil M. R. Saad, Peter W. Nathanielsz, and J. Thomas Brenna, *J. Lipid Research*, 42(4):581-6, 2001.

Growth, Neurobehavioral And Circadian Rhythm Development In Newborn Baboons. Majid Mirmiran, Luca Bernardo, Susan L. Jenkins, Xiao Hong Ma, J. Thomas Brenna, Peter W. Nathanielsz, *Pediatric Research,* 49(5):673-7, 2001.

High Levels of Docosahexaenoic Acid (22:6n-3)-containing Phospholipids in High-Frequency Contraction Muscles of Hummingbirds and Rattlesnakes. J. P. Infante, R. C. Kirwan, J. T. Brenna, *Comparative Biochemistry and Physiology B: Biochemistry and Molecular Biology* 130(3):291-8, 2001.

On The Relative Efficacy of α-Linolenic acid and Preformed Docosahexaenoic Acid as Substrates for Tissue Docosahexaenoate During Perinatal Development, M-C Huang, J. T. Brenna, Chap 7, in *Fatty Acids: From Neuronal Membrane to Physiological and Behavioral Function*, ed D. I. Mostofsky, S. Yehuda, N. Salem Jr, 99-114, 2001.

High Precision Isotope Ratio Mass Spectrometry and Stable Isotope Precursors for Tracer Studies in Cell Culture, Meng-Chuan Huang, Sri Muddana, Eric N. Horowitz, Charles C. McCormick, Juan P. Infante and J. Thomas Brenna, *Analytical Biochemistry*, 2000, 287: 80-86.

Breast-fed Infants Achieve A Higher Rate Of Brain And Whole Body Docosahexaenoate Accumulation Than Formula-Fed Infants Not Consuming Dietary Docosahexaenoate, Stephen C. Cunnane, Valerie Francescutti, J. Thomas Brenna, Michael A. Crawford. *Lipids* 2000, 35:105-111.

The formula-fed infant not consuming docosahexaenoate does not accumulate docosahexaenoate at the same rate as the breast-fed infant. Cunnane SC, Francescutti V, Brenna JT, Crawford MA *Proceedings Of The Nutrition Society* 59: 38A-38A, Suppl. S SPR 2000

Maternal intravenous administration of long chain n-3 polyunsaturates to the pregnant ewe in late gestation results in specific inhibition of prostaglandin H synthase (PGHS) 2, but not PGHS1 and oxytocin receptor mRNA in myometrium during betamethasone-induced labor. Xiao Hong Ma, Wen Xuan Wu, J. Thomas Brenna, P. W. Nathanielsz, *Reproductive Sciences*, 2000,7(4):233-237. doi: 10.1177/107155760000700407

An Octaene Fatty Acid, 4,7,10,13,16,19,22,25-Octacosaoctaenoic Acid (C28:8n-3), Found in Marine Oils. C. Van Pelt, M.-C. Huang, C. Tschanz, J. T. Brenna, *Journal of Lipid Research*, 1999, 40(8)1501-1505.

Studies of Structure and Mechanism in Acetonitrile Chemical Ionization Tandem Mass Spectrometry of Polyunsaturated Fatty Acid Methyl Esters. Colleen K. Van Pelt, Barry K. Carpenter, and J. Thomas Brenna, *Journal of the American Society for Mass Spectrometry* 1999, 10: 1253-1262.

Bioequivalence of dietary α-linolenic and docosahexaenoic acids as sources of docosahexaenoate accretion in brain and associated organs of neonatal baboons. by Hui-Min Su, Luca Bernardo, Majid Mirmiran, X. H. Ma, T. N. Corso, P. W. Nathanielsz and J. T. Brenna, *Pediatric Research*, 1999, 45:87-93.

Invited: Online Pyrolysis of Hydrocarbons Coupled to High-Precision Carbon Isotope Ratio Analysis, T. N. Corso and J. T. Brenna, *Analytica Chimica Acta,* 1999, 397: 217-224.

Acetonitrile Chemical Ionization Tandem Mass Spectrometry (CI-MS/MS) To Locate Double Bonds in Polyunsaturated Fatty Acid Methyl Esters, C. K. Van Pelt and J. T. Brenna, *Analytical Chemistry*, 1999, 71: 1981-1989.

Delay or Prevention of Premature Delivery in Sheep by Omega-3 Long Chain Polyunsaturates, M. Baguma-Nibasheka, J. T. Brenna, P. W. Nathanielsz, *Biology of Reproduction* 1999, 60: 698-701.

Dietary 18:3n-3 And 22:6n-3 As Sources Of 22:6n-3 Accretion In Neonatal Baboon Brain And Associated Organs H.-M.Su, L. Bernardo, M. Mirmiran, X.-H. Ma, P. W. Nathanielsz & J. T. Brenna, *Lipids*, 1999, 34:S347-50.

Carbon Recycling into de novo Lipogenesis is a Major Pathway in Neonatal Metabolism of Polyunsaturates, S. C. Cunnane, C. R. Menard, S. S. Likhodii, J. T. Brenna, M. A. Crawford, *Prostaglandins, Leukotrienes, and Essential Fatty Acids*, 1999, 60: (5-6) 387-392.

Linoleic Acid Kinetics and Conversion to Arachidonic Acid in the Pregnant and Fetal Baboon, H.-M. Su, T. N. Corso, P. W. Nathanielsz, J. T. Brenna, *Journal of Lipid Research*, 1999, 40(7):1304-12 .

Docosahexaenoate Requirement and Infant Development. Stephen C. Cunnane, Valerie Francescutti, J. Thomas Brenna, *Nutrition* 1999, 15: 801-802. (Letter to the editor)

Gas Chromatograph Injection Liner for Continuous Analyte Admission Into a Mass Spectrometer T. N. Corso, C. K. Van Pelt, J. T. Brenna, *Analytical Chemistry* 1998, 70, 1030-1032.

Simultaneous Measurement of Desaturase Activities Using Stable Isotope Tracers or a Non-Tracer Method, H.-M. Su and J. T. Brenna, *Analytical Biochemistry* 1998, 261(1): 43-50.

Reduction of Fatty Acid Methyl Esters to Fatty Alcohols to Improve Volatility for Isotopic Analysis Without Extraneous Carbon, T. N. Corso, B. A. Lewis, and J. T. Brenna, *Analytical Chemistry* 1998, 70(18): 3752-3756.

Sub-femtomole, Highly Selective Analysis of α-Tocopherol and Deuterated Isotopomers in Plasma Using Tabletop GC/MS/MS, C. K. Van Pelt, P. Haggarty, and J. T. Brenna, *Analytical Chemistry* 1998, *70(20):*4369-75.

Recycling of Carbon into Lipids Synthesized de novo is a Quantitatively Important Pathway of [U-13C]-α-Linolenate Utilization in the Developing Rat Brain. C. R. Menard, K. J. Goodman, T. N. Corso, J. T. Brenna, S. C. Cunnane, *Journal of Neurochemistry* 1998, (5):2151-8

Estimating 22:6n-3 Synthesis in Human Pregnancy from Natural Variation in 13C Abundance, P. Haggarty, J. Ashton, J. T. Brenna, T.N. Corso, V. Lakin, D. R. Abramovich, P. Danelian, *in* Essential Fatty Acids and Eicosanoids: Invited Papers from the Fourth International Congress 1998, pp. 108-112.

High Precision Position-Specific Isotope Analysis, T. N. Corso and J. T. Brenna, *Proceedings of the National Academy of Sciences of the USA*, 1997, 94, 1049-1053.

Brain Docosahexaenoate Accretion In Fetal Baboons: Bioequivalence Of Dietary α-Linolenic And Docosahexaenoic Acids, R. S. Greiner, P. W. Nathanielsz, J. T. Brenna, 1997, *Pediatric Research*, *42*: 826-834.

High Precision Continuous Flow Isotope Ratio Mass Spectrometry, J. T. Brenna, T. N. Corso, H. J. Tobias, R. J. Caimi, *Mass Spectrometry Reviews* 1997, 16, 227-258. Erratum in Mass Spectrom Rev 1997 Nov-Dec;16(6):382.

U.S. Patent # 5,661,038, issued Aug. 26, 1997 *Interface system for isotopic analysis of hydrogen*, Coinventors J. T. Brenna, H. J. Tobias, K. J. Goodman.

Desaturation and Interconversion of Dietary Stearate and Palmitate in Human Plasma and Lipoproteins, S. K. Rhee, A. Kayani, A. Ciszek, J. T. Brenna, *American Journal of Clinical Nutrition*, 1997, 65: 451-458.

Quantitative Evaluation of Carbon Isotope Fractionation During Reversed Phase High-Performance Liquid Chromatography, R. J. Caimi and J. T. Brenna, *Journal of Chromatography A*, 1997, *757* : 307-310.

[3-13C] α-Linolenic Acid: A New Probe of Arachidonic Acid Synthesis in the Suckling Rat, S. C. Cunnane, G. Moine, S.S. Likhodii, J. Vogt, T. N. Corso, J. T. Brenna, H. Dammelmair, B. Koletzko, K.H. Tovar, G. Kohn, G. Sawatzki, R. Muggli, *Lipids*, 1997, *32*: 211-217.

On-Line Pyrolysis As A Limitless Reduction Source For High-Precision Isotopic Analysis Of Organic-Derived Hydrogen, H. J. Tobias and J. T. Brenna, *Analytical Chemistry*, 1997, *69*: 3148-3152.

Pulmonary Phospholipid Saturation Increases with Glucocorticoid receptor mRNAs in Late Gestation But Not Due to Labor in the Fetal Rhesus Monkey, Q. Zhang, W. X. Wu, X. H. Ma, P. W. Nathanielsz, J. T. Brenna, *Prostaglandins, Leukotrienes, and Essential Fatty Acids*, 1997, *57(3),* 311-321.

The Use of Stable Isotopes to Study Fatty Acid and Lipoprotein Metabolism in Man, J. T. Brenna, *Prostaglandins, Leukotrienes, and Essential Fatty Acids* 1997, *57*(4&5),467-472.

Assessing Metabolism of [$^{13}$C] β-Carotene Using High Precision Isotope Ratio Mass Spectrometry, R. S. Parker, J. T. Brenna, J. E. Swanson, K. J. Goodman, B. Marmor, *Methods in Enzymology* 1997, 282: 130-140.

High-Precision D/H Measurements from Organics and Position-Specific Carbon Isotope Analysis, Chapter 1, J. T. Brenna, H. J. Tobias, T. N. Corso, *Stable Isotopes.* H. Griffiths, Ed., BIOS Scientific Publishers Ltd, Oxford, UK. 1997, *Chapter 1, pp. 1-12*.

Serum Fatty Acid Carbon Isotope Ratios in Adults on Controlled Diets Determined by High Precision Gas Chromatography-Combustion Isotope Ratio Mass Spectrometry, S. Rhee, R. Reed, and J. T. Brenna, *Lipids*, 1997, 32(12) 1257-1263.

Linoleate, α-Linolenate, and Docosahexaenoate Recycling into Saturated and Monounsaturated Fatty Acids is a Major Pathway in Pregnant or Lactating Adults and Fetal or Infant Rhesus Monkeys, R. Sheaff Greiner, Q. Zhang, K. J. Goodman, D. A. Guissani, P. W. Nathanielsz, J. T. Brenna*, Journal of Lipid Research*, 1996, *37* 2675-2686.

Increasing Dietary Linolenic Acid in Young Rats Increased and then Decreases Docosahexaenoic Acid in Retina but not in Brain, H.-M. Su, L. A. Keswick, J. T. Brenna, *Lipids* 1996, 31 (12), 1289-1298.

High-Precision D/H Measurement from Organic Mixtures by Gas Chromatography Continuous Flow Isotope Ratio Mass Spectrometry Using a Palladium Filter, H. J. Tobias and J. T. Brenna, *Anal Chemistry* 1996, *68*, 3002-3007.

The Expression of Cytosolic Phospholipase A2 and Prostaglandin Endoperoxide Synthase in Ovine Maternal Uterine and Fetal Tissues During Late Gestation and Labor, Q. Zhang, W. X. Wu, J. T. Brenna, P. W. Nathanielsz, *Endocrinology* 1996, *137(9),* 4010-4017.

Identification and Mapping of Phosphocholine in Animal Tissue by Static Secondary Ion Mass Spectrometry and Tandem Mass Spectrometry, J. M. McMahon, R. T. Short, C. A. McCandlish, J.T. Brenna, P. J. Todd, *Rapid Communications in Mass Spectrometry*, 1996, *10*, 335-340.

Direct Analysis of Carbon Isotope Variability in Albumins by Liquid Flow-Injection Isotope Ratio Mass Spectrometry, R. J. Caimi and J. T. Brenna*, J. American Society for Mass Spectrometry*, 1996, *7*, 605-610.

Docosahexaenoic Acid Modulates the Interactions of the Interphotoreceptor Retinoid-binding Protein with 11-*cis*-Retinal, Y. Chen, L. A. Houghton, J. T. Brenna, N. Noy, *Journal of Biol Chemistry* 1996, *271(34),* 20507-20515.

Correction of Ion Source Non-Linearities in Continuous Flow High Precision Isotope Ratio Mass Spectrometry of Water-derived Hydrogen, H. J. Tobias, J. T. Brenna, *Analytical Chemistry*, 1996, *68(17)* 2281-2286.

High Precision D/H Measurements From Hydrogen Gas and Water by Continuous Flow Isotope Ratio Mass Spectrometry, H. J. Tobias, K. J. Goodman, C. E. Blacken, and J. T. Brenna, *Anal Chemistry*,1995, *67(14),* 2486- 2492.

Multiple Laboratory Comparison of the Doubly Labeled Water Technique, S. B. Roberts, W. Dietz, T. Sharp, G. Dallal, J. O. Hill, et al.* *Obesity Research*, 1995, *3 suppl.1, 3-15*. *JTB contributor.

Direct Determination of Deuterium in Untreated Water and Urine by NMR: Application to Doubly Labeled Water Analysis, J. T. Brenna and K. E. Yeager, *American Journal of Physiology* (Endocrinology and Metabolism), 1995, *268* (*Endocrinology & Metabolism 31*): E1018-1026.

High Precision Gas Chromatography-Combustion Isotope Ratio Mass Spectrometry at Low Signal Levels, K. J. Goodman and J. T. Brenna, *Journal of Chromatography A*, 1995, *689*, 63-68.

High Sensitivity Liquid Chromatography-Combustion Isotope Ratio Mass Spectrometry of Fat Soluble Vitamins, R. J. Caimi and J. T. Brenna, *Journal of Mass Spectrometry*, 1995, *30* 466-472.

Conversion of α-Linolenate to Docosahexaenoate Is Not Depressed by High Dietary Levels of Linoleate in Young Rats: Tracer Evidence Using High Precision Mass Spectrometry, R. C. Sheaff, H.-M. Su, L. A. Keswick, J. T. Brenna, *Journal of Lipid Research*, 1995, *36*, 998-1008.

Distribution and Mobilization of Arachidonic, Eicosapentaenoic, Docosahexaenoic, and Related and Related Fatty Acids in Ovine Endometrial Phospholipids in Late Gestation and Labor, Q. Zhang, Wen X. Wu, J. T. Brenna, and P.W. Nathanielsz*, Prostaglandins, Leukotrienes, and Essential Fatty Acids*, 1995, *53*, 201-209.

High Precision Gas Isotope Ratio Mass Spectrometry: Recent Advances in Instrumentation and Biomedical Applications, J. T. Brenna, *Accounts of Chemical Research*, 1994, 27, 340-346. (Invited).

Curve-fitting for Recovery of Accuracy in High Precision Isotope Ratios in Gas Chromatography-Combustion Isotope Ratio Mass Spectrometry, K. J. Goodman and J. T. Brenna, *Analytical Chemistry* 1994, 66(8) 1294-1301.

