# Exhibit B

## Claim Chart for Infringement of U.S. Patent No. 9,320,965

Exhibit B

**Claim Chart for Infringement of U.S. Patent No. 9,320,765**
**by the LUHUA KRILL OIL**

This chart describes infringement of U.S. Patent No. 9,320,765 ("the '765 patent") by the LUHUA ICERUBY KRILL OIL ("Luhua Krill Oil"). The Luhua Krill Oil infringes the specified claims literally and under the doctrine of equivalents. The infringement analysis in this chart is preliminary and Aker's investigation is ongoing. Aker reserves the right to provide additional theories under which Defendants' products infringe the '765 patent, or evidence to support its current theories, upon obtaining discovery from Defendants.

| Claim | Claim Text | LUHUA KRILL OIL |
|---|---|---|
| 1 | A krill oil composition comprising *Euphausia superba* krill oil suitable for oral administration | Luhua's website shows that its krill oil contains *Euphausia superba*.<br><br>**Products**<br><br>The Antarctic krill, with its scientific name in Latin Euphausia Superba, is the bottom feeder of the food chain in the ecological system, implying that they rarely accept accumulated contaminants from advanced animals.<br><br>*See* http://www.luhuabiomarine.com/list-15-1.html |
| 1[a] | said krill oil comprising greater than about 3% ether phospholipids w/w of said krill oil | The Luhua Krill Oil product contains greater than about 3% ether phospholipids w/w of said krill oil. The sample as tested contains 5.7 % (Capsule Oil) and 6.8. % (Bulk Oil) w/w ether phospholipids. *See* Exhibit 1 at Tab 9 and Tab 7:<br><br>**Capsule Oil**<br><br>PC consists of 4.6% PC-ether and 31.8% PC<br>2-LPC consists of 0.2% 2-LPC-ether and 2.4% 2-LPC<br>PE consists of 0.1% PE-plasmalogen, 0.6% PE-ether and 2.1% PE<br>APE consists of 0.4% APE-plasmalogen, 0.3% APE-ether and 1.1% APE<br><br>**Bulk Oil**<br><br>PC consists of 5.3% PC-ether and 37.0% PC<br>2-LPC consists of 0.3% 2-LPC-ether and 2.3% 2-LPC<br>PE consists of 0.3% PE-plasmalogen, 0.9% PE-ether and 3.0% PE<br>APE consists of 0.4% APE-plasmalogen, 0.3% APE-ether and 1.3% APE |
| 1[b] | from about 27% to 50% non-ether phospholipids w/w of said krill oil | The Luhua Krill Oil product contains from about 27% to 50% non-ether phospholipids w/w of said krill oil. The sample as tested contains 39.43 (Capsule Oil) and 46.14 (Bulk Oil) w/w non-ether phospholipids. *See* Exhibit 1 at Tab 9 and Tab 7 (total phospholipids minus ether phospholipids):<br><br>**Capsule Oil** |

| Claim | Claim Text | LUHUA KRILL OIL |
|---|---|---|
| | | (tables and text below) |

| Excel-Version | 14.0 | Version | 01.01 | | valid from: | 15/01/2014 |
|---|---|---|---|---|---|---|
| TPP | Integral | Molecular weight | mMol | Initial weight [mg] | Content [%] | Number P |
| Internal Standard | 22.20 | 326.29 | 0.0616 | 20.17 | 99.7 | 1 |
| Test item | | | | 368.03 | | 1 |
| en | Integr | Molecular weight | mMol | Content [mg] | Weight-% | Mol-% |
| PC | 61.05 | 790.0 | 0.1695 | 133.8928 | 36.38 | 78.47 |
| 1-LPC | 0.88 | 534.5 | 0.0024 | 1.3058 | 0.35 | 1.13 |
| 2-LPC | 6.52 | 534.5 | 0.0181 | 9.6747 | 2.63 | 8.38 |
| PI | 0.64 | 907.0 | 0.0018 | 1.6115 | 0.44 | 0.82 |
| LPI | 0.00 | 629.5 | 0.0000 | 0.0000 | ---*) | ---*) |
| PS | 0.00 | 833.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| LPS | 0.00 | 555.5 | 0.0000 | 0.0000 | ---*) | ---*) |
| SPH | 0.00 | 770.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| PE | 4.95 | 770.0 | 0.0137 | 10.5813 | 2.88 | 6.36 |
| LPE | 0.82 | 492.5 | 0.0023 | 1.1212 | 0.30 | 1.05 |
| APE | 2.24 | 1032.0 | 0.0062 | 6.4176 | 1.74 | 2.88 |
| PG | 0.00 | 820.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| DPG | 0.00 | 774.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| PA | 0.19 | 746.0 | 0.0005 | 0.3935 | 0.11 | 0.24 |
| LPA | 0.05 | 468.5 | 0.0001 | 0.0650 | 0.02 | 0.06 |
| Other | 0.46 | 812.0 | 0.0013 | 1.0370 | 0.28 | 0.59 |
| Sum | 77.80 | | | | 45.13 | 100.00 |
| Phosphorus | | | | | 1.82 | |
| *) = not observed, no signal assignment | | | Rounding 4 | | Balance | XPE-841 |
| Comment: Initial weight is higher than required MinWeigh of 10 mg. | | | | | Mettler-Toledo XPE205DR/M | |

