# Exhibit 1

**To Claim Chart**

Exhibit 1

# STUDY REPORT CJS57859

## - Luhua Krill Oil -

## - Luhua Capsules -

## - Comparison of the Composition by NMR and GC/MS -

| | |
|---|---|
| Sponsor: | Casimir Jones S.C.<br>2275 Deming Way, Suite 310<br>Middleton, WI 53562<br>USA |
| Monitor: | Mitchell Jones |
| Test Facility: | Spectral Service AG<br>Emil-Hoffmann-Straße 33<br>D-50996 Köln<br>Germany |
| Date: | May 3rd, 2016 |

**TABLE OF CONTENTS**

1 OBJECTIVES ..... 4

2 TEST ITEMS ..... 4

3 ABBREVIATIONS ..... 4

4 MATERIALS ..... 5

4.1 Reference and Calibration Items ..... 5
4.2 Chemicals and Materials ..... 5
4.3 Instruments ..... 5

5 METHODS ..... 6

5.1 NMR Spectroscopy ..... 6
5.1.1 CJS57859-1 ..... 6
5.1.2 CJS57859-2 ..... 6
5.2 Mass Spectroscopy ..... 7

6 RESULTS AND DISCUSSION ..... 8

6.1 NMR Spectroscopy ..... 8
6.2 Mass Spectroscopy ..... 11

7 ANNEX ..... 15

7.1 NMR-spectra ..... 15
7.2 PICTURES (CJS57859/1-2) ..... 20

8 SUMMARY ..... 22

9 PERSONNEL ..... 24

10 CONFIRMATION OF THE STUDY REPORT ..... 24

## FIGURES

Fig. 1 GC/MS analysis of CJS57859-1 ..... 11
Fig. 2 GC/MS analysis of CJS57859-2 ..... 13
Fig. 3 $^{31}$P-NMR spectrum of test item CJS57859-1 A1 + TPP (syrup) ..... 15
Fig. 4 2D-NMR spectrum of test item CJS57859-1 A1 (syrup) ..... 16
Fig. 5 $^{13}$C-NMR spectrum of test item CJS57859-1 A1 + TPP (syrup) ..... 16
Fig. 6 $^{31}$P-NMR spectrum of test item CJS57859-2 A1 + TPP (1 whole capsule) ..... 17
Fig. 7 2D-NMR spectrum of test item CJS57859-2 A1 (1 whole capsule) ..... 17
Fig. 8 $^{31}$P-NMR spectrum of test item CJS57859-2 B1 + TPP (filling) ..... 18
Fig. 9 2D-NMR spectrum of test item CJS57859-2 B1 (filling) ..... 18
Fig. 10 $^{13}$C-NMR spectrum of test item CJS57859-1 B1 + TPP (filling) ..... 19
Fig. 11 Test item CJS57859-1 ..... 20
Fig. 12 Test item CJS57859-2 ..... 21

## TABLES

Tab. 1 Test item data ..... 4
Tab. 2 Legend (abbreviations) ..... 4
Tab. 3 Chemicals actually used as reference and calibration items ..... 5
Tab. 4 Chemicals and materials used in the study ..... 5
Tab. 5 Declaration of variables ..... 7
Tab. 6 Calculation of the triglycerides content, ..... 8
Tab. 7 Calculation of the phospholipid content, CJS57859-1 A1 (syrup), weight-%, ..... 8
Tab. 8 Calculation of the phospholipid content, CJS57859-2 A1 (1 whole capsule), weight-%, ..... 9
Tab. 9 Calculation of the phospholipid content, CJS57859-2 B1 (filling), weight-%, ..... 10
Tab. 10 Suggested signal assignment and amounts of test item CJS57859-1 ..... 12
Tab. 11 Suggested signal assignment and amounts of test item CJS57859-2 ..... 14
Tab. 12 Results (summary) triglycerides content CJS57859/1-2, weight-%, $^{13}$C-NMR ..... 22
Tab. 13 Results (summary) phospholipid content CJS57859/1-2, weight-%, $^{31}$P- and 2D-NMR ..... 22
Tab. 14 Results (summary) phospholipid content CJS57859/1-2, mol-%, $^{31}$P- and 2D-NMR ..... 23
Tab. 15 Results (summary) ether-phospholipid content CJS57859/1-2, weight-%, ..... 23

## 1 OBJECTIVES

The purpose of analysis is to characterise the test item with respect to identity, content, composition and by-products using NMR and GC/MS methods.

## 2 TEST ITEMS

Tab. 1 Test item data

| Sample name | Lot no. | Spectral Service code | Arrival |
|---|---|---|---|
| Luhua Krill Oil | LH0201602001 | CJS57859-1 | 25.04.2016 |
| Luhua Oil Capsules | LHH2015060901 | CJS57859-2 | 25.04.2016 |

Upon arrival of test items CJS57859-1 and -2 pictures were taken (see chapter 7.2, page 20).

