# Exhibit 2

**To Claim Chart**

Exhibit 2

Craft Technologies, Inc.
*4344 Frank Price Church Road*
*Wilson, NC 27893 * 252-206-7071*
*www.crafttechnologies.com*

CRAFT TECHNOLOGIES, INC.
*Impacting the World*
*Advancing Nutrition Globally*

## Casimir Jones SC

| | |
|---|---|
| Person(s) Requesting Services: | **Mitchell Jones** |
| Report Generated On - Date: | **7/19/2016** |
| Analyst: | **Dr. Matt Fleshman** |
| Authorizing Personnel: | **Dr. Neal Craft** |
| Purchase Order #: | **Not Provided** |

**Track Nos. 2016-0985 & 2016-0993**

**Astaxanthin**

| CTI# | Matrix | Sample ID or Description | Free Astaxanthin | Astaxanthin from Monoesters | Astaxanthin from Diesters | Total Astaxanthin | | Astaxanthin as Monoesters | Astaxanthin as Diesters |
|---|---|---|---|---|---|---|---|---|---|
| | | | µg/g | µg/g | µg/g | µg/g | | µg/g | µg/g |
| 1 | [redacted] | | | | | | | | |
| 2 | [redacted] | | | | | | | | |
| 3 | [redacted] | | | | | | | | |
| 4 | [redacted] | | | | | | | | |
| 5 | [redacted] | | | | | | | | |
| 6 | [redacted] | | | | | | | | |
| 7 | [redacted] | | | | | | | | |
| 8 | Oil | CJS57859-1, Luhua Krill Oil, Lot# LH0201602001 | **nd** | **4.5** | **101.1** | **105.7** | | **6.5** | **199.5** |
| 9 | Capsules | CJS57859-2, Luhua Oil Capsules, Lot# LHH2015060901 | **nd** | **9.6** | **99.9** | **109.5** | | **13.8** | **197.1** |
| 10 | [redacted] | | | | | | | | |
| 11 | [redacted] | | | | | | | | |
| 12 | [redacted] | | | | | | | | |
| 13 | [redacted] | | | | | | | | |

Notes:

Detection Limit = 0.1 µg/g; nd = not detected
Method Reference:
In-House HPLC SS-05B Astaxanthin
LCMS method developed to identify Asaxanthin Esters

*CTI warrants the results of analysis for samples as received. Liability is limited to reanalysis of the samples.*

Signature of Authorized Personnel: Neal E Craft

Approved Date: 7/19/2016