# Exhibit B

**SupplySide West webpage**

Exhibit B

ADVERTISEMENT



**COMPLIANCE PROGRAM**
All participants should be familiar with ingredient claims, technology practices, laws and regulations applicable to their business. **Learn more** about the SupplySide West compliance program.

# EXHIBITOR SEARCH

## LUHUA BIOMARINE (SHANDONG) CO. LTD.

+ ADD TO MY LIST Back

Booth# OO151

Luhua Biomarine (Shandong) Co. Ltd. is a state-owned enterprise and professional Antarctic krill oil manufacturer in China. As a member of GOED, Luhua Biomarine offers krill oil extracted with multiple extraction technology and Iceruby(TM). Krill oil is additive-free, impurity-free, residual-free and easier to capsule.

No.12 Zheng'an Road, Jiyang
Ji'nan, Shandong Sheng 251400
China
Web: **www.luhuabiomarine.com/**
Contact: Dongping Pan



Copyright © 2016, Informa Exhibitions, LLC. All rights reserved.

ADVERTISEMENT



**COMPLIANCE PROGRAM**
All participants should be familiar with ingredient claims, technology practices, laws and regulations applicable to their business. **Learn more** about the SupplySide West compliance program.

# EXHIBITOR SEARCH

## INFINITI NUTRACEUTICALS

+ ADD TO MY LIST

Back

Booth# QQ182
92 Argonaut, Ste. 255
Aliso Viejo, CA 92656
United States
Web: **www.infinitinutraceuticals.com**

Visit This Exhibitor On SupplySide & Vitafoods GLOBAL STOREFRONTS

**Sign up to receive**
Exclusive E-mail Alerts

E-mail...

SIGN UP

**SUPPLYSIDE WEST MOBILE APP**




APPLE STORE

GOOGLE PLAY

vitamin angels
SupplySide Cares
$5
DONATED FOR EVERY PAID ATTENDEE

**Looking to exhibit?**



**Exhibitor/Sponsorship Opportunities**



Copyright © 2016, Informa Exhibitions, LLC. All rights reserved.