**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **AKER BIOMARINE ANTARCTIC, AS** | ) | |
| **Plaintiff,** | ) | **Case No.** 2:16-cv-02314 |
| **v.** | ) | |
| **LUHUA BIOMARINE (SHANDONG) CO., LTD. and INFINITI MARKETING GROUP, INC. d/b/a INFINITI NUTRACEUTICALS,** | ) | |
| **Defendants.** | ) | |

## DECLARATION OF ANDREW F. PRATT

I, Andrew F. Pratt, am a Partner at the law firm of Venable LLP in Washington, D.C., located at 575 7th Street, NW, Washington, DC 20004. I am counsel for Aker BioMarine Antarctic AS ("Aker BioMarine"). I have knowledge of facts stated in this Declaration unless the context indicates otherwise.

1. I am familiar with the proceedings in this case and make this Declaration based on my personal knowledge of the facts set forth herein in support of Aker BioMarine's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction.

2. Aker BioMarine is a Norwegian company specializing in the manufacture, distribution, and sale of krill oil products throughout the world.

3. On information and belief, Luhua Biomarine (Shandong) Co., Ltd. ("Luhua") is a Chinese company that is owned, at least in part, by the Chinese government.

4. I attended the SupplySide West trade show in October of 2015. As a result, my name and contact information were available to other attendees at the trade show. After the trade show, I recall receiving numerous solicitations from vendors who had attended the trade show.

5. One such solicitation came from a Luhua representative who sent me samples of their bulk and encapsulated krill oil product. I received these samples on or about March 11, 2016. *See* Exs. A and B. These samples were packaged in shipping materials incorrectly noting their contents to be "ACRYLIC PAINT." *See* Ex. B. After receipt, I directed our staff to send the samples to Spectral Services AG for analysis, and Spectral Services AG sent a portion of the samples to Craft Laboratories for additional testing. The results of that analysis are included in the two testing reports attached to the Declaration of Thomas Brenna. *See* Brenna Decl. Ex. B.

6. Infiniti Marketing Group, Inc. d/b/a Infiniti Nutraceuticals ("Infiniti") is believed to be Luhua's U.S. distributor for its krill oil product based in California.

7. On or about April 21, 2016, an Infiniti representative called me to follow up on the samples sent to me by Luhua and to inform me that Infiniti was Luhua's distributor.

8. Attached hereto as Exhibit C is a true and correct copy of a press release announcing that Infiniti is the U.S. distributor for Luhua.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and recollection.

Executed this 3rd day of October, 2016, in Washington, D.C., United States.

/s/ Andrew F. Pratt
Andrew F. Pratt