# Exhibit A

**Emails**

Exhibit A

**From:** 销售02 <sales02@luhuabiomarine.com>
**Sent:** Tuesday, March 01, 2016 4:00 AM
**To:** 销售02
**Cc:** Pratt, Andrew F.
**Subject:** Re:Re:RE: 回复：RE: 回复：RE: 回复：RE: Best wishes from Lincoln Li of Luhua Biomarine(Shandong)Co.,Ltd

Dear Andrew,
The krill oil and capsule samples have sent by EMS mail. It's about 10 days,you can receive. I will give you the waybill No., tomorrow.
Best wishes

Lincoln Li
Sales Manager
**Luhua Biomarine**
www.luhuabiomarine.com
Cell Phone:+86-15106982023
Phone:+86-531-82087378
Fax:+86-531-82087378
Skype: chinalincoln0531
**We Make Krill Oil.**

在 2016-02-29 09:18:16，"销售 02" <sales02@luhuabiomarine.com> 写道：

> Dear Pratt,
> I hope you everything goes well. I hope we can meet as soon as possible.
> Best wishes
>
> Lincoln Li
> Sales Manager
> **Luhua Biomarine**
> www.luhuabiomarine.com
> Cell Phone:+86-15106982023
> Phone:+86-531-82087378
> Fax:+86-531-82087378
> Skype: chinalincoln0531
> **We Make Krill Oil.**
>
> 在 2016-02-27 12:22:10，"Pratt, Andrew F." <AFPratt@Venable.com> 写道：
>
>> Unfortunately no, not this time.
>>
>> Sent with Good (www.good.com)
>>
>> -----Original Message-----
>> **From:** 销售 02 [sales02@luhuabiomarine.com]
>> **Sent:** Friday, February 26, 2016 09:16 PM Eastern Standard Time

**To:** Pratt, Andrew F.
**Subject:** 回复：RE: 回复：RE: 回复：RE: Best wishes from Lincoln Li of Luhua Biomarine(Shandong)Co.,Ltd

Dear Andrew,
It's my pleasure.Do you take part in the natural food show in LA from 11th to 13th,March?

发自网易邮箱大师

在 2016 年 02 月 27 日 09:59，Pratt, Andrew F. 写道:

Thank you very much. You as well.

Best regards,

Andrew

---

**From:** 销售 02 [mailto:sales02@luhuabiomarine.com]
**Sent:** Friday, February 26, 2016 8:22 PM
**To:** Pratt, Andrew F. <AFPratt@Venable.com>
**Subject:** 回复：RE: 回复：RE: Best wishes from Lincoln Li of Luhua Biomarine(Shandong)Co.,Ltd

Ok, I will make the samples to you in next week ,have a nice weekend.

Best wishes

Lincolnl Li

发自网易邮箱大师

在 2016 年 02 月 27 日 09:06，Pratt, Andrew F. 写道:

Could you send both oil and capsules, perhaps 100 grams of each? My mobile number is 1.206.779.4023. Thank you.

Best regards

Andrew

**From:** 销售 02 [mailto:sales02@luhuabiomarine.com]
**Sent:** Friday, February 26, 2016 6:10 PM
**To:** Pratt, Andrew F. <AFPratt@Venable.com>
**Subject:** 回复：RE: Best wishes from Lincoln Li of Luhua Biomarine(Shandong)Co.,Ltd

Ok,I will send some samples to you.could you tell me your mobile phone number.How many quantity do you need? Look forward to your reply

Best wishes

Lincoln Li

发自网易邮箱大师

在 2016 年 02 月 27 日 03:00，Pratt, Andrew F. 写道:

Hello-

Thank you for your email. I would be interested in samples. Please be so kind as to send them to me at the address below:

Andrew F. Pratt

575 Seventh Street N.W.

Washington, DC

20004

Best regards,

Andrew

**From:** 销售 02 [mailto:sales02@luhuabiomarine.com]
**Sent:** Thursday, February 25, 2016 1:11 AM

**To:** Pratt, Andrew F. <AFPratt@Venable.com>
**Subject:** Best wishes from Lincoln Li of Luhua Biomarine(Shandong)Co.,Ltd

Dear Andrew F.Praff,

I hope you everything goes well. I am Lincoln Li from Shandong Luhua Biomarine of China. We are the special manufacturer of Krill Oil and krill oil capsule in china. We want to build the long business relationship with you. If possible, I can send some samples to you .If our krill oil can satisfy your requirements, which is a more and better choice to you .About the introduction of Luhua Biomarine, please see the attachments. I am looking forward to your reply as soon as possible.

