# Exhibit B

## Shipping Information

Exhibit B

From: 05726800795 Origin ID: HZGA
MRS SUN
CHANGXING PENGSHEN IMP AND EXP CO L
CHANGXING TOWN CHANGXING
HUZHOU ZHEJIANG CHINA
HUZHOU, 313100
CHINA

FedEx Express

E

J151315081304uv

SHIP TO: 0012067794023 BILL SENDER
ANDREWF PRATT
ANDREWF PRATT
575SEVENTH STREET NW WASHINGTON DC

WASHINGTON, DC 20004
US

Ship Date: 07MAR16
ActWgt: 0.5 KG MAN
CAD: 6132190/GSMW0859

REF:
DESC-1: ACRYLIC PAINT HS3213100000
DESC-2:
DESC-3:
DESC-4:

COUNTRY MFG: CN
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 5.00 USD

SIGN: MRS SUN
EIN/VAT:
PKG TYPE: PAK

10:30A
INTL PRIORITY

TRK# 8063 5898 2454
0430

20004
DC-US
IAD

XC RDVA

For all commodities, technology or software previously exported from the United States, this was done in accordance with the Export Administration Regulations. Diversion of these items contrary to U.S. law or any other applicable country's law is prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY- PLEASE PLACE IN FRONT OF POUCH

538C1/CF34/329B

收件人联 —— 请放入运单袋中

请将本托运文件对折，将其放入您托运货物附带的运单袋中，并将本文件条形码部分朝外，以便阅读及被扫描。***注意，为保证及时送达，请使用原始印刷标签。使用复印件印刷标签视为诈欺并可能引致额外付费并取消您的联邦快递账号。

