# Exhibit C

**Press Release**

Exhibit C

PRLOG
Press Release Distribution

Search

PR Home | Latest News | News Feeds | Subscribe | Submit Free Press Release | For Bloggers | PR Newswire Distribution

News By Tag
* Health Collagen Joints
* More Tags...

Industry News
* Health
* More Industries...

News By Location
* Aliso Viejo
California
United States
* More Locations...

Country(s)
United States
Australia
India
Hong Kong
United Kingdom
- - -
More Countries

Industry News

All News

Exclusive News

October 2016

| Mo | Su | Sa | Fr | Th | We | Tu |
|---|---|---|---|---|---|---|
| 3 | 2 | 1 | | | | |

September 2016

| | | | 30 | 29 | 28 | 27 |
|---|---|---|---|---|---|---|

INFINITI NUTRACEUTICALS

## Infiniti Nutraceuticals Concludes Another Representation Agreement

**ALISO VIEJO, Calif. - May 18, 2016** - *PRLog* -- Infiniti Nutraceutical is pleased to announce the conclusion of an Exclusive Distribution Agreement with Luhua Biomarine(Shandong) Co., Ltd., for the USA, representation of Luhua's Iceruby™ Krill Oil (Antarctic Krill Oil) for the Nutraceutical, Cosmetic, Pet, Food, Beverage and Pharmaceutical Industries.

#1 Patient Dispensary
Largest selection of high-quality vitamin & supplement brands
wellevate.me

Iceruby™ Krill Oil, Antarctic Krill Oil contains perfectly balanced Krill Oil-Phospholipid-bound Omega-3 Fatty Acids (DHA &EPA) and Antioxidants (Astaxanthin) Phospholipid omega-3's with natural antioxidant is compound molecular with high bioavailability. Krill Oil contains a potent antioxidant carotenoid Astaxanthin that protects polyunsaturated fatty acids and guarantees stability of krill oil.

Infiniti Nutraceuticals is a renowned and trusted industry leader in the distribution and sales of exclusively processed nutritional ingredients. Sold worldwide to formulators of Nutraceuticals and authentic dietary supplements.

Infiniti Nutraceuticals specializes in distribution and sales of many innovative
Branded,Trademarked and Patented ingredients including kollaGen II-xs™, 100% Avian Sternum Collagen Type II for joint health, kollaGen IVX™, TendoGuard™, Olea25®, Reverse-vine®, HA95™, Telos95®

Infiniti Nutraceuticals will be acting as the Exclusive Distributor and is managed by an experienced professional team of networks worldwide. Infiniti Nutraceuticals is known for distributing/marketing quality ingredients and providing excellent services in the Health & Beauty Industry for over 15 years.

For more information please visit our web-site at www.infinitinutraceuticals.com,

contact us directly at (949) 455-9708, email info@infinitimg.com for more information or to speak with one of our sales professionals.

**Contact**
Infiniti Nutraceuticals
***@infinitimg.com

End

Spread the Word

**Listed Under**

**Tag:**
* Health Collagen Joints

**Industry:**
* Health

**Location:**
* Aliso Viejo - California - US

Follow Embed PDF / Print

Source : Infiniti Nutraceuticals
Email : ***@infinitimg.com

Account Email Address Account Phone Number Disclaimer Report Abuse

### *Infiniti Nutraceuticals* News

Infiniti Nutraceuticals Concludes A Representation Agreement!

### Trending

Security First International Holdings, Inc. is proud to announce it's new GraphX ad technology

GCVA Partners with Collegiate Code for 'Bounty Week'

2017 Will Be The Year of the Peer

All-American Allergy Alternatives, LLC announces availability of prescription Allergy Toothpaste

Turkish TV drama shows strong resilience

### Daily News

Security First International Holdings, Inc. is proud to announce it's new GraphX ad technology - 1297 views

Turkish TV drama shows strong resilience - 268 views

Comfort Medical & Wheel:Life Partner with The Woody Foundation - 184 views

Hamptons Intl Film Fest Announces Opening Night Film LOVING and Closing Night Film AMERICAN PASTORAL - 139 views

GCVA Partners with Collegiate Code for 'Bounty Week' - 121 views

### Weekly News

Sophia Lucia to star in Hallmark Channel's "A Nutcracker Christmas" on December 10, 2016 - 19095 views

Icandy Nightclub's Statement Regrading Racially Unacceptable Comments By The Owner - 6220 views

Hilton Head Island Restaurant Group to Open Eighth Location in Historical Building in October - 3125 views

Security First International Holdings, Inc. exploring digital advertising space for possible mergers - 2633 views

NutraFuels, Inc. (OTC:NTFU) Ramps up Production as Distribution of the Company's Products Accelerates Internationally - 2347 views

Daily News
Security First International Holdings, Inc. is proud to announce it's new GraphX ad technology - 1297 views
Turkish TV drama shows strong resilience - 268 views
Comfort Medical & Wheel:Life Partner with The Woody Foundation - 184 views
Hamptons Intl Film Fest Announces Opening Night Film LOVING and Closing Night Film AMERICAN PASTORAL - 139 views
GCVA Partners with Collegiate Code for 'Bounty Week' - 121 views

Weekly News
Sophia Lucia to star in Hallmark Channel's "A Nutcracker Christmas" on December 10, 2016 - 19095 views
Icandy Nightclub's Statement Regrading Racially Unacceptable Comments By The Owner - 6220 views
Hilton Head Island Restaurant Group to Open Eighth Location in Historical Building in October - 3125 views
Security First International Holdings, Inc. exploring digital advertising space for possible mergers - 2633 views
NutraFuels, Inc. (OTC:NTFU) Ramps up Production as Distribution of the Company's Products Accelerates Internationally - 2347 views

PTC News
Security First International Holdings, Inc. exploring digital advertising space for possible mergers - 2633 views
NutraFuels, Inc. (OTC:NTFU) Ramps up Production as Distribution of the Company's Products Accelerates Internationally - 2347 views
Security First International Holdings, Inc. is proud to announce it's new GraphX ad technology - 1297 views
New Lennar Homes Coming Soon to Diamond Bar with South Pointe - 317 views
Cavium gets the Microsoft tick of approval - 153 views

May 18, 2016 News



1 Veggie That Kills High Blood Pressure
Learn the 1 weird ingredient from the grocery store that stops high blood pressure dead in its tracks. Click Here To Learn More
bloodpressuresolution.com

SiteMap | Privacy Policy | Terms of Service | Copyright Notice | About | Advertise

Like PRLog?
9K 2K 1K