Condensed Phase Carbon Isotope Standards for Compound-Specific Isotope Analysis (CSIA), R. J. Caimi, L. Houghton, J. T. Brenna, *Analytical Chemistry* 1994, *66(18),* 2989-2991.

High Precision Liquid Chromatography-Combustion Isotope Ratio Mass Spectrometry, R. J. Caimi and J. T. Brenna, *Analytical Chemistry* 1993, 65(23) 3497-3500.

Study of β-Carotene Metabolism in Humans Using 13C-β-Carotene and High Precision Isotope Ratio Mass Spectrometry, R. S. Parker, J. E. Swanson, B. Marmor, K. J. Goodman, A. B. Spielman, J. T. Brenna, S. M. Viereck, W. K. Canfield, *Annals of the New York Academy of the Sciences* 1993, *691*, 86-95.

Laser Fourier Transform Mass Spectrometry for Polymer Characterization, J. T. Brenna, W. R. Creasy, and J. Zimmerman, in Structure--Property Relations in Polymers: Spectroscopy and Performance, ed. by M. W. Urban and C. D. Craver, Am Chemical Soc, Washington, DC, pp. 129-158, 1993. (Invited book chapter, peer reviewed)

High Sensitivity Tracer Detection Using High Precision Gas Chromatography-Combustion Isotope Ratio Mass Spectrometry and Highly-Enriched [U-$^{13}$C]-Labeled Precursors, K. J. Goodman and J. T. Brenna, *Analytical Chemistry* 1992 *64(10*), 1088-1095.

Laser Microprobe FTICR of Polymer and Organic Surfaces, J. T. Brenna, in Analytical Fourier Transform Ion Cyclotron Resonance (FTICR) Spectroscopy, ed. by B. Asamoto, VCH Publishers, New York, pp. 187-213, 1992 (Invited book chapter, peer reviewed).

Laser Microprobe Fourier Transform Mass Spectrometric Analysis of High Molecular Weight Polymers J. T. Brenna and W. R. Creasy, *Applied Spectroscopy* 1991 *45(1),* 80-91.

Formation of High Mass Carbon Cluster Ions From Laser Ablation of Polymers and Thin Carbon Films, W. R. Creasy and J. T. Brenna, *Journal of Chemical Physics* 1990 *92*, 2269-2279.

Raman Studies of Laser-ablated ETFE (Tefzel) Films, L. M. Siperko, W. R. Creasy, J. T. Brenna, *Surface & Interface Analysis* 1990 *15*, 95-99.

Characterization of radio frequency deposited thin carbon films, L. M. Siperko, J. T. Brenna, and W. R. Creasy, *Journal of Vacuum Science & Technology* 1990 *A8(3)*, 1533-1537.

Image Current Detection in Quantitative Microprobe Fourier Transform Ion Cyclotron Resonance Mass Spectrometry, J. T. Brenna and W. R. Creasy, in Secondary Ion Mass Spectrometry, SIMS VII, Ed by A. Benninghoven, C. A. Evans, Jr, K. D. McKeegan, H. A. Storms, H. W. Werner; John Wiley and Sons, New York, 863-866, 1990.

Laser Microprobe Fourier Transform Ion Cyclotron Resonance Mass Spectrometry: Instrumentation and Results of Quantitative and Polymer Studies, J. T. Brenna, *Microbeam Analysis* 1989, 306-310 (invited).

Elemental Composition of Ions Associated with Low Mass Carbon Clusters Generated by Laser Ablation of Polyimide, J. T. Brenna, W. R. Creasy, and W. Volksen, *Chemical Physics Letters* 1989 *163(6),* 499-502.

Experimental Evaluation of Apodization Functions for Quantitative Fourier Transform Mass Spectrometry J. T. Brenna and W. R. Creasy, *International Journal of Mass Spectrometry and Ion Processes* 1989 *90*, 151-166.

Analysis of Polyimide Using Laser Microprobe/Fourier Transform Mass Spectrometry, W. R. Creasy and J. T. Brenna, in Polyimides: Materials, Chemistry, and Characterization, C. Feger, M. M. Khojasteh, J. E. McGrath, Eds., Elsevier Science Publishers B.V., Amsterdam, pp. 635-642, 1989.

Laser Raman and Laser Ablation Fourier Transform Mass Spectrometric Studies of Chemically Etched Polyethylene L. M. Siperko, W. R. Creasy, J. T. Brenna*, Journal of Vacuum Science & Technology* 1989 *A7(3*), 1750-1753.

A Plasma Source for Fourier Transform Mass Spectrometry, J. L. Shohet, W. L. Phillips, A. Lefkow, J. W. Taylor, C. Bonham, J. T. Brenna*, Plasma Chemistry & Plasma Processing* 1989 *9(2*), 207-215.

Nd:YAG-Based Laser Microprobe System for Fourier Transform Ion Cyclotron Resonance Mass Spectrometer, J. T. Brenna, W. R. Creasy, W. McBain, C. Soria, *Review of Scientific Instruments* 1988 59(6), 873-879.

Interface Between Nicolet FTMS-2000 and Quantel Laser Using an IBM PC AT, W. R. Creasy and J. T. Brenna, *Computers and Chemistry* 1988 *13*(4), 319-324.

Large Carbon Cluster Ion Formation During Laser Ablation of Polyimide and Graphite, W. R. Creasy and J. T. Brenna, *Chemical Physics* 1988 *126*, 453-468.

Elemental Isotopic Ratio Determinations by Fourier Transform Ion Cyclotron Resonance Mass Spectrometry, J. T. Brenna, Secondary Ion Mass Spectrometry: SIMS VI, 327-330, 1988, (Wiley, London).

Ionization Probability Variations in Secondary Ion Mass Spectrometric Analysis of Plastic Embedded and Ashed Tissue, J. T. Brenna and G. H. Morrison, *Analytical Chemistry* 1986 *58*, 1675-1680.

Detection and Localization of Silicon and Associated Elements in Vertebrate Bone Tissue by Imaging Ion Microscopy, W. J. Landis, D. D. Lee, J. T. Brenna, S. Chandra, G. H. Morrison, *Calcified Tissue Int* 1986 *38*, 52-59.

Versatile Video Tape System for Selective Storage and Retrieval of Ion Images, J. T. Brenna, M. G. Moran, G. H. Morrison, *Analytical Chemistry* 1986 *58*, 428-433.

Matrix Effects in the Quantitative Elemental Analysis of Plastic Embedded and Ashed Biological Tissues by SIMS, J. T. Brenna, G. H. Morrison, *Springer Series in Chemical Physics 44*, *Secondary Ion Mass Spectrom, SIMS V*, 1986, 124-126.

Videotape System for Ion Imaging, M. G. Moran, J. T. Brenna, G. H. Morrison, in Springer Series in Chemical Physics 44, Secondary Ion Mass Spectrometry, SIMS V, 1986, 249-252.

Temperature Stage for Ultra-Low Temperature Oxygen Plasma Ashing ($L^2TA$), M. T. Bernius, J. T. Brenna, G. H. Morrison, *Review of Scientific Instruments* 1985 *56*(*11*), 2084-2087.

Low Temperature Ashing for Elemental Sensitivity Enhancement in Secondary Ion Mass Spectrometry, J. T. Brenna, G. H. Morrison, *Analytical Chemistry* 1984 *56*, 2791-2797.

Determination of Magnesium Isotope Ratios in Biological Fluids by Secondary Ion Mass Spectrometry, G. O. Ramseyer, J. T. Brenna, G. H. Morrison, R. Schwartz, *Analytical Chemistry* 1984 *56*, 402-407.

II. Selected Invited Lectures (of >100) Back to Top

Does Anyone Listen to Dietary Recommendations? Dinner debater, 10th Congress of the International Society for the Study of Fatty Acid and Lipids (ISSFAL), Vancouver, June 2012.

Branched chain fatty acid and ω3 fatty acids: misunderstood and neglected dairy and beef bioactive fats. Second International Symposium on Dairy Cow Nutrition and Milk Quality. Beijing, China, May 2011.

Humans require omega-3 docosahexaenoic acid to achieve optimal brain and retinal fatty acid composition. J. Thomas Brenna, Kumar S.D. Kothapalli, Woojung Park, The International Seafood and Health Conference & Exhibition, Melbourne, Australia, Nov 2010.

Characterization of the Human Urinary Steroidome. Major League Baseball Conference Center, NY, NY. March 2010.

DHA and brain development: Primate models. A Celebration of DHA. London, UK. June 2010.

Maternal Nutrition During Pregnancy and Long Term Outcomes. European Society for Pediatric Research, Hamburg, October 2009.

The Biology and Metabolism of PUFA's: Review and Possible Clinical Implications. Pediatric Academic Societies, Annual Conference, Baltimore, MD, May 2009.

Overview of Lipidomics. J. Thomas Brenna. Association of Bioresource Facilities Annual Conference, Salt Lake City, Utah, February 2008. Symposium organizer.

Nutritional intervention during pregnancy and later outcome of the child. Numico sponsored symposium: The Preterm Baby: Special Demands for Later Health. Lisbon, Portugal, Feb 2008. Attended by >300 neonatologists from 33 countries.

The Fats about Feeding Mother's and Baby's Brains. Featured speaker at the Annual General Meeting of the McCarrison Society for Nutrition and Health (London), Medical Society of London. July 2008.

The Importance of Docosahexaenoic Acid and Arachidonic Acid to Infant Development. Presentations to pediatricians and health care professionals in tour of PR China: *Guangzhou, Shanghai, Beijing, Chengdu, Shenzhen*, Oct 2007.

Isotope ratio mass spectrometry in Antidoping Science. The 2006 Tour de France. Dept of Pharmacology and the Olympic Antidoping Laboratory, University of Utah, Sept 2007.

Neuroscience: Nutritional factors in neurogenesis and the relative importance of different types of essential fatty acids. IN: Neuroscience, epigenetics, maternal nutrition, HIV and its origin in Africa. A Letten and Mother and Child Foundation Symposium. London, Oct 2006.

[Plenary Lecture] The influence of perinatal long chain polyunsaturate nutrition and prematurity on neural tissue polyunsaturate composition and function studied in non-human primates, J. Thomas Brenna, 47th International Congress on the Bioscience of Lipids, Pecs, Hungary, Sept 2006.

DHA Synthesis from ALA: Relevance for Public Health Advice, Symposium/panel on Communicating Recommendations on Omega-3 Fatty Acids to dieticians and the public, Experimental Biology 2005, San Diego.

Double Bond Localization in Conjugated Polyunsaturated FAME by Ion-Molecule Reaction MS/MS, Am Oil Chemists Soc, Salt Lake City, June 2005.

Analysis of trans and Conjugated Fatty Acids by Gas Phase Derivatization and Tandem Mass Spectrometry, Am Oil Chem Soc, Salt Lake City, June 05

Omega-3 Fatty Acids: Health Effects from the Cradle to the Grave. Cornell Institute of Food Science, International Symposium on Functional Foods, , Ithaca, June 05.

Are Docosahexaenoic and/or Arachidonic Acid Required for Optimal Perinatal Neural Development? Evidence from Compositional and Stable Isotope Tracer Studies in Non-Human Primates. Case Western Reserve Univ, Dept of Nutrition, Oct 05.

CNS composition responds differently to dietary DHA and AA (ARA) in non-human primates. 4th International Conference in Cellular and Molecular Biology, Poitiers, France, Oct 05.

The influence of dietary docosahexaenoic acid (DHA) and arachidonic acid (ARA) on neural tissue composition and metabolism. Stable isotope tracer and compositional studies in neonates. University of Umea, Sweden, Oct 05.

Is a Dietary Source of Docosahexaenoic Acid and/or Arachidonic Acid Required for Perinatal Neural and Visual Development? Pediatrics Grand Rounds, University of Texas Health Science Center San Antonio, 2004.

Polyunsaturated Fatty Acid Nutrition for Neural Development in NeonatalBaboons, Southwest Foundation for Biomedical Research, San Antonio, Texas, 2004.

Pregnant and Lactating Women Should Consume a Source of Dietary Docosahexaenoic Acid. Ob/Gyn Grand Rounds, University of Texas Health Science Center San Antonio, 2004.

Compositional and Functional Consequences of Docosahexaenoic Acid Supplementation in Retina and CNS of Neonatal Baboons, J. T. Brenna, American Society for Neuroscience Annual Conference, New York, NY, 2004.

Effects of Chromatographic Overlap on Uncertainty, J. T. Brenna, Second Annual Workshop of the United States Anti-doping Agency, City of Industry, CA, 2003.

The Influence of Prematurity and Long Chain Polyunsaturate Supplementation on Docosahexaenoic and Arachidonic Aids in the Basal Ganglia in Baboon Neonates, Fifth Workshop on Fatty Acids and Cell Signaling, Bethesda, MD, July 2003.

Opening speaker, 50th ASMS Conference. Tutorial 1: Guidelines for Quantitative Analysis by Mass Spectrometry. Orlando, Florida, June 2002.

Plenary Lecture: Essential fatty acid requirements for the perinatal primate. Fifth International Conference of the International Society for the Study of Fatty Acids and Lipids, Montreal, Canada, May 2002.

Keynote Address: Stable Isotope Mass Spectrometry Users Group, SIMSUG 2001, Glasgow, UK, January, 2001.

Stable isotopes in nutrition research: Present status and ruminations about the future. J. T. Brenna, After dinner speaker sponsored by Washington University Mass Spectrometry Facility and Cambridge Isotope Laboratories. Event associated with Experimental Biology 2000, San Diego, CA.

High precision position-specific isotope analysis, Gordon Conference on Isotopes in Biological and Chemical Sciences, Ventura, CA, Jan 1998.

High precision position-specific isotope analysis, 6th International Symposium on The Synthesis and Applications of Isotopes and Isotopically Labeled Compounds, Philadelphia, PA, Sept 1997.

High precision continuous flow isotope ratio mass spectrometry, Dept of Chemistry, Univ of Vermont, Burlington, Oct 97.

High precision compound specific isotope analysis: Better late than never, Dept of Chemistry, University of Connecticut, Storrs, CT, Oct 1997.

High sensitivity tracer studies using precision isotope ratio mass spectrometry, Dept of Nutritional Sciences, Storrs, CT, Sept 1997.

Simultaneous desaturase assays using stable isotopes and high precision mass spectrometry, 4th International Conference on Essential Fatty Acids & Eicosanoids, Edinburgh, Scotland, July, 1997.

The influence of dietary linoleate on accretion of linolenate in the developing rat brain and retina, J. T. Brenna, H.-M. Su, L. A. Keswick, R. C. Sheaff, Proceedings, Annual Conference of the American Oil Chemists Society, May 1997, Seattle, WA.

Stable isotope studies of essential fatty acids in non-human primates, American Society for Nutritional Sciences Workshop, Experimental Biology, New Orleans, LA, April 1997.

Stable isotope tracer studies of essential fatty acid metabolism in the chronically catheterized perinatal non-human primate, I.N.S.A. de Lyon, Laboratoire de Biochimie et Pharmacologie de la mediation Lipidique, Lyon, France. November, 1996 (by invitation of Prof. Michel LaGarde).

The Use of Isotopes to Study Fatty Acid and Lipoprotein Metabolism, Lipids, Membranes, and Thrombosis, Maastricht, The Netherlands, July, 1996.

High Precision D/H Determinations from Organic Mixtures, J. T. Brenna, H. J. Tobias, Stable Isotopes and the Integration of Biological, Ecological, and Geochemical Processes, Newcastle, UK, July 1996.

High Precision Compound Specific D/H Ratios by Gas Chromatography-Combustion Isotope Ratio Mass Spectrometry (GCC-IRMS) J. T. Brenna, H. J. Tobias, International Isotope Society, 5th Annual Meeting of the Canadian Chapter, May 1996.