PC consists of 4.6% PC-ether and 31.8% PC

2-LPC consists of 0.2% 2-LPC-ether and 2.4% 2-LPC

PE consists of 0.1% PE-plasmalogen, 0.6% PE-ether and 2.1% PE

APE consists of 0.4% APE-plasmalogen, 0.3% APE-ether and 1.1% APE

## Bulk Oil

| Excel-Version | 14.0 | Version | 01.01 | | valid from: | 15/01/2014 |
|---|---|---|---|---|---|---|
| TPP | Integral | Molecular weight | mMol | Initial weight [mg] | Content [%] | Number P |
| Internal Standard | 20.34 | 326.29 | 0.0617 | 20.20 | 99.7 | 1 |
| Test item | | | | 352.98 | | 1 |
| en | Integr | Molecular weight | mMol | Content [mg] | Weight-% | Mol-% |
| PC | 62.24 | 790.0 | 0.1889 | 149.2068 | 42.27 | 78.13 |
| 1-LPC | 0.82 | 534.5 | 0.0025 | 1.3300 | 0.38 | 1.03 |
| 2-LPC | 5.47 | 534.5 | 0.0166 | 8.8721 | 2.51 | 6.87 |
| PI | 0.72 | 907.0 | 0.0022 | 1.9817 | 0.56 | 0.90 |
| LPI | 0.00 | 629.5 | 0.0000 | 0.0000 | ---*) | ---*) |
| PS | 0.00 | 833.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| LPS | 0.00 | 555.5 | 0.0000 | 0.0000 | ---*) | ---*) |
| SPH | 0.00 | 770.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| PE | 6.22 | 770.0 | 0.0189 | 14.5336 | 4.12 | 7.81 |
| LPE | 0.91 | 492.5 | 0.0028 | 1.3600 | 0.39 | 1.14 |
| APE | 2.30 | 1032.0 | 0.0070 | 7.2028 | 2.04 | 2.89 |
| PG | 0.00 | 820.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| DPG | 0.00 | 774.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| PA | 0.11 | 746.0 | 0.0003 | 0.2490 | 0.07 | 0.14 |
| LPA | 0.00 | 468.5 | 0.0000 | 0.0000 | ---*) | ---*) |
| Other | 0.87 | 812.0 | 0.0026 | 2.1437 | 0.61 | 1.09 |
| Sum | 79.66 | | | | 52.94 | 100.00 |
| Phosphorus | | | | | 2.12 | |
| *) = not observed, no signal assignment | | | Rounding 4 | | Balance | XPE-841 |
| Comment: Initial weight is higher than required MinWeigh of 10 mg. | | | | | Mettler-Toledo XPE205DR/M | |

PC consists of 5.3% PC-ether and 37.0% PC

2-LPC consists of 0.3% 2-LPC-ether and 2.3% 2-LPC

PE consists of 0.3% PE-plasmalogen, 0.9% PE-ether and 3.0% PE

APE consists of 0.4% APE-plasmalogen, 0.3% APE-ether and 1.3% APE

| Claim | Claim Text | LUHUA KRILL OIL |
|---|---|---|
| 1[c] | so that the amount of total phospholipids in the composition is from about 30% to 60% w/w of said krill oil; | The Luhua Krill Oil product contains from about 30% to 60% w/w total phospholipids of said krill oil. The sample as tested contains 45.13% (Capsule Oil) and 52.94% (Bulk Oil) w/w total phospholipids. *See* Exhibit 1 at Tab 9 and Tab 7: |

**Capsule Oil**

| Excel-Version | 14.0 | Version | 01.01 | | valid from: | 15/01/2014 |
|---|---|---|---|---|---|---|
| TPP | Integral | Molecular weight | mMol | Initial weight [mg] | Content [%] | Number P |
| Internal Standard | 22.20 | 326.29 | 0.0616 | 20.17 | 99.7 | 1 |
| Test item | | | | 368.03 | | 1 |
| en | Integr | Molecular weight | mMol | Content [mg] | Weight-% | Mol-% |
| PC | 61.05 | 790.0 | 0.1695 | 133.8928 | 36.38 | 78.47 |
| 1-LPC | 0.88 | 534.5 | 0.0024 | 1.3058 | 0.35 | 1.13 |
| 2-LPC | 6.52 | 534.5 | 0.0181 | 9.6747 | 2.63 | 8.38 |
| PI | 0.64 | 907.0 | 0.0018 | 1.6115 | 0.44 | 0.82 |
| LPI | 0.00 | 629.5 | 0.0000 | 0.0000 | ---*) | ---*) |
| PS | 0.00 | 833.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| LPS | 0.00 | 555.5 | 0.0000 | 0.0000 | ---*) | ---*) |
| SPH | 0.00 | 770.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| PE | 4.95 | 770.0 | 0.0137 | 10.5813 | 2.88 | 6.36 |
| LPE | 0.82 | 492.5 | 0.0023 | 1.1212 | 0.30 | 1.05 |
| APE | 2.24 | 1032.0 | 0.0062 | 6.4176 | 1.74 | 2.88 |
| PG | 0.00 | 820.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| DPG | 0.00 | 774.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| PA | 0.19 | 746.0 | 0.0005 | 0.3935 | 0.11 | 0.24 |
| LPA | 0.05 | 468.5 | 0.0001 | 0.0650 | 0.02 | 0.06 |
| Other | 0.46 | 812.0 | 0.0013 | 1.0370 | 0.28 | 0.59 |
| Sum | 77.80 | | | | 45.13 | 100.00 |
| Phosphorus | | | | | 1.82 | |
| *) = not observed, no signal assignment | | | Rounding | 4 | Balance | XPE-841 |
| Comment: Initial weight is higher than required MinWeigh of 10 mg. | | | | | Mettler-Toledo XPE205DR/M | |