Approx. 20 g of test item CJS57859-1 (syrup) and 8 capsules of test item CJS57859-2 were removed, packaged and shipped to another laboratory for further analyses.

## 3 ABBREVIATIONS

Tab. 2 Legend (abbreviations)

| abbreviation | full name |
|---|---|
| **1-LPC** | 1-lyso-phosphatidylcholine |
| **2-LPC** | 2-lyso-phosphatidylcholine |
| **APE** | N-acyl-phosphatidylethanolamine |
| **DPG** | diphosphatidylglycerol |
| **$H_2O$** | water |
| **IS** | internal standard |
| **LPA** | lyso-phosphatidic acid |
| **LPI** | lyso-Phosphatidylinositol |
| **LPS** | lyso-Phosphatidylserine |
| **MeOH** | methanol |
| **PA** | phosphatidic acid |
| **PC** | phosphatidylcholine |
| **PE** | phosphatidylethanolamine |
| **PG** | phosphatidylglycerol |
| **PI** | phosphatidylinositol |
| **PL** | phospholipid |
| **PS** | phosphatidylserine |
| **SPH** | sphingomyelin |
| **STC** | sodium taurocholate |
| **TPP** | triphenyl phosphate |

# 4 MATERIALS

## 4.1 Reference and Calibration Items

Tab. 3 Chemicals actually used as reference and calibration items

| No | Substance name | Distributor | Order no. |
|---|---|---|---|
| - | Glyceryl trinonadecanoate | Sigma, Steinheim (D) | T4632 |
| 2 | Triphenyl phosphate (TPP) | Aldrich Chemie, Steinheim (D) | 241288 |

## 4.2 Chemicals and Materials

Tab. 4 Chemicals and materials used in the study

| Substance name | Distributor | Order no. |
|---|---|---|
| Methyl-t-butyl ether Picograde (MTBE) | LGC Promochem, Wesel (D) | SO-1265-B025 |
| Trimethylsulfoniumhydroxide (TMSOH) | CS Chromatographie Service GmbH Langerwehe (D) | 370215 |
| Chloroform-d$_1$ ($CDCl_3$), Degree of deuteration 99.8% with 0.03% v/v TMS | Euriso-top, Saarbrücken (D) | D307K |
| Methanol Optigrade (MeOH) | LGC Promochem, Wesel (D) | SO-9260-B025 |
| Purified Water | EASYpure RF II D7031 (Werner, Leverkusen, D) | |
| Cesium carbonate 99,9 | Rockwood Lithium GmbH, Langelsheim (D) | 425011234 |
| EDTA p.a. (Ethylenediaminetetraacetic) | AppliChem GmbH, Darmstadt (D) | A3562 |

## 4.3 Instruments

NMR spectrometer Avance III 600 (Bruker, Karlsruhe, D), magnetic flux density 14.1 Tesla
QNP cryo probe; automated sample changer Bruker B-ACS 120
Computer Intel Xeon E5 8-Core 3.7 GHz under MS Windows 7, Bruker TopSpin 3.2
Standard operation procedure SAA-GMR028-04

Mass spectrometer Finnigan TRACE MS (ThermoQuest, Manchester, GB), ±EI ion source
coupled with Gaschromatograph Finnigan TRACE GC (ThermoQuest, Mailand, I)
Autosampler A200S (CTC Analytics, Zwingen, CH)
Computer P3 800MHz under Windows NT 4.0 and ThermoQuest Software Xcalibur 1.2.
Standard operation procedure SAA-GMR009-03

Electronic semi-micro balance Mettler Toledo AT201 (Greifensee, CH)
Balance printer Mettler Toledo LC-P45 (Greifensee, CH)
Standard operation procedure SAA-GMR005-05

Electronic semi-micro balance Mettler Toledo XPE205DR/M (IVN10841; Greifensee, CH)
Standard operation procedure SAA-GMR047-01

# 5 METHODS

## 5.1 NMR Spectroscopy

### 5.1.1 CJS57859-1

$^{13}$C-NMR spectrum was recorded to characterise the test item.

For the identification and quantification of triglycerides (CJS57859-1) approx. 350 mg and approx. 20 mg of the internal standard (TPP) were exactly weighed (A1), dissolved in 7.5 ml $CDCl_3$ / MeOH / Cs-EDTA-$H_2O$ (1.5/3/3) and measured. A single analysis (n=1) was performed.

To characterize the test item and to determine the content of the phospholipids and ether-phospholipids "Nuclear Magnetic Resonance Spectra" of phosphorus ($^{31}$P- and 2D-NMR spectrum) were recorded. The quantifications was carried out against a reference item according to the standard operation procedure SAA-MET002-03.
The procedure corresponds to „USP method <761> NUCLEAR MAGNETIC RESONANCE".