Best wishes

Lincoln Li

Sales Manager

**Luhua Biomarine**

www.luhuabiomarine.com

Cell Phone:+86-15106982023

Phone:+86-531-82087378

Fax:+86-531-82087378

Skype: chinalincoln0531

**We Make Krill Oil.**

**************************************************************************
This electronic mail transmission may contain confidential or privileged information. If
you believe you have received this message in error, please notify the sender by reply
transmission and delete the message without copying or disclosing it.
**************************************************************************

**************************************************************************
This electronic mail transmission may contain confidential or privileged information. If
you believe you have received this message in error, please notify the sender by reply

transmission and delete the message without copying or disclosing it.
*****************************************************************************

*****************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
*****************************************************************************

*****************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
*****************************************************************************

**From:** 销售02 <sales02@luhuabiomarine.com>
**Sent:** Tuesday, March 01, 2016 4:01 AM
**To:** Pratt, Andrew F.
**Subject:** Re:RE: 回复：RE: 回复：RE: 回复：RE: Best wishes from Lincoln Li of Luhua Biomarine(Shandong)Co.,Ltd

Dear Andrew,
The krill oil and capsule samples have sent by EMS mail. It's about 10 days,you can receive. I will give you the waybill No., tomorrow.
Best wishes

Lincoln Li
Sales Manager
**Luhua Biomarine**
www.luhuabiomarine.com
Cell Phone:+86-15106982023
Phone:+86-531-82087378
Fax:+86-531-82087378
Skype: chinalincoln0531
**We Make Krill Oil.**

在 2016-02-27 12:22:10，"Pratt, Andrew F." <AFPratt@Venable.com> 写道：

Unfortunately no, not this time.

Sent with Good (www.good.com)

-----Original Message-----
**From:** 销售 02 [sales02@luhuabiomarine.com]
**Sent:** Friday, February 26, 2016 09:16 PM Eastern Standard Time
**To:** Pratt, Andrew F.
**Subject:** 回复：RE: 回复：RE: 回复：RE: Best wishes from Lincoln Li of Luhua Biomarine(Shandong)Co.,Ltd

Dear Andrew,
It's my pleasure.Do you take part in the natural food show in LA from 11th to 13th,March?

发自网易邮箱大师

在 2016 年 02 月 27 日 09:59，Pratt, Andrew F. 写道:

Thank you very much. You as well.

Best regards,

Andrew

**From:** 销售 02 [mailto:sales02@luhuabiomarine.com]
**Sent:** Friday, February 26, 2016 8:22 PM
**To:** Pratt, Andrew F. <AFPratt@Venable.com>
**Subject:** 回复：RE: 回复：RE: Best wishes from Lincoln Li of Luhua Biomarine(Shandong)Co.,Ltd

Ok,I will make the samples to you in next week ,have a nice weekend.

Best wishes

Lincolnl Li

发自网易邮箱大师

在 2016 年 02 月 27 日 09:06，Pratt, Andrew F. 写道:

Could you send both oil and capsules, perhaps 100 grams of each? My mobile number is 1.206.779.4023. Thank you.

Best regards

Andrew

**From:** 销售 02 [mailto:sales02@luhuabiomarine.com]
**Sent:** Friday, February 26, 2016 6:10 PM
**To:** Pratt, Andrew F. <AFPratt@Venable.com>
**Subject:** 回复：RE: Best wishes from Lincoln Li of Luhua Biomarine(Shandong)Co.,Ltd

Ok,I will send some samples to you.could you tell me your mobile phone number.How many quantity do you need? Look forward to your reply

Best wishes

Lincoln Li

发自网易邮箱大师

在 2016 年 02 月 27 日 03:00，Pratt, Andrew F. 写道:

Hello-

Thank you for your email. I would be interested in samples. Please be so kind as to send them to me at the address below:

Andrew F. Pratt

575 Seventh Street N.W.

Washington, DC

20004

Best regards,

Andrew

**From:** 销售 02 [mailto:sales02@luhuabiomarine.com]
**Sent:** Thursday, February 25, 2016 1:11 AM
**To:** Pratt, Andrew F. <AFPratt@Venable.com>
**Subject:** Best wishes from Lincoln Li of Luhua Biomarine(Shandong)Co.,Ltd

Dear Andrew F.Praff,

I hope you everything goes well. I am Lincoln Li from Shandong Luhua Biomarine of China. We are the special manufacturer of Krill Oil and krill oil capsule in china. We want to build the long business relationship with you. If possible, I can send some samples to you .If our krill oil can satisfy your requirements, which is a more and better choice to you .About the introduction of Luhua Biomarine, please see the attachments. I am looking forward to your reply as soon as possible.

Best wishes

Lincoln Li

Sales Manager

**Luhua Biomarine**

www.luhuabiomarine.com

Cell Phone:+86-15106982023

Phone:+86-531-82087378

Fax:+86-531-82087378

Skype: chinalincoln0531

**We Make Krill Oil.**

*****************************************************************
*******
This electronic mail transmission may contain confidential or privileged information. If
you believe you have received this message in error, please notify the sender by reply
transmission and delete the message without copying or disclosing it.
*****************************************************************
*******

************************************************************************
This electronic mail transmission may contain confidential or privileged information. If
you believe you have received this message in error, please notify the sender by reply
transmission and delete the message without copying or disclosing it.
************************************************************************

************************************************************************
This electronic mail transmission may contain confidential or privileged information. If
you believe you have received this message in error, please notify the sender by reply
transmission and delete the message without copying or disclosing it.
************************************************************************

************************************************************************
This electronic mail transmission may contain confidential or privileged information. If
you believe you have received this message in error, please notify the sender by reply
transmission and delete the message without copying or disclosing it.
************************************************************************