**定义。**本空运提单上之"本公司"、"本公司之"及"联邦快递（FedEx）"等词均指联邦快递公司（Federal Express Corporation)、其子公司、分公司及其各自的雇员、代理人和独立承包商。"您"和"您的"均指托运人及其雇员、负责人和代理人。若您托运货物来自美国境外，则您的运送契约是与受理您托运货物之联邦快递的子公司、分公司或独立承包商之间的契约。"包裹"一词是指本公司所承运之任何货箱或信封，其中包括您利用本公司电脑自动系统、计量器、舱单或空运提单所交于本公司之物品。"托运货物"一词是指根据单一的一份空运提单而交付本公司并经本公司接受托运之所有包裹。
**对于契约条款之同意。**您交付本公司托运货件，无论您是否在本空运提单之正面签字，均表示您本身并作为与本托运货物有关的任何其他人的代理人或代表而同意接受本《不可转让的空运提单》、任何适用的收费规则以及本公司现行的《服务指南》或《标准运送条款》中所载之所有条款。本公司的《服务指南》及《标准运送条款》函索即寄。如本空运提单与收费规则、《服务指南》或当时有效的《标准运送条款》相抵触，则以托运人与联邦快递之间签署的任何收费规则及自动客户协议所载之条款为准（《服务指南》或《标准运送条款》具有第二优先权）。任何人均无权变更或修改本协议之条款。本空运提单自接受托运货件起，即对您与本公司生效。
**您应负的责任。**您保证，托运货件中每件物品均已在本空运提单上加以详细说明，并且适于本公司托运；此外，托运货件均按规定注明标记，写明地址（包括邮政编码）并妥为包装，以便按常规处理可以确保安全运送。
**有限责任注意事项。**空运注意事项。如果您的空运货物的最终目的地或途经国为托运国以外之国家或地区时，则可适用《华沙公约》管辖，且在多数情况下限制本公司有关托运贵公司货件时的遗失、延误及损毁。在美国，《华沙公约》限制本公司的责任为每磅 9.07 美元（每公斤 20.38 美元）。但如果您按下文申报较高的托运申报值，则不在此限。《华沙公约》对赔偿责任的限制在每个国家的解释可能会有所不同。您同意本托运货物可通过本公司认为合适的停经地点运送。
**陆运注意事项。**无论是否已有明确的协议，凡属部分或全部经陆路运送的托运货物，不管是在《国际陆路运送契约公约》（以下简称《陆运公约》）签字国之境内运进或运出，均遵循《陆运公约》规定之条款处理，不受本契约不同规定之影响。对于全部通过陆路运送的货物，如《陆运公约》条款及本空运提单条款之间有冲突，应以《陆运公约》条款为准。
**责任限制。**如果不受上述《华沙公约》或《陆运公约》的管辖，本公司对有关您托运货物的遗失、损毁或延误所承担的最大责任，根据本空运提单限制为每批货件 100 美元或每磅 9.07 美元（即每公斤 20.38 美元）（或与当地货币相当的金额），高价者为准，但如果您按下文申报较高的托运申报值，则不在此限。联邦快递不承保货物责任险或综合险之保险，但您可就托运货件每额外 100 美元之申报价值（或与当地货币相当的金额）支付额外的费用。如您就托运货件申报更高之价值，且支付了附加费时，本公司应以您的托运申报值或您实际损害金额两者之中较低者为本公司之最高责任限额。
**不承担的责任。**在任何情况下，本公司将不对超过托运货物申报价值之任何损害（包括但不限于收入或利润之损失）承担责任，无论其损害是直接的、偶然的、特殊的或衍生的，也无论本公司是否知悉可能发生此等损害，但该损害是由于本公司故意或重大过失行为造成的除外。由于您所为或疏忽，其中包括但不限于托运货物之申报不正确，包装、保护、标示或托运地址等不当或不完整，或者由于托运货物之收件人或其任何有关人员之行为或疏忽引起之损害，本公司均不承担任何责任。此外，如果您或者托运货物之收件人违反我们之间的协议之任何条款，本公司将不承担任何责任。如果托运现金、货币或其他违禁物品发生遗失或损毁时，本公司不负责任。凡因本公司无法控制之原因就您之托运货件所造成的遗失、损毁或延迟，其中包括但不限于天灾、空难、气候状况、机械故障所造成之延迟、公敌行为、战争、罢工、内乱以及持有实际或明显管理权的政府机构（包括海关或卫生官员）之行为或疏忽，本公司均不承担责任。
**无担保。**本公司不作任何明示或暗示之担保。
**对于遗失、损毁或延误的索赔。**所有索赔必须以书面形式并在货件送达 15 日内提出，否则将不再接受任何索赔要求。所有关于遗失、未送达或误送的索赔通知必须在本公司接受托运货物后 90 日内送达本公司。对本公司之索赔诉讼必须在托运货物送达之日起或托运货物应该送达的日期起二(2)年内提起，否则向本公司要求赔偿之权利将归于消灭。索赔通知送达本公司后 30 天内，须将所有有关资料送达本公司作为证据。在运费付讫前，本公司对于任何索赔并无处理之义务。索赔金额不得与运费相抵消。如果收件人领取货件时未在接收文件上注明损毁情况，本公司将推定托运货物为良好情况下交付。为便于让本公司考虑对损毁之赔偿，该托运货物、原货箱及包装，必须交由本公司检查。
**检查权。**本公司可以依自身选择或在政府机关要求下，随时打开您的托运货物，以供本公司或政府机关检查。
**清关。**您有责任与义务提供所有适当的清关文件并作出相应确认（若被要求时）。
**出口管制。**为出口管制及海关之目的，您授权联邦快递为承运代理人。您在此声明本空运提单及任何所附文件中与出口有关之陈述及信息均为真实和正确的，此外，您亦理解因作虚假或欺诈性之陈述，或违反美国出口法律，包括但不限于 13 USC Sec. 305、22 USC Sec. 401、18 USC Sec. 1001 及 50 USC App. 2410，可能会受到民事或刑事处罚，包括没收及出售。
**强制性法律。**如果本空运提单所包含或提到的任何规定与任何国际条约、法律、政府法规、命令或要求不一致时，只要本提单之条款效力不因之而宣布废弃，该条款仍应继续有效，并为贵我双方协议之一部分，任何条款之无效或无法执行，皆不影响本空运提单所含或所引述之其它条款。除另有说明外，本空运提单正面上标明的寄件人地址即为签署地和发货地，本空运提单正面所列收件人地址即为目的地。除另有说明，本托运货物地第一承运人为联邦快递公司（Federal Express Corporation），地址位于：P.O. Box 727, Memphis, TN38194, USA。