Highly Precise Isotope Ratio Chromatography-Combustion Isotope Ratio Mass Spectrometry for High Sensitivity Biotracer Studies, First Annual Bristol-Myers Squibb/Mead-Johnson Non-restricted Grants Symposium, Evansville, Indiana, June 1993.

High Sensitivity Stable Isotope Biotracers Based on Highly Enriched 13C-Labeled Compounds and Analysis by High Precision Gas Chromatography-Combustion Isotope Ratio Mass Spectrometry (GCC-IRMS), 33rd Annual Oak Ridge National Laboratory--Department of Energy Conference on Analytical Chemistry in Energy Technology, Gatlinburg, Tennessee, October, 1992.

Spatially Resolved Organic Surface Analysis, J. T. Brenna, 40th Annual ASMS Conference on Mass Spectrometry and Allied Topics, Washington, D.C., June 1992. (Symposium Organizer)

Perlabeled Tracers and Gas Chromatography-Combustion Isotope Ratio Mass Spectrometry for High Sensitivity Metabolite Detection in Mammals, J. T. Brenna and K. J. Goodman, Featured Symposium, 39th Annual ASMS Conference on Mass Spectrometry and Allied Topics, Nashville, Tennessee, June, 1991.

Laser Microprobe Fourier Transform Ion Cyclotron Mass Spectrometry: Instrumentation and Results of Quantitative and Polymer Investigations, 4th International Laser Microprobe Mass Spectrometry Conference, Asheville, North Carolina, July, 1989.

Carbon Clustering Phenomena Due to Laser Ablation of Polymers Studied by Laser Microprobe Fourier Transform Ion Cyclotron Resonance Mass Spectrometry, Weekly Seminar Series, National Science Foundation Engineering Research Center in Plasma-Aided Manufacturing and Dept. of Electrical and Computer Engineering, University of Wisconsin, Madison, Wisconsin, Feb, 1989.

Is There a Scientific Life in IBM Development Labs?, Dept of Chemistry, Stanford University, December 1988.

Elemental and Molecular Localization, Opening speaker at workshop Secondary Organic Ion Imaging: Problems and Prospects, 37th Annual ASMS Conference on Mass Spectrometry and Allied Topics, San Francisco, California, June, 1988.

Laser Applications in Electronic Packaging, in Laser Applications in Chemistry, 3 day short course sponsored by Chemical Physics Group, Chemistry Dept, Cornell University, May, 1988.

Secondary Ion and Fourier Transform Mass Spectrometry, General Chemistry Colloquium, Chemistry Dept., Binghamton University, March, 1987.

## III. General/Popular Press (selected) Back to Top

Sustainability is central to the scope of dietary guidelines. By Tom Brenna, contributor to The Hill.
http://thehill.com/blogs/pundits-blog/healthcare/256161-sustainability-is-central-to-the-scope-of-dietary-guidelines
October 07, 2015, 07:00 am

“Not All Cooking Oils Are Created Equal”. Science Friday, Public Radio International (PRI). June 19, 2015, interview/call-in. Recording at http://www.sciencefriday.com/segment/06/19/2015/not-all-cooking-oils-are-created-equal.html

“DGAC member takes to Hill to make case” By Chase Purdy. Politico.com, 3/18/2015. JTB is the DGAC member.

"After Baseball Suspensions, All Sports Should Test More, Expert Says" Los Angeles Times lead story on the Biogenesis Scandal suspensions and specifically Alex Rodriguez suspension. JTB is the "expert". Article by Lance Pugmire. August 2013.

"Trans-Fat Ban: Would You Even Notice a Difference?" Huffington Post, and other media.
http://www.huffingtonpost.com/2013/11/13/trans-fat-ban-fda_n_4266612.html

XM Sirius satellite radio, "Everyday Health", with host Dr Carol Berstein(,MD), NYU Medical Center. Interview/call-in on omega-3 fatty acids. January 10, 2012. http://www.siriusxm.com/doctorradio ;
http://twitter.com/#!/NYUDocs/status/156743738159407104

NUTS FOR IT. Coconut products have taken off, with all sorts of claims being made about the health-enhancing effects of the oil in particular. Catherine Woulfe in Sunday Star-Times, Aukland-New Zealand, 3 June 2012.

-Several other sources quoted on coconut oil nutrition.

DID LANCE TRY TO FLY UNDER THE RADAR?

Some experts think that the seven-time Tour de France champ Lance Armstrong may have tried to game the system for too long. by Eric Niiler in Discovery News http://news.discovery.com/adventure/lance-armstrong-doping-120614.html

New York Times, quoted in story about coconut oil and re-reported in several dozen news sources globally. <http://www.nytimes.com/2011/03/02/dining/02Appe.html?_r=1>

WNYC's All Things Considered (New York NPR Affiliate) radio interview, <http://culture.wnyc.org/articles/last-chance-foods/2011/apr/01/last-chance-foods-coconut-oil-craze/>

ABC Western Queensland, *Evenings with Steve Austin*, Radio Interview. Aired 9 November 2010. <http://blogs.abc.net.au/queensland/2010/11/why-you-should-be-eating-seafood-professor-tom-brenna-.html?site=westqld&program=612_evenings>

Seafood Business. (August 2010, Vol 29, no.8) *Health advice scrutinized. Seafood sellers, scientists urge government to consider new science supporting increased seafood consumption* (quoted and activities reviewed).

The Economist, *Fish and No Chips*. (Cited in an article on seafood and human brain health), issue of 29 May 2010.

Expert Witness, Floyd Landis Antidoping case. Witness and consultant for US Antidoping Agency, May 2007. Extensive international press coverage (LA Times article and photo, NBC Sports, ESPN, many others).

National Healthy Mothers, Healthy Babies Coalition Maternal Nutrition Group, recommending for fish consumption in pregnancy at National Press Club. Quoted on Reuters wire and several other news outlets, October 2007.

"Canola has unique ratio of linoleic to alpha-linolenic acids", Ask A Scientist, Ithaca Journal, March, 2007. Also, Binghamton Press and Sun-Bulletin.

The Times of India, quoted in article outlining new study on polyunsaturated fatty acids and birth outcome in India, 30 Jan 2007.

A new paradigm in drug analysis: Comprehensive two-dimensional gas chromatography for steroid analysis, Blagoj Mitrevski, J. Thomas Brenna, Y. Zhang, Philip J. Marriott, Chemistry in Australia, November 2007, 3-5.

The Economist, quoted in article *Maternal nutrition: Recipe for averting disaster. Omega-3 is very good for fetuses, especially those whose mothers have HIV*, Friday October 27th 2006. <http://www.economist.com/science/displaystory.cfm?story_id=8074828>

National Public Radio Interview with Alison Aubrey, Health and Consumer reporter, for story on omega-3 and cancer, Aired 26 January 2006.

Alpha-Linolenic Acid Conversion Revisited, Norman Salem, Jr., Yuhong Lin, J. Thomas Brenna and Robert J. Pawlosky, Letter to the Editor: PUFA Newsletter, 2003.

"Comparison of Microwave and Conventionally Heated Columns for Gas Chromatography of Fatty Acid Methyl Ester" G. L. Sacks and J. T. Brenna. American Laboratory 35(18):22-23, 2003.

"You may look like what you eat", Ask A Scientist, Ithaca Journal, July 24, 2003. Also, Binghamton Press and Sun-Bulletin.

Presentation, Ithaca Sciencenter: Slippery characters: The chemistry and nutrition of fatty acids. Sept. 2, 2000.

Book Review: Analytical Methods of Food Analysis, *Analytical Chemistry*, 1998.

"Administrative Arms Race", Letter to the Editor of *The Scientist* (ISI, Philadelphia, PA), Sept 15, 1997 issue, p. 10.

"Taxpayers benefit from having a research university in state", Letter to the Editor, *The Sunday Republican* (Major Regional Daily/Weekend Newspaper), Waterbury, Connecticut, 11 May 1997.

Book Review: *Handbook of Milk Composition*, Edited by R. G. Jensen. *Inform* 1996.

Interview: Quoted in *The Precise World of Isotope Ratio Mass Spectrometry* (by Alan Newman), *Analytical Chemistry* 1996, 68: 373A-377A.

Interview: Quoted in *Experts Disagree on Adding Fatty Acid to Infant Form*ula, (by Jane Brody), *The New York Times. Health*, November 6, 1996, p. C10.

IV. Conference Presentations/Abstracts/Extended Abstracts Back to Top

Selection for resistance to unsaturated fatty acids in Lactobacilli strains within and outside a mouse host. Sara C. Di Rienzi, Juliet Jacobson, Elizabeth Kennedy, M. Elizabeth Bell, Peter Lawrence, J. Thomas Brenna, Ruth E. Ley. ASM Conference on Experimental Microbial Evolution, Washington DC, August 2016.

Selection for resistance to unsaturated fatty acids in Lactobacilli strains within and outside a mouse host. Sara C. Di Rienzi, Juliet Jacobson, Elizabeth Kennedy, M. Elizabeth Bell, Peter Lawrence, J. Thomas Brenna, Ruth E. Ley. 6th ASM Conference on Beneficial Microbes, Seattle, Washington, Sept 2016.

When less is more: Omega-3 long-chain polyunsaturated fatty acids support aerial insectivore performance more than food quantity. Cornelia Wingfield Twining, J. Thomas Brenna, Peter Lawrence, J. Ryan Shipley, Troy Tollefson, David W. Winkler. North American Ornithological Conference VI, Washington DC, August 2016.

Functional characterization reveals human ELOVL3 role in the biosynthesis of iso-20:0. Zhen Wang, Hui Gyu Park, Peter Lawrence, Kumar S. D. Kothapalli, J. Thomas Brenna. 12th Congress of ISSFAL, the International Society for the Study of Fatty Acids and Lipids, Cape Town, South Africa, Sept 2016.

Branched chain fatty acid content of edible portions of northeastern U.S. freshwater fish. Donghao Wang, Lars Rudstam, Randy Jackson, Lily Twining, Emily Zollweg-Horan, Cliff Kraft, Dale Honeyfield, Peter Lawrence, Kumar Kothapalli, J. Thomas Brenna. 12th Congress of ISSFAL, the International Society for the Study of Fatty Acids and Lipids, Cape Town, South Africa, Sept 2016.

Functional Characterization of Novel Fads3 Isoform. Ji Yao Zhang, Xia Qin, Hui Gyu Park, Ellen Kim, Guowen Liu, Kumar S. D. Kothapalli, J. Thomas Brenna. 12th Congress of ISSFAL, the International Society for the Study of Fatty Acids and Lipids, Cape Town, South Africa, Sept 2016.

Branched chain fatty acids incorporated and metabolized by human fetal intestinal epithelial cells in a structure specific manner. Lei Liu, Zhen Wang, Hui Gyu Park, Chuang Xu, Peter Lawrence, Kumar S. D. Kothapalli, J. Thomas Brenna. 12th Congress of ISSFAL, the International Society for the Study of Fatty Acids and Lipids, Cape Town, South Africa, Sept 2016.

Metabolism of 13C-docosahexaenoic acid (DHA) in early Alzheimer's disease. M. Hennebelle, C.A. Castellano, R. Chouinard-Watkins, M. Fortier, M. Plourde, J.T. Brenna, and S.C. Cunnane. 12th Congress of ISSFAL, the International Society for the Study of Fatty Acids and Lipids, Cape Town, South Africa, Sept 2016.

A regulatory 22 bp insertion-deletion polymorphism in FADS2 influences apparent endogenous synthesis of arachidonic acid. Kumar S.D. Kothapalli, Kaixiong Ye, Maithili S. Gadgil, Susan E. Carlson, Kimberly O. O'Brien, Ji Yao Zhang, Hui Gyu Park, Kinsley Ojukwu, James Zou, Stephanie S. Hyon, Kalpana S. Joshi, Alon Keinan, J. Thomas Brenna. 12th Congress of ISSFAL, the International Society for the Study of Fatty Acids and Lipids, Cape Town, South Africa, Sept 2016.

Milk fat globule transcriptome analysis: A novel FADS2 isoform suppresses FADS2 mediated delta 6-desaturation of omega-3 fatty acids. Kumar S. D. Kothapalli, Hui Gyu Park, Xiaoxian Guo, Xuepeng Sun, James Zou, Stephanie S. Hyon, Xia Qin, Peter Lawrence, Rinat R. Ran-Ressler, Ji Yao Zhang, Zhenglong Gu, J. Thomas Brenna. 12th Congress of ISSFAL, the International Society for the Study of Fatty Acids and Lipids, Cape Town, South Africa, Sept 2016.

Dietary pattern regulates FADS1 and FADS2 gene expression in Indian pregnant women sparing the birth weight of the neonate- Nutrigenomics Study. Kalpana Joshi, Maithili Gadgil, Anand Pandit, Suhas Otiv, Ruchi Joshi, Kumar S.D. Kothapalli, J Thomas Brenna. 12th Congress of ISSFAL, the International Society for the Study of Fatty Acids and Lipids, Cape Town, South Africa, Sept 2016.

Yak branched chain fatty acids in milk track fresh manure. Wancheng Sun, Yihao Luo, Zhen Wang, Yuanyuan Yan, J. Thomas Brenna. 12th Congress of ISSFAL, the International Society for the Study of Fatty Acids and Lipids, Cape Town, South Africa, Sept 2016.

Coconut oil refining effects on human liver cell cholesterol metabolism. Ruijie Liu, Can Shi, Elizabeth Mendralla, Kumar S.D. Kothapalli, Xingguo Wang, J. Thomas Brenna. 12th Congress of ISSFAL, the International Society for the Study of Fatty Acids and Lipids, Cape Town, South Africa, Sept 2016.

Metabolism of uniformly labelled 13C-Eicosapentaenoic acid and 13C- Arachidonic acid during healthy aging. Pauline Léveillé, Raphaël Chouinard-Watkins, Anthony Windust, Peter Lawrence, Stephen Cunnane, J. Thomas Brenna, Mélanie Plourde. Canadian Association on Gerontology Meeting, Montreal, October 2016.

High Linoleic Acid Ready-To-Use Therapeutic Foods (RUTF) Suppress Long Chain Omega-3 Status in Malnourished Toddlers. J.T. Brenna, AOCS Annual Meeting, Salt Lake City, Utah, May 2016 [invited]

Functional characterization reveals human ELOVL3 role in the biosynthesis of iso-20:0. Zhen Wang, Hui Gyu Park, Peter Lawrence, Kumar S. D. Kothapalli, J. Thomas Brenna. Experimental Biology 2016, San Diego, Ca.

RNA Sequencing: A novel FADS2 isoform identified in milk fat globule suppresses FADS2 mediated delta 6-desaturation of omega-3 fatty acids. Kumar S. D. Kothapalli, Hui Gyu Park, Xiaoxian Guo, Xuepeng Sun, James Zou, Stephanie S. Hyon, Xia Qin, Peter Lawrence, Rinat R. Ran-Ressler, Jiyao Zhang, Zhenglong Gu, J. Thomas Brenna. Experimental Biology 2016, San Diego, Ca.

A 22 bp FADS2 insertion-deletion (Indel) polymorphism influences arachidonic acid status. Kumar S.D. Kothapalli, Maithili S. Gadgil, Susan E. Carlson, Kimberly O. O'Brien, Kaixiong Ye, Ji Yao Zhang, Hui Gyu Park, Kinsley Ojukwu, James Zou, Stephanie S. Hyon, Kalpana S. Joshi, Alon Keinan, J. Thomas Brenna. Experimental Biology 2016, San Diego, Ca.

Branched chain fatty acid content of edible portions of northeastern U.S. freshwater fish. Donghao Wang, Lars Rudstam, Randy Jackson, Lily Twinning, Emily Zollweg-Horan, Cliff Kraft, Dale Honeyfield, Peter Lawrence, Kumar Kothapalli, J. Thomas Brenna. Experimental Biology 2016, San Diego, Ca.