**Bulk Oil**

| Excel-Version | 14.0 | Version | 01.01 | | valid from: | 15/01/2014 |
|---|---|---|---|---|---|---|
| TPP | Integral | Molecular weight | mMol | Initial weight [mg] | Content [%] | Number P |
| Internal Standard | 20.34 | 326.29 | 0.0617 | 20.20 | 99.7 | 1 |
| Test item | | | | 352.98 | | 1 |
| en | Integr | Molecular weight | mMol | Content [mg] | Weight-% | Mol-% |
| PC | 62.24 | 790.0 | 0.1889 | 149.2068 | 42.27 | 78.13 |
| 1-LPC | 0.82 | 534.5 | 0.0025 | 1.3300 | 0.38 | 1.03 |
| 2-LPC | 5.47 | 534.5 | 0.0166 | 8.8721 | 2.51 | 6.87 |
| PI | 0.72 | 907.0 | 0.0022 | 1.9817 | 0.56 | 0.90 |
| LPI | 0.00 | 629.5 | 0.0000 | 0.0000 | ---*) | ---*) |
| PS | 0.00 | 833.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| LPS | 0.00 | 555.5 | 0.0000 | 0.0000 | ---*) | ---*) |
| SPH | 0.00 | 770.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| PE | 6.22 | 770.0 | 0.0189 | 14.5336 | 4.12 | 7.81 |
| LPE | 0.91 | 492.5 | 0.0028 | 1.3600 | 0.39 | 1.14 |
| APE | 2.30 | 1032.0 | 0.0070 | 7.2028 | 2.04 | 2.89 |
| PG | 0.00 | 820.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| DPG | 0.00 | 774.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| PA | 0.11 | 746.0 | 0.0003 | 0.2490 | 0.07 | 0.14 |
| LPA | 0.00 | 468.5 | 0.0000 | 0.0000 | ---*) | ---*) |
| Other | 0.87 | 812.0 | 0.0026 | 2.1437 | 0.61 | 1.09 |
| Sum | 79.66 | | | | 52.94 | 100.00 |
| Phosphorus | | | | | 2.12 | |
| *) = not observed, no signal assignment | | | Rounding | 4 | Balance | XPE-841 |
| Comment: Initial weight is higher than required MinWeigh of 10 mg. | | | | | Mettler-Toledo XPE205DR/M | |