For the identification and quantification of phospholipids and ether-phospholipids one analysis was performed for test item CJS57859-1. Test item and 20 mg of the internal standard (TPP) were exactly weighed (A1) and dissolved in 7.5 ml $CDCl_3$ / MeOH / Cs-EDTA-$H_2O$ (1.5 / 3 / 3) and measured. A single analyses (n=1) was performed.

### 5.1.2 CJS57859-2

$^{13}$C-NMR spectrum was recorded to characterise the test item.

For the identification and quantification of triglycerides (CJS57859-2) the filling of 1 capsule and approx. 20 mg of the internal standard (TPP) were exactly weighed (B1), dissolved in 7.5 ml $CDCl_3$ / MeOH / Cs-EDTA-$H_2O$ (1.5/3/3) and measured. A single analysis (n=1) was performed.

To characterize the test item and to determine the content of the phospholipids and ether-phospholipids "Nuclear Magnetic Resonance Spectra" of phosphorus ($^{31}$P- and 2D-NMR spectrum) were recorded. The quantification was carried out against a reference item according to the standard operation procedure SAA-MET002-03.
The procedure corresponds to „USP method <761> NUCLEAR MAGNETIC RESONANCE".

For the identification and quantification of phospholipids and ether-phospholipids two analyses were performed for test item CJS57859-2: one analysis with 1 whole capsule (A1) and one analysis with the filling of 1 capsule (B1).
Each test item and 30 mg of the internal standard (TPP) A1 (20 mg B1) were exactly weighed.

The whole capsule (A1) was dissolved in 33 ml $CDCl_3$ / MeOH / Cs-EDTA, aq. (7 / 13 / 13), the filling (B1) was dissolved in 7.5 ml $CDCl_3$ / MeOH / Cs-EDTA-$H_2O$ (1.5 / 3 / 3) and measured.
The integrated signals of test item and internal standard were used for calculation.

Single analyses (n=1) were performed.

The ratio of integrals per atom corresponds to the molar ratio of the compared substances. For calculation software Microsoft Excel 14.0 was used.

The actually used NMR parameters appear on the spectrum plot.

**Calculation:**

Equation 1

$$MOL_{IS}\ [mMol] = \frac{IW_{IS}\ [mg] * C_{IS}\ [\%]}{MW_{IS}\ [g/mol] * 100}$$

Equation 2

$$MOL_{TI}\ [mMol] = \frac{I_{TI} * NA_{IS} * MOL_{IS}\ [mMol]}{I_{IS} * NA_{TI}}$$

Equation 3

$$C_{TI}\ [\%\text{-by weight}] = \frac{MW_{TI}\ [g/mol] * MOL_{TI}\ [mMol] * 100}{IW_{TI}\ [mg]}$$

Tab. 5 Declaration of variables

| | test item (TI) | internal standard (IS) |
|---|---|---|
| molecular weight [g/mol] | $MW_{TI}$ | $MW_{IS}$ |
| initial weight [mg] | $IW_{TI}$ | $IW_{IS}$ |
| content [%-by weight] | $C_{TI}$ | $C_{IS}$ |
| Mol [mMol] | $MOL_{TI}$ | $MOL_{IS}$ |
| integral | $I_{TI}$ | $I_{IS}$ |
| number of atoms*) | $NA_{TI}$ | $NA_{IS}$ |

*) atom refers to NMR active nucleus measured (e.g. $^{1}H$, $^{13}C$, $^{19}F$, $^{31}P$)

5.2 Mass Spectroscopy

A GC/MS analysis (+EI/MS) was recorded to characterise the test items with the respect to the content of fatty acids. Approx. 20 mg (exactly weighed) of the internal standard trinonadecanoate were dissolved in 10 ml MTBE. Approx. 100 mg (exactly weighed) of the content of one capsule of the test item resp. of the oil were dissolved in exact 5 ml MTBE. Afterwards 250 µl of the internal standard solution were mixed with 250 µl of the test item solutions and 500 µl TMSOH were added. This sample solution was heated to 100°C for 10 min and diluted 1:10 with MTBE before injection.

| | |
|---|---|
| Separation column: | FS FFAP 25m, ID= 0.25mm, FD= 0.25µm |
| Scan parameter: | 15-650 amu in 0.9 sec. |
| Temperature of injector: | 220°C |
| Temperature program: | 60°(1')-8°/min.-220°(19'); Split 1:20; CF 1.2 ml/min. |