# VISA manifest report

SHP DT 07/03/2016 SNDR# 538317268 METER 6132190 RECIP# Routing Code

AB 806358982454 PH 05726800795 RECIPIENT PH 0012067794023 XC/RDVA

| | | | |
|---|---|---|---|
| NAME | MRS SUN | NAME | ANDREWF PRATT |
| COMP | CHANGXING PENGSHEN IMP AND EXP CO L | COMP | ANDREWF PRATT |
| ADD1 | CHANGXING TOWN CHANGXING | ADD1 | 575SEVENTH STREET NW WASHINGTON DC |
| ADD2 | HUZHOU ZHEJIANG CHINA | ADD2 | |
| CITY | HUZHOU | CITY | WASHINGTON |
| ST/PV | CNTRY CN POSTAL 313100 | ST/PV | DC CNTRY US POSTAL 20004 |

REF

PKGS 1 WEIGHT 0.50 K/L K DIM WEIGHT K/L K

| DESC | HS CODE | COM | CUST VAL | EXP DT | EXP LIC |
|---|---|---|---|---|---|
| ACRYLIC PAINT HS3213100000 | 3213100000 | CN | 5.00 | | |

CARR VAL 0.00 CURR USD CUSTOMS VAL 5.00

SVC 01 PKG 02 PD ☐ HLD ☐ WDL ☐ SDL ☐ BSO ☐ DG ☐ CA ☐ RC ☐ ITAR ☐ PA ☐ PA+ ☐ NO SED ☒

BILL-T/C S ACCT 538317268 CASH CC NO

BILL-D/T C ACCT ID NO NO SED

FORM 0430 ORIG HZGA DEST RDVA HDLG UNIT REC'D AT

BRKR CITY CN PSTL PH

IMPORTANT - Treat as the Manifest Copy of the Air Waybill
*** Please give this VISA Manifest report to the FedEx courier***

Meter Nbr: 6132190 Software: GSMW0859

INVOICE PAGE 1 OF 1

# PRO FORMA INVOICE

INTERNATIONAL AIR WAYBILL NUMBER 806358982454

DATE OF EXPORTATION 07Mar2016

EXPORT REFERENCES

INVOICE NUMBER

INVOICE DATE 07Mar2016

SHIPPER / EXPORTER

MRS SUN
CHANGXING PENGSHEN IMP AND EXP CO L
CHANGXING TOWN CHANGXING
HUZHOU ZHEJIANG CHINA
HUZHOU
313100 CN 05726800795

CONSIGNEE

ANDREWF PRATT
ANDREWF PRATT
575SEVENTH STREET NW WASHINGTON DC

WASHINGTON
DC 20004 US 0012067794023

SHIPPER'S TAX NUMBER

CONSIGNEE OR IMPORTER'S TAX NUMBER

SHIPPER'S EMAIL CONTACT

CONSIGNEE'S EMAIL CONTACT

PURPOSE OF SHIPMENT *(CHECK ONE)*

- SOLD ☐
- NOT SOLD ☐
- GIFT ☐
- PERSONAL EFFECTS ☐
- RETURN AND REPAIR ☐
- SAMPLE ☑
- OTHER

IMPORTER

RETURN REASON TYPE

RETURN OTHER REASON

IMPORTER'S EMAIL CONTACT

| COUNTRY OF MANUFACTURE | FULL DESCRIPTION OF GOODS | QTY | UNIT VALUE | TOTAL VALUE |
|---|---|---|---|---|
| CHINA | ACRYLIC PAINT HS3213100000<br>HS CODE : 3213100000 | 1 Piece | 5.00 | 5.00 |

TERMS OF SALE : FCA

| | |
|---|---|
| CURRENCY | USD |
| TOTAL FREIGHT CHARGES | 0.00 |
| TOTAL INSURANCE CHARGES | 0.00 |
| OTHER COSTS | 0.00 |
| TAX AMOUNT | 0.00 |
| TOTAL INVOICE VALUE | 5.00 |
| TOTAL NUMBER OF PACKAGES | 1 |
| TOTAL WEIGHT | 0.5 KGS |

I DECLARE ALL THE INFORMATION CONTAINED IN THIS INVOICE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.
(SIGNATURE REQUIREMENTS MAY VARY PER COUNTRY)

DATE 07Mar2016

NAME MRS SUN SIGNATURE SUN TITLE

(PLEASE PRINT)