Functional characterization reveals human ELOVL3 role in the biosynthesis of iso-20:0. Zhen Wang, Hui Gyu Park, Peter Lawrence, Kumar S. D. Kothapalli, J. Thomas Brenna. Experimental Biology 2016, San Diego, Ca.

Functional Characterization of Novel Fads3 Isoform. Ji Yao Zhang, Xia Qin, Hui Gyu Park, Ellen Kim, Guowen Liu, Kumar S. D. Kothapalli, J. Thomas Brenna. Experimental Biology 2016, San Diego, Ca.

Biodegradation of cattle manure using housefly larvae: waste reduction and nutritional value of larva meal. Joshua Goddard, Mahmoud H. Hussein, Viju V. Pillai, Patricia A. Johnson, J. Thomas Brenna, Mark M. Milstein, Jan P. Nyrop, and Vimal Selvaraj. 2nd International Conference on Global Food Security, Ithaca, NY October 2015.

High Volume Steroid Stable Isotopic Standards for Anti-Doping Applications. Herbert Tobias; Joseph Ruesch; J Thomas Brenna, ASMS 2015, St Louis, Mo, June 2015

Delta-6 Desaturase Substrate Competition between 16:0 and 18:2n-6 or 18:3n-3 May Limit the Accumulation of 16:1n-10 in Human cells. Hui Gyu Park, Kumar S.D. Kothapalli, Woo Jung Park, Peter Lawrence, J. T. Brenna. Experimental Biology 2015, San Diego, Ca, April 2015.

Novel finding of Branch Chain Fatty Acids (BCFA) Concentrations in Human Milk in comparison to the diet and infant microbiome from the Global Exploration of Human Milk (GEHM) Project. Kelly A Dingess, Christina J Valentine, Barbara S Davidson, Yongmei M Peng, M. Lourdes Guerrero, Guillermo M Ruiz-Palacios, Nick Ollberding, Suzanne Summer, J. Thomas Brenna, Robert J. McMahon, Ardythe L Morrow. EB 2015.

Fatty acid desaturase 3 (Fads3) null mouse biochemical phenotype. J. Zhang, X. Qin, A. Liang, E. Kim, P. Lawrence, K.S.D. Kothapalli, J.T. Brenna, 11th Congress of ISSFAL, Stockholm, Sweden, June 2014.

4-Desaturation of 7,10,13,16-22:4 To 4,7,10,13,16-22:5 (Adrenic Acid → Osbond Acid) Mediated by FADS2 in Human Cells. Hui Gyi Park, Woo Jung Park, Kumar S.D. Kothapall, JT Brenna, 11th Congress of ISSFAL, Stockholm, Sweden, June 2014.

California Sea Lions Have Vernix that Deliver Branched Chain Fatty Acids to the Fetal Gut. Rinat Ran-Ressler, Donghao Wang, Erika Nilson, Judy St. Leger, J. Thomas Brenna, 11th Congress of ISSFAL, Stockholm, Sweden, June 2014.

Allele frequency of a 22-bp insertion/deletion polymorphism of FADS2 in a US population. K. S. D. Kothapalli, S.E. Carlson, K.O. O'Brien, K. Ojukwu, J. Zou, S. S. Hyon, R. R. Ran-Ressler, J.T. Brenna, 11th Congress of ISSFAL, Stockholm, Sweden, June 2014.

Brown adipose but not white adipose accumulate DHA in cultured cells provided with alpha-linolenic acid. X. Qin, H. Park, J. Zhang, P. Lawrence, L. Liu, K.S.D. Kothapalli, J.T. Brenna, 11th Congress of ISSFAL, Stockholm, Sweden, June 2014.

Formula phosphatidylcholine docosahexaenoic acid (DHA) is a more efficient vector for brain DHA accretion than triacylglycerol DHA in piglets. Lei Liu, N. Bartke, H. Van Daele, P. Lawrence, X. Qin, H.G. Park, K. Kothapalli, A. Windust, J. Bindels, Z. Wang, J. T. Brenna, 11th Congress of ISSFAL, Stockholm, Sweden, June 2014

Alternative transcripts in the human milk fat globule proteinogenic RNA transcriptome and a novel FADS2 transcript. K. S. D. Kothapalli, X. Guo, X. Sun, S. S. Hyon, R. R. Ran-Ressler, J. Zou, Z. Gu, J. T. Brenna, 11th Congress of ISSFAL, Stockholm, Sweden, June 2014.

Human breast cancer cells stably expressed FADS2 synthesize sapienic acid (16:1n-10) from palmitic acid (16:0). Hui Gyu Park, Kumar S. Kothapalli, Woo Jung Park, Xia Qin, Peter Lawrence, J. T. Brenna, 11th Congress of ISSFAL, Stockholm, Sweden, June 2014.

Circulating levels of EPA and DHA potentially modulate the effects of aspirin on lysolipids. Amir Abdolahi, J. Thomas Brenna, Steve N. Georas, Robert C. Block, 11th Congress of ISSFAL, Stockholm, Sweden, June 2014.

The small intestinal microbiota and metabolism of long chain fatty acids. Sara C. Di Rienzi, M. Elizabeth Bell, Peter Lawrence, J. Thomas Brenna, Ruth E. Ley. International Society for Microbial Ecology, Seoul, South Korea, August 2014.

Increased Particulate Air Pollution and Markers of Platelet Aggregation. Becerra A, Rich DQ, Hopke PK, Georas S, Brenna JT, Kane C, Chalupa D, Block R. International Society for Environmental Epidemiology, Seattle, Washington, August, 2014.

Fatty acid desaturase 3 (Fads3) null mouse biochemical phenotype. Jiyao Zhang, Xia Qin, Allison Liang, Ellen Kim, Peter Lawrence, Kumar S.D. Kothapalli, J. Thomas Brenna Experimental Biology 2014, San Diego, Ca, April 2014.

Human breast cancer cells stably expressed FADS2 synthesize sapienic acid (16:1n-10) from palmitic acid (16:0). Hui Gyu Park, Kumar S. Kothapalli, Woo Jung Park, Xia Qin, Peter Lawrence, J. Thomas Brenna Experimental Biology 2014, San Diego, Ca, April 2014.

Fatty acid profiles of undifferentiated and differentiated white and brown adipose cell lines supplemented with alpha-linolenic acid. Xia Qin, Hui Gyu Park, Jiyao Zhang, Peter Lawrence, Guowen Liu, Kumar S. Kothapalli, James Thomas Brenna. Experimental Biology 2014, San Diego, Ca, April 2014.

Allele frequency of a 22-bp insertion/deletion polymorphism of FADS2 in a US population. Kumar S. Kothapalli, Susan E. Carlson, Kimberly O. O'Brien, Kinsley E. Ojukwu, James S. Zou, Stephanie S. Hyon, Rinat Ran-Ressler, James Thomas Brenna. Experimental Biology 2014, San Diego, Ca, April 2014.

Fatty acid profiles of undifferentiated and differentiated white and brown adipose cell lines supplemented with alpha-linolenic acid. X. Qin, H. Park, J. Zhang, P. Lawrence, G. Liu, K.S.D. Kothapalli, J.T. Brenna. Experimental Biology 2014, San Diego, Ca, April 2014.

Docosahexaenoic Acid (DHA), Nervonic Acid (NA) , anteiso-C17 and iso-20 (BCFA) Concentrations in Human Milk from the Global Exploration of Human Milk (GEHM) Project. CJ Valentine, KA Dingess, BS Davidson, JT Brenna, RJ McMahon, and AL Morrow. Pediatric Academic Society Annual Meeting, Vancouver, BC, April 2014.

Determining the Origin of Fermentation Volatiles Using Tracer Studies and High-Precision Isotope Ratio Analyses. Mark A. Nisbet, Herbert J. Tobias, J. Thomas Brenna, Gavin L. Sacks*, and Anna Katharine Mansfield, National Conference of the American Society of Enology and Viticulture, Austin, Tx June 2014.

Effect of sex hormones on n-3 polyunsaturated fatty acid metabolism and FADS2 mRNA expression in HepG2 cells. CM Sibbons, SP Hoile, JT Brenna, KA Lillycrop, GC Burdge. Proceedings of the Nutrition Society 72 (OCE2), E94.

On-line Micro-Reactors for Gas Chromatography Isotope Ratio Mass Spectrometry. Herbert Tobias; Calvin Patten; J. Thomas Brenna, 61st ASMS Conference on Mass Spectrometry and Allied Topics, Minneapolis, Minnesota, June 2013.

Arachidonic acid and Docosahexaenoic acid attenuate inflammation in human fetal intestinal epithelial cells. Vasuki Wijendran, Weishu Zhu, JT Brenna, SM Innis, WA Walker. Experimental Biology 2013, Boston, MA.

Human Milk Fat Globule Proteinogenic mRNA Reveal Existence of Alternative Transcripts. Kumar SD Kothapalli, James S Zou, Stephanie S Hyon, Kinsley E Ojukwu, Garrett L Bugbee, Rajeev Alluri, Hi Kyu Park, Jiyao Zhang, Rinat R Ran-Ressler, James Thomas Brenna, Experimental Biology 2013, Boston, MA.

Branched Chain Fatty Acids (BCFA) concentrations in US foods and estimated BCFA intake in the US population. Rinat R. Ran-Ressler, SangEun Bae, Peter P. Lawrence , J. Thomas Brenna, Experimental Biology 2013, Boston, MA.

Unsaturated Fatty Acids and Related Genes as a Potential Biomarker for Breast Cancers. Woo Jung Park, Kumar SD Kothapalli, Peter Lawrence, J. Thomas Brenna, Korean Soceity for Food and Nutrition, Jeju Island, South Korea, November 2012.

TITLE?. Amir Abdolahi, Robert C. Block, J. Thomas Brenna, PhD, Shaker Mousa, Kelly Thevenet-Morrison, Xueya Cai, Steve Georas, American Heart Association Epidemiology and Prevention Council and/or Nutrition, Physical Activity, and Metabolism Council Abstract, AHA Conference, March 2012.

Comprehensive Two Dimensional Gas Chromatography (GC×GC) coupled to IRMS: Considerations and Developments in Instrumentation and Analysis, Herbert Tobias, Ying Zhang, J. Thomas Brenna, JESIUM: Joint European Stable Isotope User Meeting, Leipzig, Germany, Sept 2012.

Highly sensitive and selective analysis of urinary steroids by comprehensive two-dimensional gas chromatography using positive chemical ionization quadrupole mass spectrometry. Ying Zhang, Herbert Tobias, J. Thomas Brenna, International Symposium on Capillary Chromatography, GC×GC 2012, Riva Del Garda Italy, June 2012. Selected for young investigator travel award.

Stable carbon isotopic analysis of fatty acids using GC×GC coupled to combustion isotope ratio mass spectrometry (GC×GC C-IRMS), Herb Tobias, Ying Zhang, J.Thomas Brenna, International Symposium on Capillary Chromatography, GC×GC 2012, Riva Del Garda Italy, June 2012.

A fatty acid desaturase expression quantitative trait locus modulates response to simvastatin. Holly T. Reardon, Jimmy Zhang, Kumar S.D. Kothapalli, Andrea J. Kim, Woo Jung Park, and J. Thomas Brenna. Experimental Biology 2012, San Diego, CA, June 2012.

Polymorphisms in FADS2 correlated with altered desaturase activity in a type-2 diabetic cohort. Pei-Chi Huang, Huei-Ru Jhang, Chih-Cheng Hsu, Kumar Kothapalli, J. Thomas Brenna, Meng-Chuan Huang, Experimental Biology 2012, San Diego, CA, June 2012.

Δ4-Desaturation Coded By FADS1 Mediates The Last Step In Docosapentaenoic Acid (22:5n 6) Synthesis In Human Cells. Woo Jung Park, Kumar S.D. Kothapalli, Peter Lawrence, J. Thomas Brenna, 10th Congress of the International Society for the Study of Fatty Acids and Lipids, Vancouver, BC, June 2012.

Arachidonic Acid In Infant Feeding. Evidence And Open Questions. J Thomas Brenna. 10th Congress of the International Society for the Study of Fatty Acids and Lipids, Vancouver, BC, June 2012.

Fatty acid and steroid metabolism revealed with natural and enriched stable isotopes. J Thomas Brenna. 10th Congress of the International Society for the Study of Fatty Acids and Lipids, Vancouver, BC, June 2012.

A novel fatty acid desaturase 1 (FADS1) isoform potentiates FADS2-mediated production of eicosanoid precursor polyunsaturated fatty acids. Woo Jung Park, Kumar S.D. Kothapalli, Holly T. Reardon, Peter Lawrence, Shu-Bing Qian, J. Thomas Brenna. 10th Congress of the International Society for the Study of Fatty Acids and Lipids, Vancouver, BC, June 2012.

Identification of an insertion-deletion polymorphism in FADS2 intron 1 associated with SREBP binding that upregulates FADS1 and mediates enhanced HUFA biosynthesis in response to simvastatin and LXR agonists. Holly T. Reardon, Jimmy Zhang, Kumar S.D. Kothapalli, Andrea J. Kim, Woo Jung Park, and J. Thomas Brenna. 10th Congress of the International Society for the Study of Fatty Acids and Lipids, Vancouver, BC, June 2012.

Identification of a specific splicing regulator, polypyrimidine tract binding protein that modulates splicing of FADS2 alternative transcript 1. Holly T. Reardon, Woo Jung Park, Jimmy Zhang, Kumar Kothapalli, J. Thomas Brenna. 10th Congress of the International Society for the Study of Fatty Acids and Lipids, Vancouver, BC, June 2012.

An Intron 1 Insertion/Deletion (Indel) Polymorphism in the Fatty Acid Desaturase 2 (FADS2) Gene is Associated with HUFA Synthesis in Cancer Cell Lines. Kumar S.D. Kothapalli, Woo Jung Park, Jiyao Zhang, Holly T. Reardon, Jimmy Zhang, Ian Downs, David Kaiser, Stephanie Hyon, J.T. Brenna. 10th Congress of the International Society for the Study of Fatty Acids and Lipids, Vancouver, BC, June 2012.

Branched Chain Fatty Acid Content Of United States Retail Cow's Milk And Implication For Dietary Intake. Rinat R. Ran-Ressler, Don Sim, Anne M. O'Donnell-Megaro, Dale E. Bauman, David M. Barbano, J. Thomas Brenna. 10th Congress of the International Society for the Study of Fatty Acids and Lipids, Vancouver, BC, June 2012.

Structural Characterization of Saturated Branched Chain Fatty Acid Methyl Esters by Collisional Dissociation of Molecular Ions Generated by Electron Ionization. Rinat R. Ran-Ressler, Peter Lawrence, J. Thomas Brenna. 10th Congress of the International Society for the Study of Fatty Acids and Lipids, Vancouver, BC, June 2012.

Branched Chain Fatty Acids Reduce The Incidence Of Necrotizing Enterocolitis And Alter Gastrointestinal Microbiota In A Neonatal Rat Model. Rinat R. Ran-Ressler, Ludmila Khailova, Kelly M. Arganbright, Camille K. Adkins-Rieck, Zeina E. Jouni, Omry Koren, Ruth E. Ley, J. Thomas Brenna, Bohuslav Dvorak. 10th Congress of the International Society for the Study of Fatty Acids and Lipids, Vancouver, BC, June 2012.

FADS2 Function Loss at the Cancer Hotspot 11q13 Locus Diverts Lipid Signaling Precursor Synthesis to Unusual Eicosanoid Fatty Acids. Woo Jung Park, Kumar S.D. Kothapalli, Peter Lawrence, J. Thomas Brenna, 10th Congress of the International Society for the Study of Fatty Acids and Lipids, Vancouver, BC, June 2012.