<table>
<tr><th>Claim</th><th>Claim Text</th><th>LUHUA KRILL OIL</th></tr>
<tr><td>1[d]</td><td>from about 20% to 50% triglycerides w/w of said krill oil,</td><td>The Luhua Krill Oil product contains from about 20% to 50% w/w triglycerides of said krill oil. The sample as tested contains 32% (Capsule Oil) and 33.7% (Bulk Oil) w/w triglycerides. See Exhibit 1 at Tab 6:<br><br>Tab. 6 Calculation of the triglycerides content,<br>CJS57859-1 A1 (syrup) and CJS57859-2 B2 (filling), weight-%,<br>(see Fig. 5, page 16 and Fig. 10, page 19)
<table>
<tr><td colspan="2">Excel-Version 14.0</td><td></td><td></td><td></td><td>Version</td><td>02.01</td><td>valid from:</td><td>15.06.2015</td></tr>
<tr><td>Test item</td><td>Integral TI</td><td>Initial weight [mg] TI</td><td>Integral IS</td><td>Initial weight [mg] IS</td><td>mMol IS</td><td>mMol TI</td><td>Content [mg] TI</td><td>Content [%] TI</td></tr>
<tr><td>CJS57859-1</td><td>641,59</td><td>352,98</td><td>600,00</td><td>20,20</td><td>0,0617</td><td>0,1320</td><td>118,8014</td><td>33,7</td></tr>
<tr><td>CJS57859-2</td><td>636,58</td><td>368,03</td><td>600,00</td><td>20,17</td><td>0,0616</td><td>0,1308</td><td>117,6987</td><td>32,0</td></tr>
<tr><td>Int. Standard</td><td colspan="2">Molecular weight TI</td><td>900,00</td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>TPP</td><td colspan="2">Molecular weight IS</td><td>326,29</td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>Rounding</td><td colspan="2">Number of atoms TI</td><td>3</td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>4</td><td colspan="2">Number of atoms IS</td><td>6</td><td></td><td></td><td></td><td>Balance</td><td>XPE-841</td></tr>
<tr><td>en</td><td colspan="2">Content [%] IS</td><td>99,7</td><td></td><td></td><td></td><td colspan="2">Mettler-Toledo XPE205DR/M</td></tr>
<tr><td colspan="9">Comment: Initial weight is higher than required MinWeigh of 10 mg.</td></tr>
</table>
</td></tr>
<tr><td>1[e]</td><td>and astaxanthin esters in amount of greater than about 100 mg/kg of said krill oil.</td><td>The Luhua Krill Oil product contains astaxanthin esters in amount of greater than about 100 mg/kg of said krill oil. The sample as tested contains 206 (Bulk Oil) and 210.9 (Capsule Oil) mg/kg astaxanthin esters. See Exhibit 2:<br><br>Astaxanthin
<table>
<tr><th>CTI#</th><th>Matrix</th><th>Sample ID or Description</th><th>Free Astaxanthin</th><th>Astaxanthin from Monoesters</th><th>Astaxanthin from Diesters</th><th>Total Astaxanthin</th><th>Astaxanthin as Monoesters</th><th>Astaxanthin as Diesters</th></tr>
<tr><td></td><td></td><td></td><td>µg/g</td><td>µg/g</td><td>µg/g</td><td>µg/g</td><td>µg/g</td><td>µg/g</td></tr>
<tr><td>1</td><td colspan="8" rowspan="4">[redacted]</td></tr>
<tr><td>2</td></tr>
<tr><td>3</td></tr>
<tr><td>4</td></tr>
<tr><td>5</td><td colspan="8" rowspan="3">[redacted]</td></tr>
<tr><td>6</td></tr>
<tr><td>7</td></tr>
<tr><td>8</td><td>Oil</td><td>CJS57859-1, Luhua Krill Oil, Lot# LH0201602001</td><td>nd</td><td>4.5</td><td>101.1</td><td>105.7</td><td>6.5</td><td>199.5</td></tr>
<tr><td>9</td><td>Capsules</td><td>CJS57859-2, Luhua Oil Capsules, Lot# LHH2015060901</td><td>nd</td><td>9.6</td><td>99.9</td><td>109.5</td><td>13.8</td><td>197.1</td></tr>
</table>
</td></tr>
<tr><td>2</td><td>The krill oil composition of claim 1, wherein said krill oil contains greater than about 200 mg/kg astaxanthin esters.</td><td>The Luhua Krill Oil product contains astaxanthin esters in amount of greater than about 200 mg/kg of said krill oil. The sample as tested contains 206 (Bulk Oil) and 210.9 (Capsule Oil) mg/kg astaxanthin esters. See Exhibit 2:<br><br>Astaxanthin
<table>
<tr><th>CTI#</th><th>Matrix</th><th>Sample ID or Description</th><th>Free Astaxanthin</th><th>Astaxanthin from Monoesters</th><th>Astaxanthin from Diesters</th><th>Total Astaxanthin</th><th>Astaxanthin as Monoesters</th><th>Astaxanthin as Diesters</th></tr>
<tr><td></td><td></td><td></td><td>µg/g</td><td>µg/g</td><td>µg/g</td><td>µg/g</td><td>µg/g</td><td>µg/g</td></tr>
<tr><td>1</td><td colspan="8" rowspan="4">[redacted]</td></tr>
<tr><td>2</td></tr>
<tr><td>3</td></tr>
<tr><td>4</td></tr>
<tr><td>5</td><td colspan="8" rowspan="3">[redacted]</td></tr>
<tr><td>6</td></tr>
<tr><td>7</td></tr>
<tr><td>8</td><td>Oil</td><td>CJS57859-1, Luhua Krill Oil, Lot# LH0201602001</td><td>nd</td><td>4.5</td><td>101.1</td><td>105.7</td><td>6.5</td><td>199.5</td></tr>
<tr><td>9</td><td>Capsules</td><td>CJS57859-2, Luhua Oil Capsules, Lot# LHH2015060901</td><td>nd</td><td>9.6</td><td>99.9</td><td>109.5</td><td>13.8</td><td>197.1</td></tr>
</table>
</td></tr>
</table>

| Claim | Claim Text | LUHUA KRILL OIL |
|---|---|---|
| 7 | The krill oil composition of claim 1, wherein said krill oil is contained in a soft gel capsule. | The Luhua Krill Oil product is a soft gel capsule. *See* Exhibit 1 at Tab 2. Also Luhua's website shows its product in soft capsule form.<br>     <br>*See* http://www.luhuabiomarine.com/list-15-1.html |
| 9 | The krill oil composition of claim 1, wherein said krill oil comprises greater than about 4% w/w ether phospholipids. | The Luhua Krill Oil product comprises greater than about 4% w/w ether phospholipids. The sample as tested contains 5.7 % (Capsule) and 6.8. % (Bulk Oil) w/w ether phospholipids. *See* Exhibit 1 at Tab 9 and Tab 7:<br>**Capsule Oil**<br>PC consists of 4.6% PC-ether and 31.8% PC<br>2-LPC consists of 0.2% 2-LPC-ether and 2.4% 2-LPC<br>PE consists of 0.1% PE-plasmalogen, 0.6% PE-ether and 2.1% PE<br>APE consists of 0.4% APE-plasmalogen, 0.3% APE-ether and 1.1% APE<br>**Bulk Oil**<br>PC consists of 5.3% PC-ether and 37.0% PC<br>2-LPC consists of 0.3% 2-LPC-ether and 2.3% 2-LPC<br>PE consists of 0.3% PE-plasmalogen 0.9% PE-ether and 3.0% PE<br>APE consists of 0.4% APE-plasmalogen 0.3% APE-ether and 1.3% APE |
| 18 | The krill oil composition of claim 1, wherein said krill oil comprises greater than about 5% w/w ether phospholipids. | The Luhua Krill Oil product contains greater than about 5% ether phospholipids w/w of said krill oil. The sample as tested contains 5.7 % (Capsule) and 6.8. % (Bulk Oil) w/w ether phospholipids. *See* Exhibit 1 at Tab 9 and Tab 7:<br>**Capsule Oil** |