# 6 RESULTS AND DISCUSSION

## 6.1 NMR Spectroscopy

Tab. 6 Calculation of the triglycerides content, CJS57859-1 A1 (syrup) and CJS57859-2 B2 (filling), weight-%, (see Fig. 5, page 16 and Fig. 10, page 19)

| Excel-Version | 14.0 | | | | Version | 02.01 | valid from: | 15.06.2015 |
|---|---|---|---|---|---|---|---|---|
| Test item | Integral TI | Initial weight [mg] TI | Integral IS | Initial weight [mg] IS | mMol IS | mMol TI | Content [mg] TI | Content [%] TI |
| CJS57859-1 | 641,59 | 352,98 | 600,00 | 20,20 | 0,0617 | 0,1320 | 118,8014 | 33,7 |
| CJS57859-2 | 636,58 | 368,03 | 600,00 | 20,17 | 0,0616 | 0,1308 | 117,6987 | 32,0 |
| Int. Standard | Molecular weight TI | | 900,00 | | | | | |
| TPP | Molecular weight IS | | 326,29 | | | | | |
| Rounding | Number of atoms TI | | 3 | | | | | |
| 4 | Number of atoms IS | | 6 | | | | Balance | XPE-841 |
| en | Content [%] IS | | 99,7 | | | | Mettler-Toledo XPE205DR/M | |
| Comment: Initial weight is higher than required MinWeigh of 10 mg. | | | | | | | | |

Tab. 7 Calculation of the phospholipid content, CJS57859-1 A1 (syrup), weight-%, (see Fig. 3, page 15 and Fig. 4, page 16)

| Excel-Version | 14.0 | Version | 01.01 | | valid from: | 15/01/2014 |
|---|---|---|---|---|---|---|
| TPP | Integral | Molecular weight | mMol | Initial weight [mg] | Content [%] | Number P |
| Internal Standard | 20.34 | 326.29 | 0.0617 | 20.20 | 99.7 | 1 |
| Test item | | | | 352.98 | | 1 |
| en | Integr | Molecular weight | mMol | Content [mg] | Weight-% | Mol-% |
| PC | 62.24 | 790.0 | 0.1889 | 149.2068 | 42.27 | 78.13 |
| 1-LPC | 0.82 | 534.5 | 0.0025 | 1.3300 | 0.38 | 1.03 |
| 2-LPC | 5.47 | 534.5 | 0.0166 | 8.8721 | 2.51 | 6.87 |
| PI | 0.72 | 907.0 | 0.0022 | 1.9817 | 0.56 | 0.90 |
| LPI | 0.00 | 629.5 | 0.0000 | 0.0000 | ---*) | ---*) |
| PS | 0.00 | 833.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| LPS | 0.00 | 555.5 | 0.0000 | 0.0000 | ---*) | ---*) |
| SPH | 0.00 | 770.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| PE | 6.22 | 770.0 | 0.0189 | 14.5336 | 4.12 | 7.81 |
| LPE | 0.91 | 492.5 | 0.0028 | 1.3600 | 0.39 | 1.14 |
| APE | 2.30 | 1032.0 | 0.0070 | 7.2028 | 2.04 | 2.89 |
| PG | 0.00 | 820.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| DPG | 0.00 | 774.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| PA | 0.11 | 746.0 | 0.0003 | 0.2490 | 0.07 | 0.14 |
| LPA | 0.00 | 468.5 | 0.0000 | 0.0000 | ---*) | ---*) |
| Other | 0.87 | 812.0 | 0.0026 | 2.1437 | 0.61 | 1.09 |
| Sum | 79.66 | | | | 52.94 | 100.00 |
| Phosphorus | | | | | 2.12 | |
| *) = not observed, no signal assignment | | | Rounding | 4 | Balance | XPE-841 |
| Comment: Initial weight is higher than required MinWeigh of 10 mg. | | | | | Mettler-Toledo XPE205DR/M | |

PC consists of 5.3% PC-ether and 37.0% PC

2-LPC consists of 0.3% 2-LPC-ether and 2.3% 2-LPC

PE consists of 0.3% PE-plasmalogen, 0.9% PE-ether and 3.0% PE

APE consists of 0.4% APE-plasmalogen, 0.3% APE-ether and 1.3% APE

Tab. 8 Calculation of the phospholipid content, CJS57859-2 A1 (1 whole capsule), weight-%, (see Fig. 6, page 17 and Fig. 7, page 17)