# 货物运输安全保证函

| | | | |
|---|---|---|---|
| 送检公司 | CHANGXING TREND IMP AND EXP CO LTD | | |
| 生产厂家 | CHANGXING TREND IMP AND EXP CO LTD | | |
| 运单号 | 806358982454 | | |
| 货物品名(中文) | 亚克力颜料 | | |
| 货物品名(英文) | ACRYLIC PAINT | | |
| 货物运输条件鉴定书编号 | NO.2016377535 | 签发日期 | 2016 年 01 月 08 日 |
| 鉴定结果 | 非限制性货物 | | |
| 包装 | 纸箱 | | |
| 始发地/地址 | 湖州 | | |
| 目的地/地址 | USA | | |

我公司委托__________FEDEX__________承运的该类货物，无爆炸、无氧化、无腐蚀、无放射性、非易燃、非有毒有害、非用于制造化学武器的原料，经 上海化工研究院检测中心________鉴定，无危险性，可按普通货物条件运输，包装符合要求。

我公司以上申报属实，若由于我公司申报不符，而造成运输过程中的一切损伤，我公司承担一切法律责任和经济赔偿。

| | |
|---|---|
| 送样单位（公章） | 生产单位（公章） |

注：上述表格务必字迹端正，认真填写。

# 上海化工研究院检测中心

## 报告查询

1、【专用机构】查询输入我中心提供的查询授权码,区分大小写
2、【送检单位】查询必须输入委托时完整的单位名称及编号
3、【委托进度】查询必须输入委托时填写的完整的单位和样品名称

专用机构查询 送检单位查询 委托进度查询

送检单位：长兴楚登进出口有限公司
报告编号：2016377535

报告已生效(2016-01-09~2016-12-31)

| | |
|---|---|
| 送检单位： | 长兴楚登进出口有限公司 |
| 生产单位： | 长兴楚登进出口有限公司 |
| 样品名称： | 亚克力颜料 |
| 样品别名： | |
| 英文名称： | ACRYLIC PAINT |
| 运输方式： | 空运 By air |
| 检验进程： | 报告已完成 |
| 样品性状： | 多种颜色multicolor<br>粘稠液体viscous liquid<br>稍有气味weak odor |
| 检验结论： | 可按非限制性货物条件办理。The substance is not subject to IATA DGR. |

您的IP：[115.208.153.68]
您是第[01244685]位访客
沪ICP备05013648号

空 运
By Air

NO.2016377535

CNAS IB0071

# 货物运输条件鉴定书
# Certification for Safe Transport of Chemical Goods

## 非限制性货物

样品名称： 亚克力颜料

Name of Goods: ACRYLIC PAINT

送检单位： 长兴楚登进出口有限公司

生产单位： 长兴楚登进出口有限公司

上海化工研究院检测中心

上海化工研究院检测中心
(上海天科化工检测有限公司)
Shanghai Research Institute of Chemical Industry Testing Centre
( Shanghai TECH. Chemical Industry Testing Co.,Ltd )

空 运
By Air

空 运
By Air

# 货物运输条件鉴定书

Certification for Safe Transport of Chemical Goods

NO. 2016377535

Page 1 / 2

| | | |
|---|---|---|
| 样品名称 Name of Goods | 中文 Chinese | 亚克力颜料 |
| | 英文 English | ACRYLIC PAINT |
| 送检单位 Shipper | | 长兴楚登进出口有限公司 |
| 生产单位 Manufacturer | | 长兴楚登进出口有限公司 |
| 检查方法、程序 Inspection Methods and Procedures | | 国际航空运输协会《危险品规则》57版<br>IATA Dangerous Goods Regulations (DGR) 57th Edition |
| 样品外观与气味 Appearance & Odor | | 多种颜色粘稠液体，稍有气味<br>Multicolor Viscous liquid, Weak odor |
| IDENTIFICATION CONCLUSION 鉴定结论 | | 1. 危险性识别(Hazards identification)<br>无。<br>None.<br>2. 空运按照IATA DGR办理的类项(Suggestion according to IATA DGR)<br>可按非限制性货物条件办理。<br>The substance is not subject to IATA DGR.<br>3. 包装要求(Packaging requirements)<br>无。<br>None.<br>检查日期: Inspection Date: 2016-01-07 签发日期: Issue Date: 2016-01-09 生效日期: Valid Date: 2016-01-09 |
| 备注 Comment | | 无。<br>None. |