Covalent adduct hybrid chemical ionization (CAHCI) mass spectrometry for high sensitivity structural analysis of fatty acid methyl esters. Cynthia Tyburczy, Pierluigi Delmonte, Ali Reza Fardin Kia, J. Thomas Brenna, Jeanne I. Rader, American Oil Chemists Society Annual meeting, Long Beach, Ca, May 2012.

Can an endocrine patient participate in high performance sports? Richard J. Auchus, J. Thomas Brenna, 15th International Congress of Endocrinology, Florence, Italy, May 2012.

Identification of Novel Fatty Acid Desaturase 1 Isoforms: Localization and Differential Expression in tissues and Mammalian Cells. WooJung Park, Kumar Kothapalli, Holly T. Reardon, Peter Lawrence, J. Thomas Brenna. American Society of Human Genetics Annual Meeting, Montreal, Quebec, Canada, October 2011.

Loss of FADS2 Function at 11q13 Cancer Hot Spot Region Causes Synthesis of Unusual Butylene-Interrupted Fatty Acids. Kumar Kothapalli , WooJung Park, Peter Lawrence, J. Thomas Brenna. American Society of Human Genetics Annual Meeting, Montreal, Quebec, Canada, October 2011.

Branched Chain Fatty Acids Reduce the Incidence of Necrotizing Enterocolitis in a Neonatal Rat Model. Rinat R. Ran-Ressler, Ludmila Khailova, Kelly M. Arganbright, Camille K. Adkins-Rieck, Zeina E. Jouni, J. Thomas Brenna, and Bohuslav Dvorak, Pediatric Academic Societies Annual Conferences, Denver, Colorado, May 2011.

$NH_3$ positive chemical ionization for high sensitivity and specificity GC×GC-quadrupole MS of urinary steroid identification and quantification, Ying Zhang, Herbert Tobias, J. Thomas Brenna, Eighth GC×GC Symposium, San Diego, CA, April 2011.

Progress towards urinary steroids analysis by GC×GC coupled to IRMS for the detection of synthetic steroid use in sport doping, Herbert Tobias, Ying Zhang, J. Thomas Brenna, Eighth GC×GC Symposium, San Diego, CA, April 2011.

Data processing challenges in coupling GCxGC with online high precision isotope ratio mass spectrometry (IRMS). Gavin Sacks; Herbert J. Tobias; Ying Zhang; J. Thomas Brenna; Bruce S. Pan. Eighth GC×GC Symposium, San Diego, CA, April 2011.

Towards detection of synthetic steroid use in sport doping using GC×GC-C-IRMS analysis of urinary steroids, Herbert Tobias, Ying Zhang, Richard J. Auchus, J. Thomas Brenna. 59th ASMS Conference on Mass Spectrometry and Allied Topics, Denver, Colorado, June 2011.

Identification and quantification of acetylated urinary steroids by comprehensive GC×GC-fast quadrupole MS using ammonia positive chemical ionization. Ying Zhang, Herbert J. Tobias, J. Thomas Brenna. 59th ASMS Conference on Mass Spectrometry and Allied Topics, Denver, Colorado, June 2011.

Comprehensive GC×GCC-IRMS analyses of urinary steroids for doping control: Initial results, Tobias, HJ, Zhang, Y, Auchus, R, Brenna JT, 30th Manfred Donike Workshop on Antidoping Science, Cologne, Germany, February, 2011.

Ammonia positive chemical ionization for high sensitivity and specificity comprehensive GC×GC-quadrupole MS of urinary steroid identification and quantification, Zhang, Y, Tobias, HJ, Brenna JT, 30th Manfred Donike Workshop on Antidoping Science, Cologne, Germany, February, 2011.

Alternative splicing of fatty acid desaturases is associated with altered fatty acid composition, Kumar S.D. Kothapalli, Holly T. Reardon, Woo Jung Park, Jimmy Zhang, Peter Lawrence, J. Thomas Brenna. Experimental Biology, Washington, April 2011,

Evaluation of bioequivalency and toxicological effects of three sources of arachidonic acid (ARA) in domestic piglets, Cynthia Tyburczy, Margaret E. Brenna, Kumar S. D. Kothapalli, Bryant S. Blank, Helen Valentine, Sean P. McDonough, Dattatreya Banavara, Deborah A. Diersen Schade, J.Thomas Brenna, Experimental Biology, Washington, DC, April 2011.

Eicosapentaenoic Acid Plus Docosahexaenoic Acid Enhances Aspirin's Effect on Platelet Function, RC Block, L Kakinami, P Lawrence, M Jonovich, I Antonetti, P Calderon-Artero, N Mednu, S Mousa, JT Brenna, S Georas, American Heart Association Nutrition, Physical Activity, and Metabolism Council Meeting, March 2011.

Novel FADS1 transcripts generated by alternative polyadenylation, alternative transcription initiation and alternative splicing. W.J. Park, K.S.D. Kothapalli, J.T. Brenna, American Society of Human Genetics Annual meeting, Washington, DC, November 2010.

Humans require omega-3 docosahexaenoic acid to achieve optimal brain and retinal fatty acid composition. J. Thomas Brenna, Kumar S.D. Kothapalli, Woojung Park, The International Seafood and Health Conference & Exhibition, Melbourne, Australia, Nov 2010.

Acetonitrile covalent adduct chemical ionization tandem mass spectrometry (CACI-MS/MS) for identification of highly unsaturated fatty acids produced by partial hydrogenation of DHA oil. Susana P. Alves, Cynthia Tyburczy, Peter Lawrence and J. Thomas Brenna, 8th Euro Fed Lipid Congress: Oils, Fats and Lipids: Health & Nutrition, Chemistry & Energy, Munich, November 2010,

Fatty acid desaturase alternatve splice variants are widely expressed and localize to the mitochondria. JT Brenna, WJ Park, KSD Kothapalli, HT Reardon, International Society for the Study of Fatty Acids and Lipids, ISSFAL 2010, Maastricht, The Netherlands, June 2010.

Cultured human intestinal cells take up and metabolize branched chain fatty acids. RR Ran-Ressler, KS Kothapalli, RP Glahn, JT Brenna. International Society for the Study of Fatty Acids and Lipids, ISSFAL 2010, Maastricht, The Netherlands, June 2010.

Effect of dietary arachidonic acid (ARA) levels on growth and clinical chemistry in domestic piglets. C. Tyburczy, Kothapalli, K.S.D., Park, W.J., Blank, B.S., Salem Jr., N., Zimmer, J.P., Brenna, J.T. International Society for the Study of Fatty Acids and Lipids, ISSFAL 2010, Maastricht, The Netherlands, June 2010.

The methylene-interrupted cis double-bonded PUFA (Homoallylic) motif may form a double helix with transmembrane protein α-helices. K. Kachlishvili, HA Scheraga, JT Brenna. International Society for the Study of Fatty Acids and Lipids, ISSFAL 2010, Maastricht, The Netherlands, June 2010.

The Effects of EPA, DHA, and Aspirin ingestion on plasma lysophospholipids and autotaxin. RC Block; M R Duff; P Lawrence; L Kakinami; JT Brenna; GC Shearer; N Meednu, S Mousa; A Friedman, M Larson; WS Harris; S Georas. International Society for the Study of Fatty Acids and Lipids, ISSFAL 2010, Maastricht, The Netherlands, June 2010.

Microfabrication of On-line Micro-Reactors for Gas Chromatography Isotope Ratio Mass Spectrometry (GC-IRMS) Herbert Tobias, J Thomas Brenna, 58th ASMS Conference on Mass Spectrometry conference, Salt Lake City, UT, May 2010.

High-Precision Measurement of 13C/12C in Short Chain Hydrocarbons Using a Novel Micro-Fabricated Micro-Reactor Interface For Gas Chromatography-Combustion- Cavity Ring-Down Spectroscopy. Nabil Saad; Herbert Tobias; J. Thomas Brenna, 58th ASMS Conference on Mass Spectrometry conference, Salt Lake City, UT, May 2010.

Comprehensive Two Dimensional Gas Chromatography Combustion Isotope Ratio Mass Spectrometry (GC×GCC-IRMS) Determination of 13C/12C Ratios of Native Endogenous Urinary Steroids. Ying Zhang; Herbert J. Tobias; Bruce Pan; Imelda Ryona; Jonathan P. Danaceau; Gavin L. Sacks; J. Thomas Brenna, 58th ASMS Conference on Mass Spectrometry conference, Salt Lake City, UT, May 2010

Dietary LCPUFA Upregulate FADS3 Alternative Transcripts in Neonatal Baboon Liver. H.T. Reardon, W.J. Park, K.S. Kothapalli, J.T. Brenna. Experimental Biology 2010, Anaheim, Ca.

Branched Chain Fatty Acids are taken up and metabolized by Cultured Human Intestinal Cells (Caco-2). Rinat R Ran-Ressler, Kumar S Kothapalli, Raymond P Glahn, J Thomas Brenna. Experimental Biology 2010, Anaheim, Ca.

Fatty acid accretion in prenatal life. Fatty Acids and Cell Signalling, Oxford, UK, July 2009 (Invited)

Micro-fabricated On-line Micro-reactors Enabling Fast Gas Chromatography (GC) and Comprehensive 2D GC (GCxGC) Coupled to Isotope Ratio Mass Spectrometry (IRMS). H. J. Tobias, J. T. Brenna, 55th ASMS Conference, Philadelphia, PA, June, 2009.

Comprehensive Two Dimensional Gas Chromatography Combustion Isotope Ratio Mass Spectrometry (GCxGCC-IRMS) for Determination of 13C/12C Ratios of Endogenous Urinary Steroids. Y. Zhang, H. J. Tobias, J. T. Brenna, 55th ASMS Conference, Philadelphia, PA, June, 2009.

The branched chain fatty acid iso-14:0 is metabolized by Caco-2 cells. Rinat R. Ran-Ressler, Raymond G. Glahn, J.T. Brenna. Experimental Biology 2009, New Orleans, La.

Novel FADS3 alternative transcripts generated by alternative splicing. Woo Jung Park, Kumar S.D. Kothapalli, Holly T. Reardon, and J. T. Brenna, Experimental Biology 2009, New Orleans, La.

Dietary resveratrol induces protective changes in protein levels of transthyretin, drebrin, and glycogen synthase kinase 3-beta but does not affect plaque burden in a transgenic mouse model of Alzheimer's Disease. Behzad Varamini, Angelos Sikalidis, Kathryn Bradford, J. Thomas Brenna, Experimental Biology 2009, New Orleans, La.

Urinary Steroidomics by Comprehensive Two Dimensional Gas Chromatography-TOF (2D GC×GC-TOF) and Isotope Ratio Mass Spectrometry (IRMS). Instrumentation and Application to Sports Antidoping. J. T. Brenna, Y. Zhang, H.J. Tobias, B. Pan, G.L. Sacks, B.S. Mitrevski, P.J. Marriott, ASMS Sanibel Workshop on Lipidomics, Tampa Bay, FL, January 2009.

Mice lacking FABP9/PERF15 develop sperm head abnormalities but are fertile. Vimal Selvaraj, Atsushi Asano, Jennifer L. Page, Jacquelyn L. Nelson, Kumar Kothapalli, James A. Foster, J. Thomas Brenna, Robert S. Weiss and Alexander J. Travis. Annual Conference of the Society for the Study of Reproduction, Biol of Reproduction, p149 S, Abs. 446, 2009, Pittsburgh, Pa,

Retroconversion of docosahexaenoic acid (22:6) to eicosapentaenoic acid (20:5) is undetectable in serum of young women. J. Thomas Brenna, Ying Zhang, Milène Vandal, Stephen Cunnane, Experimental Biology 2008, San Diego, CA. (oral)

Dietary DHA and ARA alter the expression of 1700 hepatic genes including the tumor suppressor TOB1 in baboon neonates. J.T. Brenna, J.C. Anthony, B.S. Pan, A.T. Hsieh, P.W. Nathanielsz, K.S.D. Kothapalli, Experimental Biology 2008, San Diego, CA. (oral)

Positive identification and quantification of *trans* monoene fatty acids in human cerebellum and parietal lobe. Behzad Varamini, Thomas N. Montine, Peter Lawrence, J. Thomas Brenna. Experimental Biology 2008, San Diego, CA.

Comparison of BCFA types in vernix and meconium of healthy neonates. Rinat Ran-Ressler, Srisatish Devapatla, Peter Lawrence, and J. Thomas Brenna. Experimental Biology 2008, San Diego, CA.

Validation of a one step method for preparation of fatty acid methyl esters from intact mammalian soft tissues. Behzad Varamini, Peter Lawrence, J. Thomas Brenna. Experimental Biology 2008, San Diego, CA.

Overview of Lipidomics. J. Thomas Brenna. Association of Bioresource Facilities Annual Conference, Salt Lake City, Utah, February 2008.

Retroconversion Of Docosahexaenoic Acid (22:6) To Eicosapentaenoic Acid (20:5) Is Negligible In Serum Of Young Or Aged Women Brenna JT, Vandal M, Zhang Y, Cunnane S, The 8th International Congress of the International Society for the Study of Fatty Acids and Lipids, ISSFAL 2008, Kansas City, Mo.

Rapid, fatty acid specific analysis of lysophosphatidic acids by direct infusion nanoelectrospray tandem mass spectrometry Block RC, Lawrence P, Brenna JT, Friedman A, Georas S, The 8th International Congress of the International Society for the Study of Fatty Acids and Lipids, ISSFAL 2008, Kansas City, Mo.

The *FADS2* Protein Product Desaturates 20:2n-6 To 20:3n-6. Park WJ, Kothapalli KSD, Lawrence P, & Brenna JT, The 8th International Congress of the International Society for the Study of Fatty Acids and Lipids, ISSFAL 2008, Kansas City, Mo.

A High-Throughput Method For Preparation Of Fatty Acid Methyl Esters From Intact Mammalian Soft Tissues Adapted From Garces And Mancha Varamini B, Lawrence P, Brenna JT. The 8th International Congress of the International Society for the Study of Fatty Acids and Lipids, ISSFAL 2008, Kansas City, Mo.

Positive Identification And Quantification Of Trans Monoene Fatty Acids In Human Cerebellum And Parietal Lobe Varamini B, Lawrence P, Montine TJ, Brenna JT, The 8th International Congress of the International Society for the Study of Fatty Acids and Lipids, ISSFAL 2008, Kansas City, Mo.

Development and Characterization of Uniform Steroid Isotopic Standards for Gas Chromatography Combustion Isotope Ratio Mass Spectrometry (GCC-IRMS) Ying Zhang, Herbert J. Tobias, J. Thomas Brenna, 54th Annual ASMS Conference on Mass Spectrometry and Allied Topics, Denver, CO, 2008.

Progress Towards Comprehensive 2D Gas Chromatography Combustion Isotope Ratio Mass Spectrometry (GCxGC-C-IRMS) Herbert Tobias, Gavin Sacks, Ying Zhang, J. Thomas Brenna, 54th Annual ASMS Conference on Mass Spectrometry and Allied Topics, Denver, CO, 2008.

Detection of lysophosphatidic acid and sphingosine-1 phosphate in exhaled breath condensate using mass spectrometry. E. Berdyshev, L. Lerner, R. Block, A. Friedman, M. Balys, J.T. Brenna, V. Natarajan, S.N. Georas. American Thoracic Society Annual Meeting, May 2008.

[In Greek] Recommendations for fish and long chain PUFA consumption in pregnant and lactating women, B Koletzko, I. Cetin, J. T. Brenna, Hellenic Society for Pediatric Gastroenterology and Nutrition, Athens, Dec 2007.