<table>
<tr><th>Claim</th><th>Claim Text</th><th>LUHUA KRILL OIL</th></tr>
<tr><td></td><td></td><td>PC consists of 4.6% PC-ether and 31.8% PC<br>2-LPC consists of 0.2% 2-LPC-ether and 2.4% 2-LPC<br>PE consists of 0.1% PE-plasmalogen, 0.6% PE-ether and 2.1% PE<br>APE consists of 0.4% APE-plasmalogen, 0.3% APE-ether and 1.1% APE<br><br>Bulk Oil<br><br>PC consists of 5.3% PC-ether and 37.0% PC<br>2-LPC consists of 0.3% 2-LPC-ether and 2.3% 2-LPC<br>PE consists of 0.3% PE-plasmalogen 0.9% PE-ether and 3.0% PE<br>APE consists of 0.4% APE-plasmalogen 0.3% APE-ether and 1.3% APE</td></tr>
<tr><td>19</td><td>The krill oil composition of claim 18, wherein said krill oil comprises greater than about 200 mg/kg astaxanthin esters.</td><td>The Luhua Krill Oil product contains astaxanthin esters in amount of greater than about 200 mg/kg of said krill oil. The sample as tested contains at least 206 (Bulk Oil) and 210.9 (Capsule) mg/kg astaxanthin esters. See Exhibit 2:<br><br>Astaxanthin
<table>
<tr><th>CTI#</th><th>Matrix</th><th>Sample ID or Description</th><th>Free Astaxanthin</th><th>Astaxanthin from Monoesters</th><th>Astaxanthin from Diesters</th><th>Total Astaxanthin</th><th>Astaxanthin as Monoesters</th><th>Astaxanthin as Diesters</th></tr>
<tr><td></td><td></td><td></td><td>µg/g</td><td>µg/g</td><td>µg/g</td><td>µg/g</td><td>µg/g</td><td>µg/g</td></tr>
<tr><td>1</td><td>[redacted]</td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>2</td><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>3</td><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>4</td><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>5</td><td>[redacted]</td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>6</td><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>7</td><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>8</td><td>Oil</td><td>CJS57859-1, Luhua Krill Oil, Lot# LH0201602001</td><td>nd</td><td>4.5</td><td>101.1</td><td>105.7</td><td>6.5</td><td>199.5</td></tr>
<tr><td>9</td><td>Capsules</td><td>CJS57859-2, Luhua Oil Capsules, Lot# LHH2015060901</td><td>nd</td><td>9.6</td><td>99.9</td><td>109.5</td><td>13.8</td><td>197.1</td></tr>
</table></td></tr>
<tr><td>25</td><td>Encapsulated krill oil comprising:</td><td></td></tr>
<tr><td>25[a]</td><td>a capsule containing a safe and effective amount of Euphausia superba krill oil</td><td>Luhua's website shows that its krill oil contains Euphausia superba.<br><br>Products<br><br>The Antarctic krill, with its scientific name in Latin Euphausia Superba, is the bottom feeder of the food chain in the ecological system, implying that they rarely accept accumulated contaminants from advanced animals.<br><br>See http://www.luhuabiomarine.com/list-15-1.html</td></tr>
</table>