| Excel-Version | 14.0 | Version | 01.01 | | valid from: | 15/01/2014 |
|---|---|---|---|---|---|---|
| TPP | Integral | Molecular weight | mMol | Initial weight [mg] | Content [%] | Number P |
| Internal Standard | 21.10 | 326.29 | 0.0938 | 30.70 | 99.7 | 1 |
| Test item | | | | 785.77 | | 1 |
| en | Integr | Molecular weight | mMol | Content [mg] | Weight-% | Mol-% |
| PC | 64.45 | 790.0 | 0.2865 | 226.3588 | 28.81 | 81.69 |
| 1-LPC | 0.68 | 534.5 | 0.0030 | 1.6159 | 0.21 | 0.86 |
| 2-LPC | 4.95 | 534.5 | 0.0220 | 11.7625 | 1.50 | 6.27 |
| PI | 0.60 | 907.0 | 0.0027 | 2.4194 | 0.31 | 0.76 |
| LPI | 0.00 | 629.5 | 0.0000 | 0.0000 | ---*) | ---*) |
| PS | 0.00 | 833.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| LPS | 0.00 | 555.5 | 0.0000 | 0.0000 | ---*) | ---*) |
| SPH | 0.00 | 770.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| PE | 4.54 | 770.0 | 0.0202 | 15.5415 | 1.98 | 5.75 |
| LPE | 0.54 | 492.5 | 0.0024 | 1.1824 | 0.15 | 0.68 |
| APE | 2.36 | 1032.0 | 0.0105 | 10.8278 | 1.38 | 2.99 |
| PG | 0.00 | 820.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| DPG | 0.00 | 774.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| PA | 0.16 | 746.0 | 0.0007 | 0.5306 | 0.07 | 0.20 |
| LPA | 0.00 | 468.5 | 0.0000 | 0.0000 | ---*) | ---*) |
| Other | 0.62 | 812.0 | 0.0028 | 2.2382 | 0.28 | 0.79 |
| Sum | 78.90 | | | | 34.68 | 100.00 |
| Phosphorus | | | | | 1.38 | |
| *) = not observed, no signal assignment | | | Rounding | 4 | Balance | XPE-841 |
| Comment: Initial weight is higher than required MinWeigh of 10 mg. | | | | | Mettler-Toledo XPE205DR/M | |

PC consists of 3.4% PC-ether and 25.4% PC

2-LPC consists of 0.1% 2-LPC-ether and 1.4% 2-LPC

PE consists of % 0.1 PE-plasmalogen, 0.3% PE-ether and 1.5% PE

APE consists of 0.2% APE-plasmalogen, 0.2% APE-ether and 1.0% APE

Tab. 9 Calculation of the phospholipid content, CJS57859-2 B1 (filling), weight-%,
(see Fig. 9, page 18 and Fig. 10, page 19)

| Excel-Version | 14.0 | Version | 01.01 | | valid from: | 15/01/2014 |
|---|---|---|---|---|---|---|
| TPP | Integral | Molecular weight | mMol | Initial weight [mg] | Content [%] | Number P |
| Internal Standard | 22.20 | 326.29 | 0.0616 | 20.17 | 99.7 | 1 |
| Test item | | | | 368.03 | | 1 |
| en | Integr | Molecular weight | mMol | Content [mg] | Weight-% | Mol-% |
| PC | 61.05 | 790.0 | 0.1695 | 133.8928 | 36.38 | 78.47 |
| 1-LPC | 0.88 | 534.5 | 0.0024 | 1.3058 | 0.35 | 1.13 |
| 2-LPC | 6.52 | 534.5 | 0.0181 | 9.6747 | 2.63 | 8.38 |
| PI | 0.64 | 907.0 | 0.0018 | 1.6115 | 0.44 | 0.82 |
| LPI | 0.00 | 629.5 | 0.0000 | 0.0000 | ---*) | ---*) |
| PS | 0.00 | 833.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| LPS | 0.00 | 555.5 | 0.0000 | 0.0000 | ---*) | ---*) |
| SPH | 0.00 | 770.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| PE | 4.95 | 770.0 | 0.0137 | 10.5813 | 2.88 | 6.36 |
| LPE | 0.82 | 492.5 | 0.0023 | 1.1212 | 0.30 | 1.05 |
| APE | 2.24 | 1032.0 | 0.0062 | 6.4176 | 1.74 | 2.88 |
| PG | 0.00 | 820.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| DPG | 0.00 | 774.0 | 0.0000 | 0.0000 | ---*) | ---*) |
| PA | 0.19 | 746.0 | 0.0005 | 0.3935 | 0.11 | 0.24 |
| LPA | 0.05 | 468.5 | 0.0001 | 0.0650 | 0.02 | 0.06 |
| Other | 0.46 | 812.0 | 0.0013 | 1.0370 | 0.28 | 0.59 |
| Sum | 77.80 | | | | 45.13 | 100.00 |
| Phosphorus | | | | | 1.82 | |
| *) = not observed, no signal assignment | | | Rounding 4 | | Balance | XPE-841 |
| Comment: Initial weight is higher than required MinWeigh of 10 mg. | | | | | Mettler-Toledo XPE205DR/M | |

PC consists of 4.6% PC-ether and 31.8% PC

2-LPC consists of 0.2% 2-LPC-ether and 2.4% 2-LPC

PE consists of 0.1% PE-plasmalogen, 0.6% PE-ether and 2.1% PE

APE consists of 0.4% APE-plasmalogen, 0.3% APE-ether and 1.1% APE

## 6.2 Mass Spectroscopy




Fig. 1 GC/MS analysis of CJS57859-1

Tab. 10 Suggested signal assignment and amounts of test item CJS57859-1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Initial Weight IS (Trinonadecanoate): | 20,28 | mg / 10ml | | | | |
| | | Addition to Sample: | 0,507 | mg / 0,25ml | | | | |
| | | Initial Weight of Test Item: | 101,01 | mg / 5 ml | | | | |
| | | Sample: | 5,051 | mg / 0,25 ml | | | | |