批准 Approver: [signature] 审核 Checker: [signature] 主检 Appraiser: [signature]

上海化工研究院检测中心

# 货物运输条件鉴定书

Certification for Safe Transport of Chemical Goods NO. 2016377535



| 鉴定项目<br>Identification Item | 鉴 定 结 果<br>Identification Conclusion |
|---|---|
| 爆炸危险性鉴定<br>Identification of Explosive Hazard | 该货物不属于爆炸品。<br>The product is not classified in Explosives. |
| 易燃危险性鉴定<br>Identification of Flammable Hazards | 经闭杯闪点测试，在70度下没有发生闪燃，表明该货物不属于第3类易燃液体。<br>In the closed cup flash point test, no flash was detected below 70℃, so the product is not classified in Class 3 (Flammable Liquids). |
| 氧化危险性鉴定<br>Identification of Oxidative Hazards | 该货物不属于氧化剂和有机过氧化物。<br>The product is not classified in oxidizing substances and organic peroxides. |
| 毒害及传染危险性鉴定<br>Identification of Toxic & Infectious Hazards | 该货物不属于有毒和传染性物质。<br>The product is not classified in toxic and infectious substances. |
| 放射危险性鉴定<br>Identification of Radioactive Hazard | 该货物无放射危险性。<br>The product is not classified in radioactive material. |
| 腐蚀危险性鉴定<br>Identification of Corrosive Hazard | 该货物不属于腐蚀品。<br>The product is not classified in corrosives. |
| 其他危险性鉴定<br>Identification of other Hazards | 该货物无其它危险性。<br>The product presents no other dangerous properties. |

# 情况说明

中文品名：亚克力颜料

英文品名：ACRYLIC PAINT

分子式:C32-Br6-Cl10-Cu-N8

分子量:1410.02　　CAS:14302-13-7



结构式：

HS：3213100000

性状:多种颜色液体，稍有气味

用途：用于高档油漆、油墨、涂料印花浆，橡胶和塑料制品的着色，用于化妆品及饮料包装制品的着色。

上述货物无污染、无毒、不易爆、不易燃、不挥发、稍有气味、无放射性。既非麻醉类，也非精神类药物。如上述货物在运输途中发生燃烧爆炸等，所产生一切后果由我公司承担。

长兴楚登进出口有限公司

# 情况说明

中文品名：亚克力颜料

英文品名：ACRYLIC PAINT

分子式:C32-Br6-Cl10-Cu-N8

分子量:1410.02　　CAS:14302-13-7

结构式：




HS：3213100000

性状:多种颜色液体，稍有气味

用途：用于高档油漆、油墨、涂料印花浆，橡胶和塑料制品的着色，用于化妆品及饮料包装制品的着色。

上述货物无污染、无毒、不易爆、不易燃、不挥发、稍有气味、无放射性。既非麻醉类，也非精神类药物。如上述货物在运输途中发生燃烧爆炸等，所产生一切后果由我公司承担。

长兴楚登进出口有限公司

# 货物运输安全保证函

| | | | |
|---|---|---|---|
| 送检公司 | CHANGXING TREND IMP AND EXP CO LTD | | |
| 生产厂家 | CHANGXING TREND IMP AND EXP CO LTD | | |
| 运单号 | 806358982454 | | |
| 货物品名(中文) | 亚克力颜料 | | |
| 货物品名(英文) | ACRYLIC PAINT | | |
| 货物运输条件鉴定书编号 | NO.2016377535 | 签发日期 | 2016 年 01 月 08 日 |
| 鉴定结果 | 非限制性货物 | | |
| 包装 | 纸箱 | | |
| 始发地/地址 | 湖州 | | |
| 目的地/地址 | USA | | |

我公司委托____________FEDEX______________承运的该类货物，无爆炸、无氧化、无腐蚀、无放射性、非易燃、非有毒有害、非用于制造化学武器的原料，经 上海化工研究院检测中心__________鉴定，无危险性，可按普通货物条件运输，包装符合要求。

我公司以上申报属实，若由于我公司申报不符，而造成运输过程中的一切损伤，我公司承担一切法律责任和经济赔偿。

| | |
|---|---|
| 送样单位（公章） | 生产单位（公章） |

注：上述表格务必字迹端正，认真填写。