Maternal Obesity and Overnutrition Increase Placental Fatty Acid (FA) Transport. Mei J. Zhu, Maggie S. Strable, J. Thomas Brenna, Min Du, Bret W. Hess, Gary E. Moss, Peter W. Nathanielsz, Stephen P. Ford, Society for Gynecological Investigation Annual meeting, San Diego, 2008

Fast Gas Chromatography-Combustion Isotope Ratio Mass Spectrometry, J.T. Brenna, Ying Zhang, G.L. Sacks, 25th Manfred Donike Workshop on Dope Analysis, 2007.

Impact of Arachidonic Acid and Moderate and High Docosahexaenoic Acid Formulas on Hepatic Gene Expression Profiles in Baboon Neonates, Kumar S.D. Kothapalli, Joshua C. Anthony, Bruce S. Pan, Andrea T. Hsieh, Peter W. Nathanielsz, J. Thomas Brenna, European Society for Human Genetics, Nice, France, 2007.

Dietary Fat Intakes For Pregnant And Lactating Women, Koletzko Berthold, Cetin Irene, J. Thomas Brenna, for the PERILIP Group, International Congress of Pediatrics, Athens, 2007.

Consensus recommendations on dietary fat intake during pregnancy and lactation, Berthold Koletzko, Irene Cetin, J Thomas Brenna, for the PERILIP Group, International conference on Fetal Programming and Developmental Toxicity, Torshavn, Faroe Islands, May 2007.

Atmospheric Pressure Covalent Adduct Chemical Ionization Triple Stage Mass Spectrometry (APCACI-MS3) for Structural Elucidation of Triacylglycerols, J. Thomas Brenna, Yichuan Xu, 98th Annual Am Oil Chemists Meeting, Quebec City, QC, May 2007. [Invited]

Guinea DNA nitrogen and carbon isotope ratios are depleted relative to tissue and mildly responsive to physiological state, Maggie S. Strable, Behzad Varamini, Carolyn Tschanz, J. Thomas Brenna, Experimental Biology 2007, Washington, DC.

Dietary DHA but not ARA influences CNS fatty acid status in baboon neonates, Andrea T. Hsieh and J. Thomas Brenna, Experimental Biology 2007, Washington, DC.

High Fat Diet During the First Half of Gestation Enhances Fetal CNS Arachidonic Acid in Sheep. Stephen Ford, Yunhua Zhou, Myrna Miller, Peter Nathanielsz, J. Thomas Brenna, Biology of Reproduction 77, 85-a–85 (2007).

Comparative branched chain fatty acid concentrations in vernix and meconium of human infants, Rinat Ran-Ressler, Srisatish Devapatla, Peter Lawrence, and J. Thomas Brenna, Experimental Biology 2007, Washington, DC.

Guinea pig cerebellar histones but not DNA turns over in the first year of life, Behzad Varamini, Carolyn Tschanz, J. Thomas Brenna, Experimental Biology 2007, Washington, DC.

Quantitative analysis of extremely long chain fatty acids of bovine retina, Tara Kelly, Peter Lawrence, J. Thomas Brenna, Experimental Biology 2007, Washington, DC.

Consensus recommendations on dietary fat intake during pregnancy and lactation, Berthold Koletzko, Irene Cetin, J Thomas Brenna, for the PERILIP Group, Experimental Biology 2007, Washington, DC.

Identification of enriched conjugated linoleic acid isomers in cultures of ruminal microorganisms after dosing with 1-$^{13}$C-linoleic acid. Y-J. Lee, J. T. Brenna, S. K. Duckett, G. L. Powell, W.C. Bridges, Jr., T. C. Jenkins; Clemson University, Cornell University, ADSA, San Antonio, Tx 2007.

Molecular characterization of trace metals and metalloids in complex matrices by parallel elemental and molecular mass spectrometry (PEMMS)", Gavin L Sacks, Louis Derry, J Thomas Brenna, Northeast Regional Meeting of the American Chemical Society, Binghamton, NY, October, 2006. [Invited]

Determination of Intramolecular $\delta^{13}$C From Incomplete Pyrolysis Fragments. Evaluation of Pyrolysis-Induced Isotopic Fractionation in Fragments from the Lactic Acid Analogue Propylene Glycol, Christopher J. Wolyniak, Gavin L. Sacks, J. Thomas Brenna, Third International Workshop on Isotopomers, La Jolla, CA, Sept 2006.

Intramolecular $\delta^{15}$N of Amino Acids: Methods, and Demonstration that $\delta^{15}$N of Lysine Responds to Respiratory Status in *Paracoccus denitrificans,* J. T. Brenna, Bruce Pan, Gavin L. Sacks, Third International Workshop on Isotopomers, La Jolla, CA, Sept 2006. [Invited]

*Trans* Monounsaturated Fatty Acids Are Associated With Normal Aged Human Brains And Are At Lower Concentration In Alzheimer's Disease, JT Brenna, P Lawrence, T Montine, ISSFAL 2006: The Seventh Congress of the International Society for the Study of Fatty Acids and Lipids, Cairns, Queensland, Australia, July 2006.

Differential Transcriptomes Of Liver And Cerebral Cortex Of Baboon Neonates Consuming Medium And High DHA, KSD Kothapalli, B Pan, AT Hsieh, JC Anthony, PW Nathanielsz, JT Brenna, ISSFAL 2006: The Seventh Congress of the International Society for the Study of Fatty Acids and Lipids, Cairns, Queensland, Australia, July 2006.

Docosahexaenoate May Form A Secondary Helix Around Transmembrane Protein Alpha Helices, JT Brenna, Y Arnautova, J Vila, HA Scheraga, ISSFAL 2006: The Seventh Congress of the International Society for the Study of Fatty Acids and Lipids, Cairns, Queensland, Australia, July 2006.

Covalent Adduct Chemical Ionization Tandem Mass Spectrometry For Double Bond Localization In Polyunsaturated Fatty Acyl Groups, JT Brenna, ISSFAL 2006: The Seventh Congress of the International Society for the Study of Fatty Acids and Lipids, Cairns, Queensland, Australia, July 2006.

DHASCO®-T And DHASCO®-S Are Bioequivalent Dietary Sources Of DHA For DHA Accretion In Growing Piglets, JT Brenna, C Tschanz, P Lawrence, E Walther, JH Kim, L Arterburn, M Keske, ISSFAL 2006: The Seventh Congress of the International Society for the Study of Fatty Acids and Lipids, Cairns, Queensland, Australia, July 2006.

High-Normal Levels Of Dietary Docosahexaenoate Increase DHA In Cerebral Cortex But Not Basal Ganglia/Limbic In 12 Week Old Baboon Neonates, AT Hsieh, JC Anthony, DA Diersen-Schade, SC Rumsey, PW Nathanielsz, JT Brenna, ISSFAL 2006: The Seventh Congress of the International Society for the Study of Fatty Acids and Lipids, Cairns, Queensland, Australia, July 2006.

Characterization of Phosphatidylserine Acyl Anion Intensities by ESI-MS/MS, Kristal M. Maner, J. Thomas Brenna, 53rd Annual ASMS Conference on Mass Spectrometry and Allied Topics, Seattle, Washington, June, 2006.

Parallel Elemental and Molecular Mass Spectrometry (PEMMS) for Comprehensive Speciation of Metals, GL Sacks, LA Derry, JT Brenna, 53rd Annual ASMS Conference on Mass Spectrometry and Allied Topics, Seattle, Washington, June, 2006.

Speciation of Selenium-Enriched Samples by Parallel Elemental and Molecular Mass Spectrometry (PEMMS) and Peak Parameterization, GL Sacks, GF Combs, LA Derry, JT Brenna, 53rd Annual ASMS Conference on Mass Spectrometry and Allied Topics, Seattle, Washington, June, 2006.

Atmospheric Pressure Covalent Adduct Chemical Ionization (APCACI) for Structural Elucidation of Triacylglycerols, Yichuan Xu and J. Thomas Brenna, 53rd Annual ASMS Conference on Mass Spectrometry and Allied Topics, Seattle, Washington, June, 2006.

Structural elucidation of triacylglycerols with polyunsaturated fatty acyl substituents of configured as AAB or ABA by electrospray tandem mass spectrometry. Yichuan Xu, Xiaogang Wu, Kristal Maner and J. Thomas Brenna, Am Chem Society Annual meeting, 2005.

Response of hematological and blood chemistry to docosahexaenoic acid (DHA) and arachidonic acid (ARA) supplementation in baboon neonates. Andrea T. Hsieh[1], Joshua C. Anthony, Deborah A. Diersen-Schade [2], Peter W. Nathanielsz[3], J. Thomas Brenna, Experimental Biology 2006, San Francisco, CA

The influence of moderate and high levels of long chain polyunsaturated fatty acid (LCPUFA) supplementation on 12 week old baboon neonate tissue fatty acids. Andrea T. Hsieh, Joshua C. Anthony, Deborah A. Diersen-Schade, Steven C. Rumsey, Peter W. Nathanielsz, J. Thomas Brenna. Experimental Biology 2006, San Francisco, CA

Comprehensive Differential Transcriptome Analysis of Cerebral Cortex of Baboon Neonates Consuming Arachidonic Acid and Moderate and High Docosahexaenoic Acid Formulas. K.S.D. Kothapalli, B. Pan, A. T. Hsieh, J. C. Anthony, P. W. Nathanielsz, J. T. Brenna. Experimental Biology 2006, San Francisco, CA

Determination of Intramolecular $\delta^{13}C$ From Fragments of Incomplete Pyrolysis in the Lactic Acid Analogue Propylene Glycol. Christopher J. Wolyniak, Gavin L. Sacks, J. Thomas Brenna. Annual meeting of the Am Soc for Mass Spectrometry, Seattle, Wa, 2006

Speciation of Selenium-Enriched Samples by Parallel Elemental and Molecular Mass Spectrometry (PEMMS) and Peak Parameterization. GL Sacks, GF Combs, LA Derry, JT Brenna, Ann meeting of the Am Soc for Mass Spectrometry, Seattle, Wa, 2006

Characterization of the Mouse Liver Mitochondrial Pufaome by ESI-MS/MS/MS. Kristal M. Maner, J. Thomas Brenna Annual meeting of the Am Soc for Mass Spectrometry, Seattle, Wa, 2006

Structural elucidation of triacylglycerols with polyunsaturated fatty acyl substituents of configured as AAB or ABA by electrospray tandem mass spectrometry, Yichuan Xu, Xiaogang Wu, Kristal Maner and J. Thomas Brenna, 230th National Meeting of the American Chemical Society, Washington, DC, August, 2005.

Natural 15N/14N fractionation due to physiological conditions. Bruce Pan, Christopher Wolyniak, J. T. Brenna, 53nd ASMS Conference on Mass Spectrometry and Allied Topics, San Antonio, Tx, June, 2005.

Intramolecular analysis of Lactate 13C/12C. Christopher Wolyniak, J. T. Brenna, 53nd ASMS Conference on Mass Spectrometry and Allied Topics, San Antonio, Tx, June, 2005.

Antenatal betamethasone (BM) treatment is effective at half the clinical dose in fetal (Fet) sheep, Matthias Loehle, Mahesh Samtani, Mark J Nijland, William J Jusko, J. Thomas Brenna, and Peter W Nathanielsz, Soc for Gynecol Invest, Los Angeles, CA, March, 2005.

Docosahexaenoic And Arachidonic Acid Concentrations In Breastmilks Worldwide, J. Thomas Brenna, Robert G. Jensen, And Linda Arterburn, Sixth Congress of the Int Soc Study of Fatty Acids and Lipids, Brighton UK, June, 2004.

Effects Of Conjugated Linoleic Acid On Linoleic And Linolenic Acid Metabolism In Humans, Anu M. Turpeinen, Riitta Freese, Sonja Bärlund, Peter Lawrence, J. Thomas Brenna, Sixth Congress of the Int Soc Study of Fatty Acids and Lipids, Brighton UK, June, 2004.

Bovine Mammary Fatty Acid Synthesis In Vitro, T.C. Wright, J.T. Brenna, J. P. Cant, B.W. McBride, *J Animal Feed Sci, 13, Suppl.* 1, 2004.

High Precision Relative Position-Specific Carbon Isotope Ratio Measurements in Alanine and Phenylalanine Analogues, Christopher J. Wolyniak, Gavin L. Sacks, Bruce S. Pan, Sara K. Metzger, Sarah C. Chiang, J. T. Brenna, 52nd ASMS Conference on Mass Spectrometry and Allied Topics, Nashville, Tn, June, 2004.

15N/14N Position Specific Isotope Analysis of Polynitrogenous Amino Acids by Enzymatic Deamination, J. T. Brenna, Sven Asche, G. L. Sacks. 52nd ASMS Conf Mass Spectrom. Allied Topics, Nashville, TN, June, 2004.

Position Specific $^{13}C/^{12}C$ Analysis of Methionine and Leucine Analogues by GC-Pyrolysis-GC-Combustion-IRMS, Gavin L. Sacks and J. T. Brenna, Second Int Symposium on Isotopomers, Stresa, Italy, Nov, 2003.

High Precision Position-Specific Isotope Analysis of $^{15}N/^{14}N$ in Glutamate, Asparagine, and Lysine. Sven L. Asche and J. T. Brenna, Second International Symposium on Isotopomers, Stresa, Italy, November, 2003.

Full Structural Characterization of Conjugated Fatty Acid Methyl Esters with Acetonitrile Chemical Ionization Tandem Mass Spectrometry. Anthony L. Michaud, M. Pete Yurawecz, Pierluigi Delmonte, Benjamin A. Corl, Dale E. Bauman, J. Thomas Brenna, 51st ASMS Conf Mass Spectrom Allied Topics, Montreal, 2003.

High Precision Measurement of Relative Position-Specific Carbon Isotope Ratios in Leucine and Methionine Analogues, Gavin L Sacks and J. T. Brenna, 51st ASMS Conf Mass Spectrom Allied Topics, Montreal, 2003.

Effect of quantization error on high precision continuous flow isotope ratio mass spectrometry, Christopher Wolyniak, Gavin L. Sacks, J. T. Brenna, 51st ASMS Conf Mass Spectrom Allied Topics, Montreal, 2003.

Acetonitrile Chemical Reaction Tandem Mass Spectrometry for Rapid Localization of Double Bonds in Homoallylic and Conjugated Fatty Acid Methyl Esters, J. T. Brenna and A. L. Michaud, Annual AOCS Conference, Kansas City, MO, May 2003. [Invited]

Effects of Long Chain Polyunsaturate Supplementation and Prematurity on Neonate Baboon Skin and Fur Fatty Acid Composition, Andrea T. Hsieh, G.-Y. Diau, E. Sarkadi-Nagy, V. Wijendran, C. Chao, P.W. Nathanielsz and J.T. Brenna, Workshop on PUFA in Maternal and Child Health, sponsored by the AOCS, Kansas City, MO, May 2003.

Effects of Prematurity and DHA/AA supplementation on C22-24 Polyunsaturate Concentrations in Baboon Neonate CNS, G.-Y. Diau, V. Wijendran, E. Sarkadi-Nagy, P.W. Nathanielsz, and J. T. Brenna, Workshop on PUFA in Maternal and Child Health, sponsored by the AOCS, Kansas City, MO, May 2003.

Arachidonic Acid Provided as Phospholipid Remains at Higher Plasma and RBC Concentration Than When Provided as Triglyceride, Angela C. Chao, V. Wijendran, M.-C. Huang, G.-Y. Diau, G. Boehm, P.W. Nathanielsz, and J. T. Brenna, Workshop on PUFA in Maternal and Child Health, sponsored by the AOCS, Kansas City, MO, May 2003.

Effects of Long Chain Polyunsaturate Supplementation and Prematurity on Neonate Baboon Skin and Fur Fatty Acid Composition, A. Hsieh, G.-Y. Diau, J. T. Brenna, Experimental Biology 2003, San Diego, CA.