<table>
<tr><th>Claim</th><th>Claim Text</th><th>LUHUA KRILL OIL</th></tr>
<tr><td>25[b]</td><td>said krill oil comprising greater than about 3% ether phospholipids w/w of said krill oil;</td><td>The Luhua Krill Oil product comprises greater than about 3% ether phospholipids w/w of said krill oil. The sample as tested contains 5.7 % w/w ether phospholipids. See Exhibit 1 at Tab 9:<br><br>Capsule Oil<br><br>PC consists of 4.6% PC-ether and 31.8% PC<br>2-LPC consists of 0.2% 2-LPC-ether and 2.4% 2-LPC<br>PE consists of 0.1% PE-plasmalogen, 0.6% PE-ether and 2.1% PE<br>APE consists of 0.4% APE-plasmalogen, 0.3% APE-ether and 1.1% APE</td></tr>
<tr><td>25[c]</td><td>from about 27% to 50% non-ether phospholipids w/w of said krill oil</td><td>The Luhua Krill Oil product contains from about 27% to 50% non-ether phospholipids w/w of said krill oil. The sample as tested contains 39.43 (Capsule Oil) w/w non-ether phospholipids. See Exhibit 1 at Tab 9 (total phospholipids minus ether phospholipids):<br><br>Capsule Oil<br><br>
<table>
<tr><td>Excel-Version</td><td>14.0</td><td>Version</td><td>01.01</td><td></td><td>valid from:</td><td>15/01/2014</td></tr>
<tr><td>TPP</td><td>Integral</td><td>Molecular weight</td><td>mMol</td><td>Initial weight [mg]</td><td>Content [%]</td><td>Number P</td></tr>
<tr><td>Internal Standard</td><td>22.20</td><td>326.29</td><td>0.0616</td><td>20.17</td><td>99.7</td><td>1</td></tr>
<tr><td>Test item</td><td></td><td></td><td></td><td>368.03</td><td></td><td>1</td></tr>
<tr><td>en</td><td>Integr</td><td>Molecular weight</td><td>mMol</td><td>Content [mg]</td><td>Weight-%</td><td>Mol-%</td></tr>
<tr><td>PC</td><td>61.05</td><td>790.0</td><td>0.1695</td><td>133.8928</td><td>36.38</td><td>78.47</td></tr>
<tr><td>1-LPC</td><td>0.88</td><td>534.5</td><td>0.0024</td><td>1.3058</td><td>0.35</td><td>1.13</td></tr>
<tr><td>2-LPC</td><td>6.52</td><td>534.5</td><td>0.0181</td><td>9.6747</td><td>2.63</td><td>8.38</td></tr>
<tr><td>PI</td><td>0.64</td><td>907.0</td><td>0.0018</td><td>1.6115</td><td>0.44</td><td>0.82</td></tr>
<tr><td>LPI</td><td>0.00</td><td>629.5</td><td>0.0000</td><td>0.0000</td><td>---*)</td><td>---*)</td></tr>
<tr><td>PS</td><td>0.00</td><td>833.0</td><td>0.0000</td><td>0.0000</td><td>---*)</td><td>---*)</td></tr>
<tr><td>LPS</td><td>0.00</td><td>555.5</td><td>0.0000</td><td>0.0000</td><td>---*)</td><td>---*)</td></tr>
<tr><td>SPH</td><td>0.00</td><td>770.0</td><td>0.0000</td><td>0.0000</td><td>---*)</td><td>---*)</td></tr>
<tr><td>PE</td><td>4.95</td><td>770.0</td><td>0.0137</td><td>10.5813</td><td>2.88</td><td>6.36</td></tr>
<tr><td>LPE</td><td>0.82</td><td>492.5</td><td>0.0023</td><td>1.1212</td><td>0.30</td><td>1.05</td></tr>
<tr><td>APE</td><td>2.24</td><td>1032.0</td><td>0.0062</td><td>6.4176</td><td>1.74</td><td>2.88</td></tr>
<tr><td>PG</td><td>0.00</td><td>820.0</td><td>0.0000</td><td>0.0000</td><td>---*)</td><td>---*)</td></tr>
<tr><td>DPG</td><td>0.00</td><td>774.0</td><td>0.0000</td><td>0.0000</td><td>---*)</td><td>---*)</td></tr>
<tr><td>PA</td><td>0.19</td><td>746.0</td><td>0.0005</td><td>0.3935</td><td>0.11</td><td>0.24</td></tr>
<tr><td>LPA</td><td>0.05</td><td>468.5</td><td>0.0001</td><td>0.0650</td><td>0.02</td><td>0.06</td></tr>
<tr><td>Other</td><td>0.46</td><td>812.0</td><td>0.0013</td><td>1.0370</td><td>0.28</td><td>0.59</td></tr>
<tr><td>Sum</td><td>77.80</td><td></td><td></td><td></td><td>45.13</td><td>100.00</td></tr>
<tr><td>Phosphorus</td><td></td><td></td><td></td><td></td><td>1.82</td><td></td></tr>
<tr><td colspan="3">*) = not observed, no signal assignment</td><td>Rounding</td><td>4</td><td>Balance</td><td>XPE-841</td></tr>
<tr><td colspan="3">Comment: Initial weight is higher than required MinWeigh of 10 mg.</td><td></td><td></td><td colspan="2">Mettler-Toledo XPE205DR/M</td></tr>
</table>
<br>PC consists of 4.6% PC-ether and 31.8% PC<br>2-LPC consists of 0.2% 2-LPC-ether and 2.4% 2-LPC<br>PE consists of 0.1% PE-plasmalogen, 0.6% PE-ether and 2.1% PE<br>APE consists of 0.4% APE-plasmalogen, 0.3% APE-ether and 1.1% APE</td></tr>
<tr><td>25[d]</td><td>so that the amount of total phospholipids in the composition is from</td><td>The Luhua Krill Oil product contains from about 30% to 60% w/w total phospholipids of said krill oil. The sample</td></tr>
</table>

| Claim | Claim Text | LUHUA KRILL OIL |
|---|---|---|
| | about 30% to 60% w/w of said krill oil; | as tested contains 45.13% w/w total phospholipids. *See* Exhibit 1 at Tab 9: |

**Capsule Oil**

| Excel-Version | 14.0 | Version | 01.01 | | valid from: | 15/01/2014 |
|---|---|---|---|---|---|---|
| TPP | Integral | Molecular weight | mMol | Initial weight [mg] | Content [%] | Number P |
| Internal Standard | 22.20 | 326.29 | 0.0616 | 20.17 | 99.7 | 1 |
| Test item | | | | 368.03 | | 1 |
| en | Integr | Molecular weight | mMol | Content [mg] | Weight-% | Mol-% |
| PC | 61.05 | 790.0 | 0.1695 | 133.8928 | 36.38 | 78.47 |
| 1-LPC | 0.88 | 534.5 | 0.0024 | 1.3058 | 0.35 | 1.13 |
| 2-LPC | 6.52 | 534.5 | 0.0181 | 9.6747 | 2.63 | 8.38 |
| PI | 0.64 | 907.0 | 0.0018 | 1.6115 | 0.44 | 0.82 |
| LPI | 0.00 | 629.5 | 0.0000 | 0.0000 | ---*) | ---*) |
| PS | 0.00 | 833.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| LPS | 0.00 | 555.5 | 0.0000 | 0.0000 | ---*) | ---*) |
| SPH | 0.00 | 770.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| PE | 4.95 | 770.0 | 0.0137 | 10.5813 | 2.88 | 6.36 |
| LPE | 0.82 | 492.5 | 0.0023 | 1.1212 | 0.30 | 1.05 |
| APE | 2.24 | 1032.0 | 0.0062 | 6.4176 | 1.74 | 2.88 |
| PG | 0.00 | 820.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| DPG | 0.00 | 774.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| PA | 0.19 | 746.0 | 0.0005 | 0.3935 | 0.11 | 0.24 |
| LPA | 0.05 | 468.5 | 0.0001 | 0.0650 | 0.02 | 0.06 |
| Other | 0.46 | 812.0 | 0.0013 | 1.0370 | 0.28 | 0.59 |
| Sum | 77.80 | | | | 45.13 | 100.00 |
| Phosphorus | | | | | 1.82 | |
| *) = not observed, no signal assignment | | | Rounding | 4 | Balance | XPE-841 |
| Comment: Initial weight is higher than required MinWeigh of 10 mg. | | | | | Mettler-Toledo XPE205DR/M | |