| RT [min] | | | Area | MW | mMol | IS 19:0me[mg] | Content [%] | |
|---|---|---|---|---|---|---|---|---|
| 18,99 | | Internal Standard | 7115776 | 312 | 0,0016 | 0,509 | 99,0 | |

| RT [min] | | Components of CJS57859-1 (10min at 100°C) | Integral | MW | mMol | Content [mg] | FAME [g/100g] | FA [g/100g] |
|---|---|---|---|---|---|---|---|---|
| 10,64 | 12:0 | Dodecanoic acid methylester | 235270 | 214 | 0,0001 | 0,011432 | 0,23 | 0,21 |
| 11,97 | 13:0 | Tridecanoic acid methylester | 58430 | 228 | 0,0000 | 0,003025 | 0,06 | 0,06 |
| 13,26 | 14:0 | Tetradecanoic acid methylester | 11799825 | 242 | 0,0027 | 0,648361 | 12,84 | 12,09 |
| 13,70 | 14:1 | Tetradecenoic acid methylester | 123812 | 240 | 0,0000 | 0,006747 | 0,13 | 0,13 |
| 13,92 | 15:0 | Pentadecanoic acid methylester | 172755 | 256 | 0,0000 | 0,010041 | 0,20 | 0,19 |
| 14,10 | 15:0 | Pentadecanoic acid methylester | 143246 | 256 | 0,0000 | 0,008326 | 0,16 | 0,16 |
| 14,49 | 15:0 | Pentadecanoic acid methylester | 362974 | 256 | 0,0001 | 0,021098 | 0,42 | 0,39 |
| 15,12 | 16:0 | Hexadecanoic acid methylester | 39869 | 270 | 0,0000 | 0,002444 | 0,05 | 0,05 |
| 15,69 | 16:0 | Hexadecanoic acid methylester | 20564542 | 270 | 0,0047 | 1,260692 | 24,96 | 23,67 |
| 15,96 | 16:1 | Hexadecenoic acid methylester | 5415503 | 268 | 0,0012 | 0,329534 | 6,52 | 6,18 |
| 16,29 | 17:0 | Heptadecanoic acid methylester | 166096 | 284 | 0,0000 | 0,010710 | 0,21 | 0,20 |
| 16,64 | 16:2 | Hexadecadienoic acid methylester | 327231 | 266 | 0,0001 | 0,019763 | 0,39 | 0,37 |
| 17,63 | 16:3 | Hexadecatrienoic acid methylester | 420606 | 264 | 0,0001 | 0,025212 | 0,50 | 0,47 |
| 17,93 | 18:0 | Octadecanoic acid methylester | 512356 | 298 | 0,0001 | 0,034667 | 0,69 | 0,65 |
| 18,14 | 18:1 | Octadecenoic acid methylester | 10228016 | 296 | 0,0023 | 0,687400 | 13,61 | 12,97 |
| 18,62 | 18:2 | Octadecadienoic acid methylester | 893740 | 294 | 0,0002 | 0,059660 | 1,18 | 1,13 |
| 19,29 | 18:3 | Octadecatrienoic acid methylester | 809714 | 292 | 0,0002 | 0,053684 | 1,06 | 1,01 |
| 19,62 | 18:4 | Octadecatetraenoic acid methylester | 2256084 | 290 | 0,0005 | 0,148552 | 2,94 | 2,80 |
| 20,21 | 20:1 | Eicosenoic acid methylester | 284605 | 324 | 0,0001 | 0,020937 | 0,41 | 0,40 |
| 21,65 | 20:2 | 12,15-Epoxy-13-14-dimethyl Octadecadienoic acid me | 154283 | 336 | 0,0000 | 0,011770 | 0,23 | 0,22 |
| 21,90 | 20:5 | Eicosapentaenoic acid methylester (EPA) | 7203105 | 316 | 0,0016 | 0,516813 | 10,23 | 9,78 |
| 25,56 | 22:6 | Docosahexaenoic acid methylester (DHA) | 2918324 | 342 | 0,0007 | 0,226613 | 4,49 | 4,30 |
| | | | | | | | | |
| | | | | | | 4,117482 | **81,53** | **77,43** |
| FAME = fatty acid methylester | | | FA = fatty acid | | | | | |