Pyrolysis of Methionine Analog for Carbon Position Specific Isotopic Analysis, Gavin L. Sacks and J. Thomas Brenna. 51st ASMS Conference on Mass Spectrometry and Allied Topics, MPO395, Orlando, FL, 2002

Acetonitrile Chemical Ionization Tandem Mass Spectrometry for the Identification of Trans and Conjugated Fatty Acid Methyl Ester Isomers in Butters, Anthony L. Michaud; B. A. Corl; D. E. Bauman; J. Thomas Brenna, 51st ASMS Conference on Mass Spectrometry and Allied Topics, TPI240, Orlando, FL, 2002.

A direct electrospray tandem method for analysis of dipalmitoyl phosphatidyl choline in lung lipid extracts. Bassem I Ziadeh; Angela-Chueh Chao; J. Thomas Brenna, 51st ASMS Conf on Mass Spectrometry and Allied Topics, TPI243, Orlando, FL, 2002.

Evaluation of safety and dose response of tissue docosahexaenoate/arachidonate in piglets fed Formula Supplemented With Single Cell Oils, Meng-Chuan Huang, Angela Chueh Chao, Carolyn Tschanz, and J. Thomas Brenna, Fifth Int Congress on Essential Fatty Acids and Eicosanoids, Taipei, Taiwan, August, 2002.

Arachidonic acid accretion in the brain of baboon neonates differs between dietary triglyceride and phospholipids. Wijendran V, Huang MC, Diau GY, Boehm G, Nathanielsz PW, Brenna T. J Pediatr Gastroenterol Nutr 2002;34:475

Arachidonic acid accretion in the brain of baboon neonates differs between dietary triglyceride and phospholipids. Wijendran V, Huang MC, Diau GY, Boehm G, Nathanielsz PW, Brenna T. Chem Phys Lip 2002, 118:86.

Arachidonic acid accretion in the brain of baboon neonates differs between dietary triglyceride and phospholipids. Wijendran V, Huang MC, Diau GY, Boehm G, Nathanielsz PW, Brenna T. ESPGHAN Congress, Taormina.

Arachidonic acid accretion in the brain of baboon neonates differs between dietary triglyceride and phospholipids. Wijendran V, Huang MC, Diau GY, Boehm G, Nathanielsz PW, Brenna T. 43rd International Conference on the Bioscience of Lipids, Graz, 11.-14.09.02.

Bioavailability of dietary LCPUFA: Influence of lipid form. Boehm G, Wijendran V, Huang MC, Diau GY, Nathanielsz PW, Brenna T. 20th International Symposium on Neonatal Intensive Care, Venice, 06.-09.11.02

The Straight Chain Acyl-CoA Oxidase Knockout (AOX -/-) Mouse Synthesizes Docosahexaenoic Acid (DHA). J. Thomas Brenna, Carolyn L. Tschanz, Peter Lawrence, Juan P. Infante, Experimental Biology 2002, New Orleans, LA.

Effect of docosahexaenoic acid (DHA) and arachidonic acid (AA) supplementation and prematurity on conversion efficiency of linolenic acid (LNA) to DHA and linoleic acid (LA) to AA baboon brain and associated tissues, Eszter Sarkadi-Nagy, Vasuki Wijendran, Guan Yeu Diau, Andrea Hsieh, Angela Chao, Anu Turpeinen, P. W. Nathanielsz, J. Thomas Brenna, Experimental Biology 2002, New Orleans, LA.

Effect of docosahexaenoic acid (DHA) and arachidonic acid (AA) supplementation on neuronal tissues and blood borne lipid fatty acid (FA) composition in preterm and term non-human primates referenced to a randomized breastfed group, Eszter Sarkadi-Nagy, Vasuki Wijendran, Guan Yeu Diau, Andrea Hsieh, Angela Chao, Anu Turpeinen, Peter W. Nathanielsz, J. Thomas Brenna, Experimental Biol 2002, New Orleans, LA.

Correspondence between long chain polyunsaturate (LCP) concentrations in plasma and red blood cell (RBC) versus neural and related tissues. Eszter Sarkadi-Nagy, Vasuki Wijendran, Guan Yeu Diau, Andrea Hsieh, Angela Chao, Anu Turpeinen, Peter W. Nathanielsz, J. Thomas Brenna, Experimental Biology 2002, New Orleans, LA.

Functional consequences of prematurity and long chain polyunsaturate (LCP) supplementation on baboon neonate electroretinograms (ERGs) related to retina fatty acid composition, Guan-Yeu Diau, Ellis R. Loew, Vasuki Wijendran, Eszter Sarkadi Nagy, Andrea Hseih, Angela Chueh Chao, Carolyn Tschanz, Darlene Campbell, P.W. Nathanielsz, J. T. Brenna, Experimental Biology 2002, New Orleans, LA.

Central nervous system (CNS) docosahexaenoic acid (DHA) concentrations are highly correlated with energy consumption. Guan-Yeu Diau, Eszter Sarkadi Nagy, Andrea Hseih, Angela Chueh Chao, Vasuki Wijendran, Peter W. Nathanielsz, J. Thomas Brenna, Experimental Biology 2002, New Orleans, LA.

SAXICAB: Software for automated high-precision continuous-flow isotope ratio mass spectrometry. Gavin L. Sacks, Jason T. Sepp, and J. Thomas Brenna. Proceedings of the 49th ASMS Conference on Mass Spectrometry and Allied Topics, Chicago, Illinois, May 27-31, 2001

Rapid Derivatization of Carbohydrates with Minimal Added Carbon for High Precision Isotopic Analysis. Bassem I. Ziadeh, Anthony Michaud, Betty A. Lewis, and J. Thomas Brenna, Proceedings of the 49th ASMS Conference on Mass Spectrometry and Allied Topics, Chicago, Illinois, May 27-31, 2001

Two Strategies to Enhance the Volatility of Non-Polar and Aromatic Amino Acids without the Addition of Extraneous Carbon For High Precision Isotopic Analysis. Bassem I. Zaideh, A. L. Michaud, Nabil M. R. Saad, Betty A. Lewis, P. Pencharz and J. Thomas Brenna, American Chemical Society Conference, San Diego, CA, April, 2001.

Quantitative Fatty Acid Mapping Of The 4 Week Old Term And Preterm Baboon Central Nervous System. G.-Y. Diau, V. Wijendran, E. Sarkadi-Nagy, A. Hseih, A. Turpenin, P. W. Nathanielsz, J. T. Brenna. Am Oil Chemists Soc, Minneapolis, MN, May, 2001.

Selenium-enriched yeast for chemoprevention: a model for standardization of a dietary supplement.G. F. Combs, Jr. and J. T. Brenna, Eighth International Symposium on Biological and Environmental Reference Materials: Reference Materials For The 21st Century, (BERM 2000) Sept., 2000, Natcher Conference Center, The National Institutes of Health, Bethesda, MD.

Speculation on the future of PUFA metabolism studies. J. T. Brenna. PUFA in Maternal and Child Health, sponsored by the AOCS, Kansas City, MO, Sept. 2000. [Invited]

Stable isotope studies of maternal and infant polyunsaturated fatty acid metabolism using primate models. J. T. Brenna. PUFA in Maternal and Child Health (p. 14), sponsored by the AOCS, Kansas City, MO, Sept. 2000. [Invited]

Efficacy of dietary triglyceride and phospholipid arachidonic acid for tissue accretion in primate neonates. V. Wijendran, G. Y. Diau, M. C. Huang, G. Boehm, G. Sawatzki, G. Kohn, P. W. Nathanielsz, J. T. Brenna. PUFA in Maternal and Child Health (p. 45), sponsored by the AOCS, Kansas City, MO, Sept. 2000.

Effect of increasing dietary long chain polyunsaturates (LCP) with high vitamin E on lipid peroxidation and susceptibility to oxidation of piglet erythrocytes, plasma, and liver. E. Sarkadi-Nagy, M. C. Huang, R. Kirwan, A. Chao, C. Tschanz, J. T. Brenna. PUFA in Maternal and Child Health (p. 40), sponsored by the AOCS, Kansas City, MO, Sept. 2000.

Changes in the fatty acyl chain composition of phosphatidylcholine and phosphatidylethanolamine in epididymal mouse sperm following capacitation. Furimsky AM, Holub BJ, Brenna JT, Michaud AL, Kates M, Tanphaichitr N. Biology of reproduction 62: 255 , Suppl. 1 2000.

Dietary single cell long chain polyunsaturated oils at physiological levels do not alter serum clinical indicators or organ weights in piglets fed from birth to one month. M.-C. Huang, A. Chao, R. Kirwan, C. Tschanz, J. M. Peralta, D. A. Diersen-Schade, S. Cha, J. T. Brenna. Fourth Congress of the International Society for the Study of Fatty Acids and Lipids, Tsukuba, Japan, June, 2000.

Reduction of amino acids to amino alcohols to enchance volatility for high precision C isotopic analysis. Bassem I. Zaideh, Nabil M. Saad, Betty A Lewis, J. Thomas Brenna, 48th ASMS Conference (Abstract 118), Long Beach, CA, June 2000.

High Precision Position-Specific Isotope Analysis of the Carboxyl Carbon of Short Chain Organic Acids, Nabil M. Saad, J. Thomas Brenna, 48th ASMS Conference (Abstract 364), Long Beach, CA, June 2000.

A Computer-Based Control System for High Precision Position Specific Isotope Analysis (PSIA), Jason Sepp, J. Thomas Brenna, 48th ASMS Conference (Abstract 421), Long Beach, CA, June 2000.

Detection of intermediates in 22:6n-3 Synthesis of cultured Y79 retinoblastoma cells with stable isotopes and high precision mass spectrometry, M. C. Huang, E. N. Horowitz, S. Muddana, C. McCormick, J. P. Infante, J. T. Brenna. Experimental Biology 1999, Washington, DC.

A CI/MS/MS method for double bond localization in fatty acid methyl esters, C. Van Pelt and J. T. Brenna, Annual ASMS Conference on Mass Spectrometry and Allied Topics, Dallas, June 1999.

A System for Gas Phase Pyrolysis of Small Organic Molecules: Application to Short Chain Organic Acids N. Saad and J. T. Brenna, Annual ASMS Conference on Mass Spectrom Allied Topics, Dallas, June 1999.

An octaene fatty acid in marine oils, J. T. Brenna, C. Van Pelt, M.-C. Huang, C. L. Tschanz, Annual ASMS Conference on Mass Spectrometry and Allied Topics, Dallas, June 1999.

Maternal administration of polyunsaturated fatty acids (PUFA) results in specific inhibition of prostaglandin synthase (PGHS)-2 but not oxytocin receptor (OTR) mRNA in the pregnant sheep myometrium (Myo) during Betamethasone (BM) induced labor X. H. Ma, W. X. Wu, M. Baguma-Nibasheka, T. Yoshizato, J. T. Brenna, P. W. Nathanielsz, Soc for Gynecol Investigation, 1999 Annual Conference.

Fffect of 48-hour maternal intravenous administration of omega-3 long-chain polyunsaturates (n-3 LCPS) on fetal ovine blood pressure (FBP) and heart rate (FHR) in late gestation T. Yoshizato, J. T. Brenna, P. W. Nathanielsz, Soc for Gynecol Invest, 1998 Annual Conference.

Highly Sensitive and Selective Analysis of Vitamin E and Its Isotopomers Using a Table-top Ion Trap, C. K. Van Pelt, J. T. Brenna, 46th Annual ASMS Conference on Mass Spectrom Allied Topics, 1998, Orlando, FL.

Bioequivalence Of Dietary -Linolenic And Docosahexaenoic Acids For Docosahexaenoate Accretion In Primate Neonates. H.-M.Su, L.Bernardo, M.Mirmiran, X.H. Ma, P.W. Nathanielsz, J.T. Brenna. Experimental Biology 1998, San Francisco, CA.

The Effect of 48-Hour Intravenous Administration of Omega-3 Long-Chain Polyunsaturates (n-3 LCPs) on Maternal Blood Pressure (MBP) in the Late Gestation Pregnant Ewe T. Yoshizato, J. T. Brenna, and P. W. Nathanielsz, 25th Annual Meeting of the Fetal and Neonatal Physiological Society, 1998.

Dietary 18:3n-3 And 22:6n-3 As Sources Of 22:6n-3 Accretion In Neonatal Baboon Brain And Associated Organs, H.-M. Su, L. Bernardo, M. Mirmiran, X.-H. Ma, P.W. Nathanielsz, J. T. Brenna. 3rd International Congress of the International Society for the Study of Fatty Acids and Lipids, Lyon, France, June, 1998.

n-6 Fatty Acid Kinetics In Fetal Baboons After A $^{13}$C-18:2n-6 Dose To Chow-Fed Pregnant Baboons H.-M. Su, T. N. Corso, P. W. Nathanielsz, J. T. Brenna. 3rd International Congress of the International Society for the Study of Fatty Acids and Lipids (ISSFAL), Lyon, France, June, 1998.

n-3 Fatty Acid Accretion After a $^{13}$C-18:3n-3 Dose to Fetal Baboons H.-M. Su, T.N. Corso, P.W. Nathanielsz, J.T. Brenna. 3rd International Congress of the International Society for the Study of Fatty Acids and Lipids (ISSFAL), Lyon, France, June, 1998.

The Brain Growth Spurt Revisited: Comparison of Growth Spurt Intensities, J.T. Brenna, U.K. Tambar. 3rd International Congress of the International Society for the Study of Fatty Acids and Lipids (ISSFAL), Lyon, France, June, 1998.

Estimating DHA [22:6 n-3] synthesis in human pregnancy from natural variations in 13C abundance P. Haggarty, J. Ashton, J.T. Brenna, T.N. Corso, V. Lakin, D, Abramovich & P. Danellian. 4th Int'l Conference on Essential Fatty Acids & Eicosanoids, Edinburgh, Scotland, July, 1997.

Liver 6- and 9-Desaturase Activities in Rats Treated With Peroxisome or Mitochondria Proliferators. H.-M. Su, M.-Y. Chen, and J. T. Brenna, 4th Int'l Conference on Essential Fatty Acids & Eicosanoids, Edinburgh, Scotland, July, 1997.

Maternal Infusion of n-3 Long Chain Polyunsaturates Delays or Eliminates Parturition in a Model of Prematurity in Sheep M. Baguma-Nagasheka, J. T. Brenna, P. W. Nathanielsz, 4th Int'l Conf on Essential Fatty Acids & Eicosanoids, Edinburgh, Scotland, July, 1997.

Plasma Triglyceride Lowering by Fish Oil: Docosahexaenoic Acid Metabolism in Rats Treated with Peroxisome or Mitochondrial Proliferators M.-Y. Chen, H.-M. Su, T. N. Corso, J. T. Brenna, 4th Int'l Conf. Ess FA & Eicosanoids, Edinburgh, Scotland, July, 1997.

High-Precision Position-Specific Isotope Analysis (PSIA) by Continuous-Flow Gas Chromatography-Combustion Isotope Ratio Mass Spectrometry Thomas N. Corso and J. T. Brenna, 45th Annual ASMS Conference on Mass Spectrometry and Allied Topics, Palm Springs, CA, 1997.

Ethanol-Chemical Ionization in Ion Trap Mass Spectrometry: Detection of Fatty Acid Methyl Esters at Picogram Levels Colleen K. Van Pelt and J. Thomas Brenna, 45th Annual ASMS Conference on Mass Spectrometry and Allied Topics, Palm Springs, CA, 1997.

High precision position-specific analysis of n-alkanes Thomas N. Corso and J. T. Brenna, 45th Annual ASMS Conference on Mass Spectrometry and Allied Topics, Palm Springs, CA, 1997.

High precision hydrogen isotope analysis of organics by gas chromatography-combustion isotope ratio mass spectrometry using pyrolysis, H. T. Tobias and J. T. Brenna, 45th Annual ASMS Conference on Mass Spectrom and Allied Topics, Palm Springs, CA, 1997.