| Claim | Claim Text | LUHUA KRILL OIL |
|---|---|---|
| 25[e] | from about 20% to 50% triglycerides w/w of said krill oil, | The Luhua Krill Oil product contains from about 20% to 50% w/w triglycerides of said krill oil. The sample as tested contains 32% w/w triglycerides. *See* Exhibit 1 at Tab 6: |

Tab. 6 Calculation of the triglycerides content,
CJS57859-1 A1 (syrup) and CJS57859-2 B2 (filling), weight-%,
(see Fig. 5, page 16 and Fig. 10, page 19)

| Excel-Version | 14.0 | | | | Version | 02.01 | valid from: | 15.06.2015 |
|---|---|---|---|---|---|---|---|---|
| Test item | Integral TI | Initial weight [mg] TI | Integral IS | Initial weight [mg] IS | mMol IS | mMol TI | Content [mg] TI | Content [%] TI |
| CJS57859-1 | 641,59 | 352,98 | 600,00 | 20,20 | 0,0617 | 0,1320 | 118,8014 | 33,7 |
| CJS57859-2 | 636,58 | 368,03 | 600,00 | 20,17 | 0,0616 | 0,1308 | 117,6987 | 32,0 |
| Int. Standard | Molecular weight TI | | 900,00 | | | | | |
| TPP | Molecular weight IS | | 326,29 | | | | | |
| Rounding | Number of atoms TI | | 3 | | | | | |
| 4 | Number of atoms IS | | 6 | | | | Balance | XPE-841 |
| en | Content [%] IS | | 99,7 | | | | Mettler-Toledo XPE205DR/M | |
| Comment: Initial weight is higher than required MinWeigh of 10 mg. | | | | | | | | |

| Claim | Claim Text | LUHUA KRILL OIL |
|---|---|---|
| 25[f] | and astaxanthin esters in amount of greater than about 100 mg/kg of said krill oil. | The Luhua Krill Oil product contains astaxanthin esters in amount of greater than about 100 mg/kg of said krill oil. The sample as tested contains 210.9 mg/kg astaxanthin esters. *See* Exhibit 2: |

<table>
<tr><th>Claim</th><th>Claim Text</th><th>LUHUA KRILL OIL</th></tr>
<tr><td></td><td></td><td>
Astaxanthin
<table>
<tr><th>CTI#</th><th>Matrix</th><th>Sample ID or Description</th><th>Free Astaxanthin<br>µg/g</th><th>Astaxanthin from Monoesters<br>µg/g</th><th>Astaxanthin from Diesters<br>µg/g</th><th>Total Astaxanthin<br>µg/g</th><th>Astaxanthin as Monoesters<br>µg/g</th><th>Astaxanthin as Diesters<br>µg/g</th></tr>
<tr><td>1<br>2<br>3<br>4<br>5<br>6<br>7</td><td colspan="8">[redacted]</td></tr>
<tr><td>8</td><td>Oil</td><td>CJS57859-1, Luhua Krill Oil, Lot# LH0201602001</td><td>nd</td><td>4.5</td><td>101.1</td><td>105.7</td><td>6.5</td><td>199.5</td></tr>
<tr><td>9</td><td>Capsules</td><td>CJS57859-2, Luhua Oil Capsules, Lot# LHH2015060901</td><td>nd</td><td>9.6</td><td>99.9</td><td>109.5</td><td>13.8</td><td>197.1</td></tr>
</table>
</td></tr>
<tr><td>26</td><td>The encapsulated krill oil of claim 25, wherein said krill oil in said capsules contains greater than about 200 mg/kg astaxanthin esters.</td><td>
The Luhua Krill Oil product contains astaxanthin esters in amount of greater than about 200 mg/kg of said krill oil. The sample as tested contains 210.9 mg/kg astaxanthin esters. See Exhibit 2:
<br><br>
Astaxanthin
<table>
<tr><th>CTI#</th><th>Matrix</th><th>Sample ID or Description</th><th>Free Astaxanthin<br>µg/g</th><th>Astaxanthin from Monoesters<br>µg/g</th><th>Astaxanthin from Diesters<br>µg/g</th><th>Total Astaxanthin<br>µg/g</th><th>Astaxanthin as Monoesters<br>µg/g</th><th>Astaxanthin as Diesters<br>µg/g</th></tr>
<tr><td>1<br>2<br>3<br>4<br>5<br>6<br>7</td><td colspan="8">[redacted]</td></tr>
<tr><td>8</td><td>Oil</td><td>CJS57859-1, Luhua Krill Oil, Lot# LH0201602001</td><td>nd</td><td>4.5</td><td>101.1</td><td>105.7</td><td>6.5</td><td>199.5</td></tr>
<tr><td>9</td><td>Capsules</td><td>CJS57859-2, Luhua Oil Capsules, Lot# LHH2015060901</td><td>nd</td><td>9.6</td><td>99.9</td><td>109.5</td><td>13.8</td><td>197.1</td></tr>
</table>
</td></tr>
<tr><td>31</td><td>The encapsulated krill oil of claim 25, wherein said capsule is a soft gel capsule</td><td>
The Luhua Krill Oil product is a soft gel capsule. See Exhibit 1 at Tab 2. Also Luhua's website shows its product in soft capsule form.
<br><br>