Fig. 2 GC/MS analysis of CJS57859-2

Tab. 11 Suggested signal assignment and amounts of test item CJS57859-2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Initial Weight IS (Trinonadecanoate): | 20,28 | mg / 10ml | | | | |
| | | Addition to Sample: | 0,507 | mg / 0,25ml | | | | |
| | | Initial Weight of Test Item: | 100,22 | mg / 5 ml | | | | |
| | | Sample: | 5,011 | mg / 0,25 ml | | | | |
| RT [min] | | | Area | MW | mMol | IS 19:0me[mg] | Content [%] | |
| 18,99 | | Internal Standard | 8300486 | 312 | 0,0016 | 0,509 | 99,0 | |

| RT [min] | | Components of CJS57859-2 (10min at 100°C) | Integral | MW | mMol | Content [mg] | FAME [g/100g] | FA [g/100g] |
|---|---|---|---|---|---|---|---|---|
| 10,64 | 12:0 | Dodecanoic acid methylester | 306415 | 214 | 0,0001 | 0,012763 | 0,25 | 0,24 |
| 11,96 | 13:0 | Tridecanoic acid methylester | 90323 | 228 | 0,0000 | 0,004008 | 0,08 | 0,08 |
| 13,26 | 14:0 | Tetradecanoic acid methylester | 16648696 | 242 | 0,0032 | 0,784225 | 15,65 | 14,74 |
| 13,70 | 14:1 | Tetradecenoic acid methylester | 228037 | 240 | 0,0000 | 0,010653 | 0,21 | 0,20 |
| 13,92 | 15:0 | Pentadecanoic acid methylester | 206307 | 256 | 0,0000 | 0,010280 | 0,21 | 0,19 |
| 14,10 | 15:0 | Pentadecanoic acid methylester | 294016 | 256 | 0,0001 | 0,014651 | 0,29 | 0,28 |
| 14,49 | 15:0 | Pentadecanoic acid methylester | 434787 | 256 | 0,0001 | 0,021665 | 0,43 | 0,41 |
| 15,11 | 16:0 | Hexadecanoic acid methylester | 53071 | 270 | 0,0000 | 0,002789 | 0,06 | 0,05 |
| 15,69 | 16:0 | Hexadecanoic acid methylester | 21641069 | 270 | 0,0042 | 1,137332 | 22,70 | 21,52 |
| 15,96 | 16:1 | Hexadecenoic acid methylester | 7203992 | 268 | 0,0014 | 0,375797 | 7,50 | 7,11 |
| 16,31 | 17:0 | Heptadecanoic acid methylester | 184115 | 284 | 0,0000 | 0,010178 | 0,20 | 0,19 |
| 16,64 | 16:2 | Hexadecadienoic acid methylester | 475524 | 266 | 0,0001 | 0,024621 | 0,49 | 0,47 |
| 17,63 | 16:3 | Hexadecatrienoic acid methylester | 678880 | 264 | 0,0001 | 0,034885 | 0,70 | 0,66 |
| 17,93 | 18:0 | Octadecanoic acid methylester | 665332 | 298 | 0,0001 | 0,038592 | 0,77 | 0,73 |
| 18,14 | 18:1 | Octadecenoic acid methylester | 13499130 | 296 | 0,0026 | 0,777754 | 15,52 | 14,79 |
| 18,62 | 18:2 | Octadecadienoic acid methylester | 1070081 | 294 | 0,0002 | 0,061236 | 1,22 | 1,16 |
| 19,29 | 18:3 | Octadecatrienoic acid methylester | 1071270 | 292 | 0,0002 | 0,060887 | 1,22 | 1,16 |
| 19,62 | 18:4 | Octadecatetraenoic acid methylester | 3473487 | 290 | 0,0007 | 0,196069 | 3,91 | 3,72 |
| 20,21 | 20:1 | Eicosenoic acid methylester | 395126 | 324 | 0,0001 | 0,024919 | 0,50 | 0,48 |
| 21,65 | 20:2 | 12,15-Epoxy-13-14-dimethyl Octadecadienoic acid me | 181872 | 336 | 0,0000 | 0,011895 | 0,24 | 0,23 |
| 21,90 | 20:5 | Eicosapentaenoic acid methylester (EPA) | 6699244 | 316 | 0,0013 | 0,412058 | 8,22 | 7,86 |
| 25,56 | 22:6 | Docosahexaenoic acid methylester (DHA) | 2857133 | 342 | 0,0006 | 0,190196 | 3,80 | 3,64 |
| | | | | | | | | |
| | | | | | | 4,217453 | **84,16** | **79,90** |
| FAME = fatty acid methylester | | | FA = fatty acid | | | | | |

# 7 ANNEX

## 7.1 NMR-spectra




Fig. 3 $^{31}$P-NMR spectrum of test item CJS57859-1 A1 + TPP (syrup)




Fig. 4 2D-NMR spectrum of test item CJS57859-1 A1 (syrup)




Fig. 5 $^{13}$C-NMR spectrum of test item CJS57859-1 A1 + TPP (syrup)




Fig. 6 $^{31}$P-NMR spectrum of test item CJS57859-2 A1 + TPP (1 whole capsule)




Fig. 7 2D-NMR spectrum of test item CJS57859-2 A1 (1 whole capsule)




Fig. 8 $^{31}$P-NMR spectrum of test item CJS57859-2 B1 + TPP (filling)




Fig. 9 2D-NMR spectrum of test item CJS57859-2 B1 (filling)




Fig. 10 $^{13}$C-NMR spectrum of test item CJS57859-1 B1 + TPP (filling)

7.2 PICTURES (CJS57859/1-2)




Fig. 11 Test item CJS57859-1




Fig. 12 Test item CJS57859-2

## 8 SUMMARY

See Chapter 6 RESULTS AND DISCUSSION.