Maternal Nutritional Status in Mid-Pregnancy and Fetal and Placental Growth in Sheep, P. Haggarty, J. T. Brenna, C. Li, D. Schaffer, P. Fisher, A. Alexander, P. W. Nathanielsz, Society for Gynecological Investigation, San Diego, CA, 1997.

Accretion of Docosahexaenoate in Brain and Retina of Fetal Baboons after Maternal Infusion of either -Linolenate or Docosahexaenoate, R. S. Greiner, J. A. Winter, P. W. Nathanielsz, J. T. Brenna, Soc for Gynecol Investigation, San Diego, CA, 1997.

A Novel Method for Estimating Docosahexaenoic Acid (DHA) Synthesis in Humans from Natural Variations in 13C Abundance, P. Haggarty, J. Ashton, J. T. Brenna, T. N. Corso, Int'l Conf. on Highly Unsaturated Fatty Acids in Nutrition & Disease Prevention, Barcelona, Spain, Nov., 1996.

Hydrogen Isotopic Analysis of H2O and Organic Mixtures Using Compound-Specific Continuous Flow Isotope Ratio Mass Spectrometry, H. T. Tobias and J. T. Brenna, 3rd Canadian CF-IRMS Workshop, Saskatoon, Saskachewan, 1996.

An Instrument for High Precision Position-Specific Isotope Analysis, T. N. Corso and J. T. Brenna, 3rd Canadian CF-IRMS Workshop, Saskatoon, Saskachewan, 1996.

High-Precision D/H Measurement from Organic Mixtures by Continuous-Flow Isotope Ratio Mass Spectrometry Using a Palladium Filter, H.J. Tobias and J. T. Brenna, 44th Annual ASMS Conference on Mass Spectrom and Allied Topics, Portland, OR, 1996, p. 386.

Toward an Instrument for High-Precision Position-Specific Isotope Analysis (PSIA), T. N. Corso, and J.T. Brenna, 44th Annual ASMS Conference on Mass Spectrometry and Allied Topics, Portland, OR, 1996, p. 837.

DHA Accretion in Fetal Brain of Pregnant Baboons Fed LC-PUFA-free Diets, R.C. Sheaff , D.A. Guissani , P.W. Nathanielsz , J.T. Brenna, AOCS Conference in PUFA in Infant Nutrition: Consensus and Controversies, Barcelona, Spain, 1996.

Dietary Linoleate Levels Attenuate Retina but not Brain DHA Accretion in Developing Rats, H. -M. Su, L. Keswick, J. T. Brenna, AOCS Conference in PUFA in Infant Nutrition: Consensus and Controversies, Barcelona, Spain, 1996.

Estimating Docosahexaenoic Acid (DHA) Synthesis in Lactating Omnivore Mothers from Natural Variations in 13C Abundance, P. Haggarty, J. Ashton, J. T. Brenna, T. N. Corso, S. Menz, AOCS Conference in PUFA in Infant Nutrition: Consensus and Controversies, Barcelona, Spain, 1996.

High Precision D/H Determinations from Organic Mixtures, J. T. Brenna, H. J. Tobias, Stable Isotopes & the Integration of Biological, Ecological, & Geochemical Processes, Newcastle, 1996.

Ontogeny of phospholipid (PL) fatty acid (FA) composition and expression of cytosolic phospholipase A2 (cPLA2) and glucocorticoid (GC) receptor (GR) mRNAs in fetal rhesus monkey lung during late gestation, Q. Zhang, W. Wu, J. T. Brenna, P. W. Nathanielsz, Society for Gynecological Investigation, Philadelphia, 1996.

High Precision Continuous Flow D/H Measurement from Hydrogen Gas and Water, H. J. Tobias, K. J. Goodman, C. E. Blacken, J. T. Brenna, 43rd Annual ASMS Conf Mass Spectrom Allied Topics, Atlanta, 1995.

Submicrogram Sensitivity LC-combustion-IRMS Based on a Moving Belt, R. J. Caimi, J. T. Brenna, 43rd Annual ASMS Conference on Mass Spectrometry and Allied Topics, Atlanta, 1995.

Organic Secondary Ion Emission from Solids and Liquids, J. McMahon, P. J. Todd, R. J. Caimi, J. T. Brenna, 43rd Annual ASMS Conference on Mass Spectrometry and Allied Topics, Atlanta, 1995.

Desaturation of Stearate and Palmitate in Humans Using a Stable Isotope Label, S. Rhee, A. Kayani, A. Ciszek, J. T. Brenna, Faseb J. 9(3), A468, 1995.

Fatty Acid Carbon Isotope Ratio Fluctuations in Humans on Controlled Diets, J. T. Brenna, S. Rhee, R. Reed, Faseb J. 9(3), A464, 1995.

Interconversion of α-Linolenate and Docosahexaenoate in Fetal Rhesus Monkey R. C. Sheaff, P. W. Nathanielsz, J. T. Brenna, Faseb J. 9(3), A464, 1995.

Evidence of cis-trans isomerization of 9-cis-β-carotene in humans C. S. You, R. S. Parker, K. J. Goodman, J. T. Brenna, W. K. Canfield, Faseb J. 9(3), A442, 1995.

Ontogeny of Expression of SP-A, SP-B, and SP-C mRNA in Rhesus Monkey Fetal Lung During Late Gestation, W. X. Wu, Q. Zhang, J. T. Brenna, P. W. Nathanielsz, Int. Soc. Veterinary Perinatology, 1995.

Distribution of Arachidonic Acid in Endometrial Phospholipids and Expression of Phospholipase A2 in Ovine Endometrium and Myometrium During Late Gestation and Labor, Q. Zhang, W. X. Wu, J. R. Owiny, J. T. Brenna, P. W. Nathanielsz, Int. Soc. Veterinary Perinatology, 1995.

Distribution of Arachidonic Acid (AA), Eicosapentaenoic acid (EPA), Docosahexaenoic Acid (DHA), and Related Fatty Acids in Ovine Endometrial (ENDO) Phospholipids (PLS) in Late Gestation and Labour, Q. Zhang, W. X. Wu, P. W. Nathanielsz, J. T. Brenna, Annual Meeting of the Society for the Study of Fatty Acids and Lipids, Fertility, 1995.

Online Water Reduction for High Precision Hydrogen Isotope Ratio Determinations, H. Tobias, K. J. Goodman, J. T. Brenna, 13th International Mass Spectrometry Conference, Budapest, 1994.

Curve-fitting for Analysis of Low Signal Levels in GCC-IRMS, K. J. Goodman and J. T. Brenna, 13th International Mass Spectrometry Conference, Budapest, 1994.

α-Linolenate to Docosahexaenoate Conversion/Transport in Fetal Rhesus Monkey, J. T. Brenna, R. C. Sheaff, P. W. Nathanielsz. Second International Conference on Stable Isotopes in Nutritional and Metabolic Research, Rotterdam, 1994.

Fractional Conversion of Alpha-Linolenate to long chain products in young rats determined by 13C labeling and high precision gas chromatography-isotope ratio mass spectrometry (GCC-IRMS), J. T. Brenna, R. Sheaff, H.-M. Su, L. Keswick, 42nd Annual ASMS Conference on Mass Spectrometry and Allied Topics, Chicago, 1994.

Secondary Ion Emission from Solids and Liquids, J. M. McMahon, R. T. Short, P. J. Todd, R. J. Caimi, J. T. Brenna, 42nd Annual ASMS Conference on Mass Spectrometry and Allied Topics, Chicago, 1994.

Conversion of α-Linolenate to Docosahexaenoate in Young Rats Maintained on Low Essential Fatty Acid (EFA) or High 18:2w6/18:3w3 Diets R. Sheaff, H.-M. Su, L. Keswick, J. T. Brenna, Faseb J., 1994.

Metabolism of 13C-β-Carotene in a Human Subject as a Function of Carrier Lipid, B. Marmor, R. S. Parker, J. E. Swanson, C.-S. You, Y. Wang, K. Goodman, J. T. Brenna, W. Canfield, Faseb J, 1994.

Metabolism of [U-13C]-9-cis β-carotene in Humans C. S. You, R. S. Parker, K. Goodman, J. T. Brenna, W. Canfield, Faseb J., 1994.

High Precision Carbon Isotope Ratios Determined by Online Liquid Chromatography-Combustion Isotope Ratio Mass Spectrometry (LCC-IRMS), R. Caimi and J. T. Brenna, Presented at the 10th Montreaux LC/MS Conference, Ithaca, NY, 1993. [Invited]

Interconversion of α-linolenic acid in lactating rhesus monkey plasma and milk studied using perlabeled precursors and high precision gas chromatography-combustion isotope ratio mass spectrometry (GCC-IRMS), Q. Zhang, K. J. Goodman, J. T. Brenna, and P. W. Nathanielsz, Presented at Fatty Acids and Lipids from Cell Biology to Human Disease: 1st International Congress of the International Society for the Study of Fatty Acids and Lipids, Lugano, Switzerland, 1993.

High Precision Liquid Chromatography-Combustion Isotope Ratio Mass Spectrometry (LCC-IRMS), R. Caimi and J. T. Brenna, 41st Annual ASMS Meeting on Mass Spectrometry and Allied Topics, San Francisco, CA, 1993.

Metabolism of Alpha-Linolenic Acid in Lactating Rhesus Monkeys Studied Using High Precision Gas Chromatography-Combustion Isotope Ratio Mass Spectrometry, Q. Zhang, K. J. Goodman, and J. T. Brenna, 41st Annual ASMS Conference on Mass Spectrometry and Allied Topics, San Francisco, CA, 1993.

Curve-fitting for Resolution of Overlapping Chromatographic Peaks in High Precision Gas Chromatography-Combustion Isotope Ratio Mass Spectrometry (GCC-IRMS), K. J. Goodman and J. T. Brenna, 41st Annual ASMS Conference on Mass Spectrometry and Allied Topics, San Francisco, CA, 1993.

Gas Chromatography-Combustion Isotope Ratio Mass Spectrometry (GCC-IRMS) at Femtomole Carbon Levels and High Enrichments (□$^{13}C_{PDB}$ >100%), K. J. Goodman and J. T. Brenna, 41st Annual ASMS Conference on Mass Spectrometry and Allied Topics, San Francisco, CA, 1993.

Biological Sample Preparation for Imaging Organic SIMS, P. J. Todd, R. T. Short, J. M. McMahon, W. M. Holland, J. T. Brenna, and S. P. Markey, 41st Annual ASMS Conference on Mass Spectrometry and Allied Topics, San Francisco, CA, 1993.

High Precision Gas Chromatography-Combustion Isotope Ratio Mass Spectrometry using Highly Enriched 13C-Labeled Tracers, J. T. Brenna and K. J. Goodman, Science Innovation 92, San Francisco, CA, 1992.

Metabolism and Biokinetics of 13C-β-Carotene in Humans Following a Small Oral Dose, R. S. Parker, S. M. Viereck, A. B. Speilman, J. T. Brenna, and K. J. Goodman, FASEB 92, Anaheim, CA, Faseb J. 6(5), A1645, 1992.

Transport and Interconversion of Alpha-Linolenic and Docosahexaenoic Acids from Mother To Fetus In The Baboon Studied with Stable Isotopes and High Precision Isotope Ratio Monitoring Gas Chromatography, J. T. Brenna, K. J. Goodman, L. Houghton, P. W. Nathanielsz, Faseb J. 6(5), A1384, 1992.

Fatty Acid Interconversion in Humans Studied Using 13C-Perlabeled Precursors and High Precision Isotope Ratio Monitoring Gas Chromatography, J. T. Brenna, K. Goodman, 12th International Mass Spectrometry Conference, Amsterdam, 1991.

High Precision Isotope Ratio Monitoring Gas Chromatography and Highly Enriched 13C-perlabeled precursors for Investigations of Lipid Metabolism, 33rd International Union of Pure and Applied Chemistry Congress, Budapest, Hungary, 1991.

Perlabeled Tracers and Gas Chromatography/Combustion/Gas Isotope Ratio Mass Spectrometry for High Sensitivity Metabolite Detection in Mammals, J. T. Brenna, K. Goodman, 39th Annual ASMS Conference on Mass Spectrometry and Allied Topics, Nashville, TN, 1991 [Invited1]

Ion Cyclotron Resonance Mass Spectrometry in ECR Plasmas, J. B. Friedmann, J. L. Shohet, A. E. Wendt, J. T. Brenna, 31st Ann Mtg American Physical Society--Division of Plasma Physics, Anaheim, California, 1989.

Fourier Transform Mass Spectrometry of High Molecular Weight Polymers J. T. Brenna and W. R. Creasy, 39th Annual ASMS Conference on Mass Spectrometry and Allied Topics, Miami Beach, Florida, 1989.

Formation of High Mass Carbon Clusters from Laser Ablation of Polymers W. R. Creasy and J. T. Brenna, 39th Annual ASMS Conference Mass Spectrom. Allied Topics, Miami Beach, Florida, 1989.

Laser Microprobe Fourier Transform Ion Cyclotron Resonance Mass Spectrometry, J. T. Brenna and W. R. Creasy, Microbeam Analysis 1988, 377-378.

Raman Studies of Laser Ablated ETFE (Tefzel$^{TM}$) Films, L. M. Siperko, W. R. Creasy, and J. T. Brenna, 11th International Symposium on Applied Surface Science, Cleveland, OH, 1989.

System for Laser Microprobe Fourier Transform Mass Spectrometry, J. T. Brenna, W. R. Creasy, W. McBain, C. Soria, 38th Annual ASMS Conf Mass Spectrometry and Allied Topics, San Francisco, California, 1988.

Fourier Transform Mass Spectrometry for Elemental Isotope Ratio Determination and Quantitative Analysis J. T. Brenna and W. R. Creasy, 38th ASMS Conf Mass Spectrom Allied Topics, San Francisco, CA, 1988.

Large Carbon Cluster Ion Formation During Laser Ablation of Polyimide, W. R. Creasy and J. T. Brenna, 38th Annual Conference Mass Spectrometry and Allied Topics, San Francisco, California, 1988.

Raman and Mass Spectrometric Analysis of Chromic Acid Etched Polyethylene L. M. Siperko, W. R. Creasy, J. T. Brenna, Annual New York Section of the American Vacuum Society, Rochester, New York, 1988.

Plasma Source for Fourier Transform Mass Spectrometry, J. L. Shohet, W. L. Phillips, A. R. T. Lefkow, J. W. Taylor, C. Bonham, J. T. Brenna, Plasma Science Section of the IEEE, Seattle, Washington, 1988.

A Cryostage for Ultra-Low Temperature Oxygen Plasma Ashing of Frozen Tissue Samples, J. T. Brenna, M. T. Bernius, G. H. Morrison, Microbeam Analysis 1985, 123-124.

Application of Ion Microscopy to Studies of Bone and Teeth W. J. Landis, D. D. Lee, J. T. Brenna, G. H. Morrison, Proceedings Annual Conference of the International Association for Dental Research, Las Vegas, 1985.

Low Temperature Ashing Preconcentration in Ion Microscopy, J. T. Brenna and G. H. Morrison, Microbeam Analysis 1984, Lehigh, PA.

Detection and Localization of Silicon in Bone Tissue by Ion Microscopy D. D. Lee, W. J. Landis, J. T. Brenna, S. Chandra, G. H. Morrison, Proc. 2nd International Conference on the Chemistry and Biology of Mineralized Tissue, W. T. Butler, A. Linde, eds, Mississippi, 1984.

Stable Isotope Determinations in Biological Materials by Secondary Ion Mass Spectrometry, J. T. Brenna, G. O. Ramseyer, G. H. Morrison, Pittsburgh Conference on Analytical Chemistry and Applied Spectroscopy, Atlantic City, New Jersey, 1984.