<br><br>
See http://www.luhuabiomarine.com/list-15-1.html
</td></tr>
<tr><td>33</td><td>The encapsulated krill oil of claim 25, wherein said krill oil in said capsules comprises</td><td>The Luhua Krill Oil product comprises greater than about 4% ether phospholipids w/w. The sample as tested contains 5.7 % w/w ether phospholipids. See Exhibit 1 at Tab 9:</td></tr>
</table>

<table>
<tr><th>Claim</th><th>Claim Text</th><th>LUHUA KRILL OIL</th></tr>
<tr><td></td><td>greater than about 4% w/w ether phospholipids.</td><td>Capsule Oil<br><br>PC consists of 4.6% PC-ether and 31.8% PC<br>2-LPC consists of 0.2% 2-LPC-ether and 2.4% 2-LPC<br>PE consists of 0.1% PE-plasmalogen, 0.6% PE-ether and 2.1% PE<br>APE consists of 0.4% APE-plasmalogen, 0.3% APE-ether and 1.1% APE</td></tr>
<tr><td>34</td><td>The encapsulated krill oil of claim 33, wherein said krill oil in said capsules comprises greater than about 200 mg/kg astaxanthin esters.</td><td>The Luhua Krill Oil product contains astaxanthin esters in amount of greater than about 200 mg/kg of said krill oil. The sample as tested contains at least 210.9 mg/kg astaxanthin esters. See Exhibit 2:<br>Astaxanthin
<table>
<tr><th>CTI#</th><th>Matrix</th><th>Sample ID or Description</th><th>Free Astaxanthin<br>µg/g</th><th>Astaxanthin from Monoesters<br>µg/g</th><th>Astaxanthin from Diesters<br>µg/g</th><th>Total Astaxanthin<br>µg/g</th><th></th><th>Astaxanthin as Monoesters<br>µg/g</th><th>Astaxanthin as Diesters<br>µg/g</th></tr>
<tr><td>1</td><td colspan="9">[redacted]</td></tr>
<tr><td>2</td><td colspan="9"></td></tr>
<tr><td>3</td><td colspan="9"></td></tr>
<tr><td>4</td><td colspan="9"></td></tr>
<tr><td>5</td><td colspan="9"></td></tr>
<tr><td>6</td><td colspan="9"></td></tr>
<tr><td>7</td><td colspan="9"></td></tr>
<tr><td>8</td><td>Oil</td><td>CJS57859-1, Luhua Krill Oil, Lot# LH0201602001</td><td>nd</td><td>4.5</td><td>101.1</td><td>105.7</td><td></td><td>6.5</td><td>199.5</td></tr>
<tr><td>9</td><td>Capsules</td><td>CJS57859-2, Luhua Oil Capsules, Lot# LHH2015060901</td><td>nd</td><td>9.6</td><td>99.9</td><td>109.5</td><td></td><td>13.8</td><td>197.1</td></tr>
</table></td></tr>
<tr><td>42</td><td>The encapsulated krill oil of claim 25, wherein said krill oil in said capsules comprises greater than about 5% w/w ether phospholipids.</td><td>The sample as tested contains 5.7 % (Capsule) w/w ether phospholipids. See Exhibit 1 at Tab 9:<br><br>Capsule Oil<br><br>PC consists of 4.6% PC-ether and 31.8% PC<br>2-LPC consists of 0.2% 2-LPC-ether and 2.4% 2-LPC<br>PE consists of 0.1% PE-plasmalogen, 0.6% PE-ether and 2.1% PE<br>APE consists of 0.4% APE-plasmalogen, 0.3% APE-ether and 1.1% APE</td></tr>
</table>

| Claim | Claim Text | LUHUA KRILL OIL |
|---|---|---|
| 43 | The encapsulated krill oil of claim 42, wherein said krill oil in said capsules comprises greater than about 200 mg/kg astaxanthin esters. | The Luhua Krill Oil product contains astaxanthin esters in amount of greater than about 200 mg/kg of said krill oil. The sample as tested contains 210.9 mg/kg astaxanthin esters. *See* Exhibit 2: |

**Astaxanthin**

| CTI# | Matrix | Sample ID or Description | Free Astaxanthin | Astaxanthin from Monoesters | Astaxanthin from Diesters | Total Astaxanthin | Astaxanthin as Monoesters | Astaxanthin as Diesters |
|---|---|---|---|---|---|---|---|---|
| | | | µg/g | µg/g | µg/g | µg/g | µg/g | µg/g |
| 1 | [redacted] | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | Oil | CJS57859-1, Luhua Krill Oil, Lot# LH0201602001 | **nd** | **4.5** | **101.1** | **105.7** | **6.5** | **199.5** |
| 9 | Capsules | CJS57859-2, Luhua Oil Capsules, Lot# LHH2015060901 | **nd** | **9.6** | **99.9** | **109.5** | **13.8** | **197.1** |