Tab. 12 Results (summary) triglycerides content CJS57859/1-2, weight-%, $^{13}$C-NMR

| components | CJS57859-1 A1 (syrup) | CJS57859-2 B1 (filling) |
|---|---|---|
| **triglycerides** (weight-%) | 33.7 | 32.0 |

Tab. 13 Results (summary) phospholipid content CJS57859/1-2, weight-%, $^{31}$P- and 2D-NMR

| | CJS57859-1 | CJS57859-2 | |
|---|---|---|---|
| | syrup (A 1) | 1 whole capsule (A 1) | filling (B 1) |
| **Initial weight TI (mg)** | 352.98 | 785.77 | 368.03 |
| | weight-% | weight-% | |
| **PC** | 42.27 | 28.81 | 36.38 |
| **1-LPC** | 0.38 | 0.21 | 0.35 |
| **2-LPC** | 2.51 | 1.50 | 2.63 |
| **PI** | 0.56 | 0.31 | 0.44 |
| **PE** | 4.12 | 1.98 | 2.88 |
| **LPE** | 0.39 | 0.15 | 0.30 |
| **APE** | 2.04 | 1.38 | 1.74 |
| **PA** | 0.07 | 0.07 | 0.11 |
| **LPA** | 0.00 | 0.00 | 0.02 |
| **other PL** | 0.61 | 0.28 | 0.28 |
| **Sum** | 52.94 | 34.68 | 45.13 |
| **Phosphorus** | 2.12 | 1.38 | 1.82 |

Tab. 14 Results (summary) phospholipid content CJS57859/1-2, mol-%, $^{31}$P- and 2D-NMR

| | CJS57859-1 | CJS57859-2 | |
|---|---|---|---|
| | syrup (A 1) | 1 whole capsule (A 1) | filling (B 1) |
| **Initial weight TI (mg)** | 352.98 | 785.77 | 368.03 |
| | weight-% | weight-% | |
| **PC** | 78.13 | 81.69 | 78.47 |
| **1-LPC** | 1.03 | 0.86 | 1.13 |
| **2-LPC** | 6.87 | 6.27 | 8.38 |
| **PI** | 0.90 | 0.76 | 0.82 |
| **PE** | 7.81 | 5.75 | 6.36 |
| **LPE** | 1.14 | 0.68 | 1.05 |
| **APE** | 2.89 | 2.99 | 2.88 |
| **PA** | 0.14 | 0.20 | 0.24 |
| **LPA** | 0.00 | 0.00 | 0.06 |
| **other PL** | 1.09 | 0.79 | 0.59 |
| **Sum** | 100.00 | 100.00 | 100.00 |

Tab. 15 Results (summary) ether-phospholipid content CJS57859/1-2, weight-%, $^{31}$P- and 2D-NMR

| | CJS57859-1 | CJS57859-2 | |
|---|---|---|---|
| | syrup (A 1) | 1 whole capsule (A 1) | filling (B 1) |
| **Initial weight TI (mg)** | 352.98 | 785.77 | 368.03 |
| | | weight-% | |
| **PC** | 37.0 | 25.4 | 31.8 |
| **PC-ether** | 5.3 | 3.4 | 4.6 |
| **2-LPC** | 2.3 | 1.4 | 2.4 |
| **2-LPC-ether** | 0.3 | 0.1 | 0.2 |
| **PE** | 3.0 | 1.5 | 2.1 |
| **PE-ether** | 0.9 | 0.3 | 0.6 |
| **PE-plasmalogen** | 0.3 | 0.1 | 0.1 |
| **APE** | 1.3 | 1.0 | 1.1 |
| **APE-ether** | 0.3 | 0.2 | 0.3 |
| **APE-plasmalogen** | 0.4 | 0.2 | 0.4 |

## 9 PERSONNEL

| | | |
|---|---|---|
| Study director: | Rute Azevedo, | Chemist |
| Co-worker: | Daniel Seitz, | Laboratory assistant |
| | Thomas Lüke, | Biological technical assistant |
| | Birgit Hans, | Laboratory assistant |
| Qualitätssicherung: | Dr. Stefanie Winkler, | Dipl.-Chemikerin |

All are staff members of the test facility.

## 10 CONFIRMATION OF THE STUDY REPORT

| | |
|---|---|
| **Date: May 3rd, 2016**<br><br>**Study director:**<br><br>________________<br>Rute Azevedo | **Company stamp:** |

Page 1 of the original report is printed on Spectral Service business paper; the report is authorised by original signature and company's stamp. Use or publication in parts is not authorised on principle and is not allowed to be connected with the company's name or a signature of a staff member. Misuse will be prosecuted.